1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9    GARY FRANCIS FISHER,
     aka GARY DALE BARGER,              Case No.  13-2842 WHO (PR)

10              Plaintiff,

11          v.                          **ORDER OF DISMISSAL**

12   ROBERT S. MUELLER, and
     DAVID M. HARDY,

13
                Defendants.

14

15

16

17          Plaintiff has failed to comply with the Court's order to (1) file a complete

18   application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.

19   Accordingly, the action is DISMISSED without prejudice for failing to respond to the

20   Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this

21   dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion

22   must contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  The

23   Clerk shall enter judgment in favor of defendants, and close the file.

24          **IT IS SO ORDERED.**

25   **Dated:**  August 6, 2013

26                                      
                                        _____
                                        WILLIAM H. ORRICK
27                                      United States District Judge

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GARY FISHER,

              Plaintiff,

   v.

ROBERT S MUELLAR et al,

              Defendant.

_____/

Case Number: CV13-02842 WHO

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Gary Francis Fisher F85263
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532


Dated: August 6, 2013

                                 Jean M. Davis
                                 Richard W. Wieking, Clerk
                                 By: Jean Davis, Deputy Clerk