1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

GARY FRANCIS FISHER,

11                                                    Case No. 13-cv-02842-WHO (PR)

Plaintiff,

12

v.

13                                                    **ORDER OF TRANSFER**

DIRECTOR OF OPS OF CDCR,

14

Defendant.

15

16

17          Plaintiff's claims arise from the conditions of confinement at Corcoran State Prison,

18   which lies in the Eastern District of California.  Accordingly, this federal civil rights action

19   is hereby TRANSFERRED to the Eastern District of California, wherein venue properly

20   lies because a substantial part of the events or omissions giving rise to the claims occurred,

21   and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and

22   1406(a).  The Clerk shall transfer this action forthwith.

23          **IT IS SO ORDERED.**

24   **Dated:** June 10, 2014

25                                                    
                                                      _____
26                                                    WILLIAM H. ORRICK
                                                      United States District Judge
27

28

United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    GARY FRANCIS FISHER,                    Case No.  13-cv-02842-WHO

          Plaintiff,
8
          v.                                 **CERTIFICATE OF SERVICE**
9
10   DIRECTOR OF OPS OF CDCR,

          Defendant.
11

12

13       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.

14
         That on 6/10/2014, I SERVED a true and correct copy of the attached, by placing said
15   copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said
     envelope in the U.S. Mail.
16
         Gary Francis Fisher
17       California Health Care Facility D5-A-111
         P.O. Box 32080
18       Stockton, CA 95213

19

20
     Dated: 6/10/2014
21

22                                           Richard W. Wieking
                                             Clerk, United States District Court
23

24

25                                           By: Jean M. Davis
                                             Jean Davis, Deputy Clerk to the
26                                           Honorable WILLIAM H. ORRICK

27

28

*(left margin, rotated)* United States District Court / Northern District of California