UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00901-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION ACCEPTING APPOINTMENT OF COUNSEL<br>(ECF No. 32) |

　　　　Plaintiff Gary Francis Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 20, 2013, in the Northern District of California. On June 2, 2014, the Northern District court reopened the action and directed Plaintiff to file a complaint. (ECF No. 16.) Plaintiff filed an amended complaint on June 10, 2014. (ECF No. 18.) On the same date, the matter was transferred to this Court. (ECF No. 19.)

　　　　On August 15, 2014, Plaintiff filed a motion seeking the appointment of counsel. (ECF No. 30.) Following consideration of Plaintiff's request, the Court denied Plaintiff's motion for the appointment of counsel without prejudice on October 7, 2014. (ECF No. 31.)

　　　　On November 20, 2014, Plaintiff filed the document titled "Motion Accepting Appointment of Counsel." In the motion, Plaintiff asserts that he was "given counsel a month or so back." (ECF No. 32.) Plaintiff is incorrect. As noted above, the Court denied Plaintiff's motion requesting the

1

1 | appointment of counsel on October 7, 2014.  Accordingly, Plaintiff's motion accepting the
2 | appointment of counsel is HEREBY DENIED as moot.

4 | IT IS SO ORDERED.

Dated:   **November 24, 2014**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE