# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>    Defendant. | 1:14-cv-00901-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br>(ECF No. 37) |

Plaintiff Gary Francis Fisher, also known as Gary Dale Barger, ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 20, 2013. The matter was transferred to this Court on June 10, 2014. Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 29.)

On December 18, 2014, Plaintiff filed a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). However, the document is not signed. Unsigned filings cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131(b). Accordingly, if Plaintiff wishes to dismiss this action he must file a <u>signed</u> notice of voluntary dismissal within fourteen (14) days following service of this order.

IT IS SO ORDERED.

Dated: **December 19, 2014**        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE