1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, | )  1:14-cv-00901-BAM (PC) |
| Plaintiff, | )  ORDER GRANTING PLAINTIFF'S )  MOTION FOR COPY OF AMENDED |
| v. | )  COMPLAINT AND DIRECTING CLERK )  OF COURT TO MAIL PLAINTIFF A COPY |
| DIRECTOR OF OPS OF CDCR, | )  OF HIS AMENDED COMPLAINT FILED )  ON JUNE 10, 2014 |
| Defendant. | )  (ECF Nos. 18, 39) |

Plaintiff Gary Francis Fisher, also known as Gary Dale Barger, is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 20, 2013.  He filed an amended complaint on June 10, 2014. The matter was transferred to this Court on June 12, 2014.

On December 18, 2014, Plaintiff filed an unsigned notice of voluntary dismissal of this action.  (ECF No. 37.)  On December 19, 2014, the Court informed Plaintiff that unsigned filings cannot be considered and if he wished to dismiss this action, then he must file a signed notice of dismissal within fourteen days.  (ECF No. 38.)  Plaintiff did not respond.  However, on January 21, 2015, Plaintiff filed the motion requesting a copy of his complaint so he "can know exactly what it is [he's] complaining about."  (ECF No. 39, p. 2.)

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. The Court will make an exception in this instance in order to allow Plaintiff an opportunity to determine if he wishes to pursue this action.  As such, the Court will direct the Clerk's Office to

provide a copy of the amended complaint at no charge.  However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff and that it is his responsibility to maintain copies of all documents submitted to the Court for filing.

Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail a copy of the amended complaint, filed June 10, 2014, to Plaintiff.

IT IS SO ORDERED.

Dated:   **January 27, 2015**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE