UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br>aka Gary Dale Barger,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00901-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO BE HEARD<br>(ECF No. 42)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND HIS COMPLAINT<br>(ECF No. 44)<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff Gary Francis Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on June 20, 2013, in the Northern District of California.  On June 2, 2014, action was reopened and Plaintiff was directed Plaintiff to file a complaint.  (ECF No. 16.)  Plaintiff filed an amended complaint on June 10, 2014.  (ECF No. 18.)  On the same date, the matter was transferred to this Court.  (ECF No. 19.)

　　　On March 4, 2015, the Court dismissed Plaintiff's amended complaint with leave to amend within thirty days after service.  (ECF No. 41.)

　　　On March 16, 2015, Plaintiff filed a document entitled "Motion to Be Heard."  Plaintiff reports that this is an important case to him and his mail is still an issue.  (ECF No. 42.)  However, Plaintiff

1

does not include any discernable request for relief which can be granted or addressed by the Court. Accordingly, Plaintiff's motion to be heard is HEREBY DISREGARDED.

On March 30, 2015, Plaintiff filed a document entitled "Request for additional time and to augment the record on this case." Plaintiff appears to request more time on this case because his memorandum comes with exhibits, which must be ordered from the court. He asks for an additional thirty days. (ECF No. 44.) Although not entirely clear, it appears that Plaintiff is requesting an extension of time to obtain documents and amend his complaint. Good cause appearing, Plaintiff's motion for an extension of time to amend his complaint is GRANTED. Plaintiff shall file his amended complaint within thirty (30) days from the date of service of this order. Plaintiff is advised that if he fails to comply with this order, the Court will dismiss this action for failure to obey a court order and for failure to state a claim.

IT IS SO ORDERED.

Dated: **April 1, 2015**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE