UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br>aka Gary Dale Barger,<br><br>            Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>            Defendant. | 1:14-cv-00901-BAM (PC)<br><br>ORDER DISREGARDING MOTIONS TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF Nos. 71, 72, 73, 74, 75, 76) |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2015, Plaintiff filed at least six separate applications to proceed in forma pauperis. Plaintiff's applications are not only duplicative, but also moot. On June 2, 2014, the Court granted Plaintiff leave to proceed in forma pauperis in this action. Therefore, it is unnecessary for Plaintiff to submit any further applications to proceed in forma pauperis.

      Accordingly, Plaintiff's motions to proceed in forma pauperis, filed on April 8, 2015, are HEREBY DISREGARDED as moot. Plaintiff also is admonished that further duplicative or unnecessary applications to proceed in forma pauperis may be summarily stricken from the record or result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **April 15, 2015**             /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28