**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>    Defendant. | Case No.: 1:14-cv-00901-BAM PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE A SINGLE AMENDED COMPLAINT<br><br>**THIRTY-DAY DEADLINE** |

    Plaintiff Gary Francis Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 20, 2013, in the Northern District of California. On June 10, 2014, Plaintiff filed an amended complaint and the matter was transferred to this Court. (ECF Nos. 18, 19.)

    On March 4, 2015, the Court dismissed Plaintiff's amended complaint with leave to amend. (ECF No. 41.)

    On April 8, 2015, in lieu of a comprehensive amended complaint, Plaintiff filed four separate amended complaints. (ECF Nos. 77, 78, 79, 80.) On the same date, Plaintiff also filed a myriad of other documents, including motions to be heard, motions for production of documents, and motions for copies. (ECF Nos. 48-58, 61-67.)

The Court declines to spend its already taxed resources sorting through the morass of documents filed by Plaintiff to determine which second amended complaint (or parts thereof) he wishes to pursue.  Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** following service of this order, Plaintiff shall file a single amended complaint that complies with the pleading requirements of Federal Rules of Civil Procedure 8 and 18 and addresses the deficiencies identified in the Court's screening order issued on March 4, 2015;
2. Plaintiff's amended complaint may not exceed twenty-five (25) pages; and
3. <u>If Plaintiff fails to comply with this order, this action shall be dismissed for failure to obey a court order</u>.

IT IS SO ORDERED.

Dated:  **June 8, 2015**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE