United Kingdom Ministry of Justice - Meredith, Viena

Burger # F85263
Name and Prisoner/Booking Number

CH - CF
Place of Confinement

P.O. Box 32080
Mailing Address

California Health Care Facility
City, State, Zip Code

FILED
JUL 0 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

Amended

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Sonny Burger II
(Full Name of Plaintiff)        Plaintiff,        )
                                                   )
                                                   )
                                                   )
                     vs.                           )    CASE NO. 1:14-00901-BAM
                                                   )        (To be supplied by the Clerk)
(1) Robert S Mueller III                           )
(Full Name of Defendant)                           )        Amended
(2) V. S. Customs Casey                            )
                                                   )        CIVIL RIGHTS COMPLAINT
(3) Warden Barnes                                  )        BY A PRISONER
                                                   )
(4) Facility Captain Osbourne + 4  ☐ Original Complaint
                 Defendant(s).     )   ☒ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )   ☐ Second Amended Complaint

A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
        ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
        ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
        ☐ Other: Royal Complaint as ordered by me King Sonny Burger

2.  Institution/city where violation occurred: Corcoran Wash P-C

United Kingdom — Military Justice Jay Rockefeller

## B. DEFENDANTS

1. Name of first Defendant: Roberts Mueller III. The first Defendant is employed as:
*X - FBI Director Islamic Jihadi* at Nantucket, the planet
(Position and Title) (Institution)

2. Name of second Defendant: Warden Barnes. The second Defendant is employed as:
Warden at Pelican Bay State Prison
(Position and Title) (Institution)

3. Name of third Defendant: C.U. Osbourne. The third Defendant is employed as:
Facility Ciptnin at Pelican Bay State Prison
(Position and Title) (Institution)

4. Name of fourth Defendant: Agent Cusey. The fourth Defendant is employed as:
Customs Agent at U.S. Dept of Treasury
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? ? . Describe the previous lawsuits:
Amnesiac

a. First prior lawsuit:
1. Parties: King Sonny Bey et. Iv. Islamic Jihadi Satan Worshippers
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

b. Second prior lawsuit:
1. Parties: King Sonny Burger II v. Satans Slaves MC
2. Court and case number: Who Cares
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ?

c. Third prior lawsuit:
1. Parties: King Sonny Burger I v. Manson Familys
2. Court and case number: N. D. Cal.
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending further British Investigation

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

United Kingdom Ministry of Defence
Ashton Barger
Phillip Hammond)

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: "Attempted Murder"
Conspiracy to overthrow the government

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.
☒ Basic necessities ☒ Mail ☒ Access to the court ☒ Medical care
☒ Disciplinary proceedings ☒ Property ☒ Exercise of religion ☒ Retaliation
☒ Excessive force by an officer ☒ Threat to safety ☒ Other: Miscellaneas inter alia

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.   This is the defendants on Page #1 both criminal charges and suit in equity. I am king of the United Kingdom, and I judge them accordingly to British Military law. I find the Satanic Defendants Guilty of Article LXVIII of the Geneva Conventions. I also sue the entire Bush and Swarzeneger Administrations for the same. I sue the Federal Bureau of Engraving for Counterfeit Money with no GNP or Gold to Back it. The U.S. Mint print out money. I sur the entire Republican Ticket for Article LXVIII of the Geneve Conventions, And bring Military Charges against them under British Military law. I sue Dow & Dupont the entire States of Texas Oregon, Florida, Boston, and New York inter alia for Article LXVIII of the Geneva Convensions, And I sue the Federal Reserve for being Satanic. I sue the United States Government for Islamic Jihadi Dee inter alia. And for keep me hostage for 23 years in Illegal Detention.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).   I want the United Kingdoms currency back immediatly I sue for 999 zillion #95 in Euro dollars or I go to War. And order Genocide.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Jihadi Insurgents do not return my 602s

United Kingdom Ministry of Justice
Queen Rose Berger

**COUNT II**

1. State the constitutional or other federal civil right that was violated: **Illegal Aliens Military Crimes**

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☒ Basic necessities  ☒ Mail  ☒ Access to the court  ☒ Medical care
   ☒ Disciplinary proceedings  ☒ Property  ☒ Exercise of religion  ☒ Retaliation
   ☒ Excessive force by an officer  ☒ Threat to safety  ☒ Other: **Any and All I say**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My 23 years of a Jihad prisoner is goms be over There is no more United States Government. I charged it to Parliamentary run Government. I am now king and Queen America is my Queen As King of Gods Royal Kingdom, I say anyone to shoot me I could do this. Anno Domini or Magna Carta dissolve any or all severence to this fact. So your all guilty of conspiracy to Over throw my Government. And I'm jerking all in conspiracy to your Statute vote into my Parliament to Guilty of Article LXVIII of the Geneva Conventions. Under Of course British Military Law which is Death by Torture. And to prevail on my Agenda to further Genocide You people by no uncertain terms must go by my Agenda to legally commit Genocide. So meet my Royal Attorney Benjamen B Wagner or my Auntie Barbara McCullith Royal Magistrate — Royal Judge inter alia.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   23 years of you, & your peoples Islamic Jihadis Detention and Sunny Berger III his twins July and your Satan Worshipping 17 demand 357 211107 # 95

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No

   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No

   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  I'm King I'll not bow to your stupid shit

   ④

United Kingdom

King St. Stephens and D.D.W. — Brother Brook etc

### COUNT III

*Royal*

1. State the constitutional or other ~~federal~~ civil right that was violated: Interplanitary STO poisen spreading, And their over all conspiracy shit

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☒ Mail
   - ☒ Access to the court
   - ☒ Medical care
   - ☒ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: Inter— alie, etc.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My over all Medical and Mental Health care of which is exhausted, They make a attempt on my life refuse absolutly O medical or Mental Health or oct coming congitive, or Nueto logical and physical therapy adjustments, showers fuck, or Medication. This inter—alia is why I'm extermin ating these Subtonic humans. At all cost, If anyone disagrees I hope the British Royal Nevel ready to destroy Cal'fornia In my Name. 23 years of Islonic Jihadi, Sotonic Bullshit. I'm Killing em all but wont need their Euros' even if I must do this by Cyber Warfare.

   I'm not wasting my crippled hand goro over this Fact over and over and over to the point that my conclusion is they are Mentally returded

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I'm physically Injured, morally Injured inter—alia.

   I demand 999 Zillion # 95 in Euros

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

(Royu)   Demend

~~E. REQUEST~~ FOR RELIEF

State the relief you are seeking: I order these Satanic Disease Cimers
to pay the United King dom Buck 2,311 Zillion # 93 all in
Euros on a Interplanetary schemt or my Hals Angels
Rob yor banks inter alia. This is War. I also demand my
Twin Angels Sony Buger 10 and Jude Charles Burger Instantly
released. Or well Torture you Satanic things.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-4-15___                    King Sony Buger I
        DATE                    SIGNATURE OF PLAINTIFF

___N onE___                    Righteos King of the

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)                    United Kingdom Under

(Signature of attorney, if any)                    G OD

Eric Holder, Kam la Harris
Tani Cindil Burger Benjamen
B. Wegner et c.N
(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach
no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you
attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Added By my Royal Attorneys, by my Royal

Soy so and Demand,



United Kingdom Ministry of Justice Micre Shrive

Sutton SAN JOAQUIN COUNTY CIVIL GRAND JURY Pope Gore

222 E. Weber Ave., Room 605 Stockton, CA 95202 Hilary Clinton
Phone: (209) 468-3855

# COMPLAINT FORM
## All communications to the Grand Jury are confidential.

The Grand Jury is the avenue for county residents to bring attention to what they believe are injustices not resolved by public agencies, after other reasonable efforts have failed.

**What is your name, address and phone number?** King Sonny Berger II

Righteous King of Gods United Kingdom.

**What agency and/or person are you complaining against?** *(Name of agency and all individuals, including their addresses and phone numbers)*

Any and All U.S. Agencys or Genocide

**Please explain the nature of your complaint providing as many details as you can, including dates, times, and places where the events took place.** *(Attach extra sheets if necessary)*

Royal Attorneys etc.

**Action taken.** Please list other persons and/or agencies you have contacted in an attempt to resolve this complaint and any actions you have taken yourself.

Lead Royal Attorney General Eric Holder
Chieftess Justice Barbera M'Cwhly
Chieftess Justice Susan Jllson
Chieftess Justice Teal Berger — etc

**Witnesses.** Please provide names and telephone numbers of anyone else who can substantiate your complaint.

Consult Royal Senate Judiciary Council
Duar Finstin & Barbara Boxe etc.

*The information in this form is true, correct and complete to the best of my knowledge.*

SIGNATURE: Sonny Berger II DATE: 7-4-15

Hell's Angels M/C

# COMPLAINT PROCEDURE

Any citizen may complain to the San Joaquin civil grand jury and all communications are confidential.

The grand jury can act on complaints dealing with all aspects of county government, including school and special assessment districts and any city within San Joaquin County to ensure that the county is being governed lawfully, efficiently and that public monies are being handled appropriately.

Any citizen may ask the grand jury to conduct an investigation into suspicions of misconduct or inefficiencies by governmental agencies within the county.  The grand jury also considers complaints of willful or corrupt misconduct against public officials, county and city employees; including the abolition or creation of offices and the equipment for performing duties of county government.

The grand jury Complaint Form should be prepared after all attempts to correct a situation have been explored, and without success.

Instructions for preparing the Complaint Form:

- Include your name, address and phone number
- Name of the agency and/or person you are complaining against
- Explain the nature of your complaint and provide detailed information
- List any other action taken in an attempt to resolve the issue
- Provide contact information of witnesses who can substantiate your complaint

To make your complaint, mail the completed form to the address listed below:

San Joaquin County Grand Jury
222 E. Weber Avenue, Room 605
Stockton, CA 95202

This is my final Act of War

Grenouse on Islamic Jihadr

Sutin Worshyppers

6

I hereby certify that a copy of the foregoing document was mailed
this _4th Day July_ (month, day, year) to:
Name: _____
Address:_____
        Attorney for Defendant(s) _Eric Holder etc._
_Kamala Harris_
(Signature)

                    _By lawyers_

8. <u>Amended Complaint</u>. If you need to change any of the information in the initial complaint, you
must file an amended complaint. The amended complaint must be written on the court-approved
civil rights complaint form. You may file one amended complaint without leave (permission) of
Court before any defendant has answered your original complaint. <u>See</u> Fed. R. Civ. P. 15(a). After
any defendant has filed an answer, you must file a motion for leave to amend and lodge (submit) a
proposed amended complaint. In addition, an amended complaint may not incorporate by reference
any part of your prior complaint. **Any allegations or defendants not included in the amended
complaint are considered dismissed**. All amended complaints are subject to screening under the
Prison Litigation Reform Act; screening your amendment will take additional processing time.

9. <u>Exhibits</u>. You should not submit exhibits with the complaint or amended complaint. Instead, the
relevant information should be paraphrased. You should keep the exhibits to use to support or
oppose a motion to dismiss, a motion for summary judgment, or at trial. _Bull Shit_

10. <u>Letters and Motions</u>. It is generally inappropriate to write a letter to any judge or the staff of
any judge. The only appropriate way to communicate with the Court is by filing a written pleading
or motion. _I'm a Judge—A King_

11. <u>Completing the Civil Rights Complaint Form</u>.

HEADING:                    _Death — Genocide_
        1. <u>Your Name</u>. Print your name, prison or inmate number, and institutional mailing address
        on the lines provided.

        2. <u>Defendants</u>. If there are **four or fewer** defendants, print the name of each. If you name
        **more than four** defendants, print the name of the first defendant on the first line, write the
        words "and others" on the second line, and attach an additional page listing the names of all
        of the defendants. Insert the additional page after page 1 and number it "1-A" at the bottom.

        3. <u>Jury Demand</u>. If you want a jury trial, you must write "JURY TRIAL DEMANDED" in
        the space below "CIVIL RIGHTS COMPLAINT BY A PRISONER." Failure to do so may
        result in the loss of the right to a jury trial. A jury trial is not available if you are seeking
        only injunctive relief.

Part A. JURISDICTION:
        1. <u>Nature of Suit</u>. Mark whether you are filing the complaint pursuant to 42 U.S.C. § 1983
        for state, county, or city defendants; "<u>Bivens v. Six Unknown Federal Narcotics Agents</u>" for

Name: Sonny Barger II

I.D. #: F85263

Address CH-CF + D5B-105

P.O. Box 32080

Stockton, Ca. 95213

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Barger, Sonny

(Plaintiff/Petitioner)

v.

Director of "OPS" of CDCR

(Defendant(s)/Respondent)

Republican Ticket et, al

Case Number: 1:14-CV-009.01-BAM

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE THAT (print name)** Sonny Barger II

hereby submits a notice of change of address in the above – entitled case as follows:

**OLD ADDRESS:** CH-CF + DGA-105

**NEW ADDRESS:** CH-CF + D5B-105
NEXt Building for filing this case

DATED: 7-4-15

Sonny Barger II

**Signature of Plaintiff/Petitioner**

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS
FORM IN EACH OF YOUR OPEN CASES**

15 CCR § 3145; In re Jordan 12 Cd 3d 575, 116 Cd Rptr. 371 (1974) (finding unlawful CDCR rules treating enclosures in attorney mail as non confidential) material. State law garuntees the right to corresp- ond confidentially with their attorneys, the courts and public officials. Penal Code § 2601(b) see also CCR § 3141 (c) (1) and (5) and (6). Pending as of September of 2007 is a proposal to add foreign consulates which passed 15 CCR 3141 (7) In re Jordan, 12 CA 3d 575 (1974) and King vs Borg, USDC-ED Case No. Civ S-87-0519

LKK/PAN/P. CDCR in the last 4 years has violated nearly all of 15 CCR § 3141.

Specifically CDCR rules permit confidential correspondance with the following people and thier staff: All State and and federal elected people. All federal Officials appointed by the governer or President of the United States. That did not stop Wasco State Prison, They opened mail that was addressed to the President.

All city, county, state and feder- al officials with responsibility with responsibility for the inmates past, present, or anticipated future incarcerat- ion, parole, or probation ③ supervision.

All state and federal judges and courts. County
agencies regarding child custody proceedings. An attor-
ney at law listed with any state bar association.
Cruz vs Beto, 405 U.S. 319, 321, 92 S. Ct. 1079, 31 L.
Ed. 2d 263 (1972); O'Keefe vs Van Boening, 82
F. 3d 322 (9th Cir 1996)

　　　　　　　CDCR rules are supposed to provide
that when a prisoner wants to send a confidential or
Legal mail letter, I wrote the words Legal and Confid-
ential on the face of the letter. They've been opening
my legal mail for so long, even though I speciseal
the envelope, I've had alot of confidential mail go-
ing out, they still opened it. 15 CCR § 3142. And the
thing is that much was opened even to attorneys even
in other nations like the "Hague" or Londons "Min-
istry of Justice", that should made my legal/ Con-
fidential mail safe, and not read & scrutinized by CDCR.
CDCR, Notice of change in regulations No. 07/03.
　　　　　　　My incoming Confidential Mail
and all authorized persons or entities clearly identify
themselves on the return envelope. But ex-
plicitly COCR rule state that it is not necessary
See 15 CCR § 3143 § 3144; Wolff vs McDonald
44 S. Ct. 2463 (1974)

(4)

Now lets go back on what the State of California is bound by law to give us Indigent prisoners. We are allowed unlimited free postage to the courts. At times CDCR has been slow, but very consistant with paying my Legal mail. This is so at times they can open it. My perception is in no way determined on my hatred of Californias Prison State, Its prison system. My perception on this perception, is knowing Californias Continuity of Corruption.

## Publications on Law Books

The United States Constitution First Amendment in no uncertain terms, gives me the right to recieve published material e.g. law books. The restriction I get to recieve law books, has absolutly no penological interest, just a retalitory - discriminatorial Act. My Law Books has no penological interest.

(5)

Thornburgh vs Abbott, 490 U.S. 401, 109 S. Ct

1874, 104 L. Ed. 2d 459 (1989); Stefanow vs McFadd-
en, 103 F. 3d 1466 ( 9th Cr 1996); Penal Code
§2601 (c) (1). I know the rules, I want
to take notice on how much the District Court in
all actuality really reads. This is very extensive.
15 CCR § 3006, 15 CCR § 3138 (f).

        In my perception over 4
years, as it has been a learning experience, But I
have complained to a few Judges about not reciev-
ing my order to prosecute, and I have read up on
it and it is a no brainer. Even Honest District Judges,
they're more interested in political fallout, than
CDCR's illegal discrepencies. I realize I'm at the
bottom of the human Food chain, yet I also know
some Law Enforcement or even Judges that live in
their lower selves.

        Yet even at Pelican Bay the pol-
icy prohibited Inmates from recieving books/publi-
cations through the mail unless I had a pre-approv-
ed label attached was struck down for violating the
First Amendment Rights. I've lost a Law Book sent
to Pelican Bay - National Lawyers Guild, 132 Nassau
St. Rm. 922, New York, N.Y. 10038. The name or
Title of the Book, will come out at Discovery.

        ⑥

Prison Legal News vs Lehman (W. D. Wash. 2003) 272 F. Supp. 2d 1151, 1160-1161, affirmed (9th Cr 2005) 397 F. 3d 692; Bell vs Wolfish, 441 U.S. 520, 550-557, 99 S. Ct. 186, 60 L. Ed. 2d 447 (1979); Ashker vs California Dept of Corrections 224 F. Supp. 2d 1253, 1259-1262 affirmed (9th Cr. 2003) 350 F. 3d 917, 922-924 (N.D. Cal. 2002) CDCR ever tryed to eliminate non profit organizations. District Courts struck that down. Prison Legal News vs Cook 238 F. 3d 1145 (9th Cr 2001); and Morrison vs Hall, 261 F. 3d 896, 902-904 (9th Cr 2001)

See Prison Legal News vs Shearwzenegger (N. D. Cal. Aug. 22, 2007) No. (07-02058, Stipulation and attached aggreement; 15 CCR § 3190 (i) (7); DOM § 54010.8 and § 54010.20.2.

For example while in Administratcative Segregation, not only was the 602 complaint not remedial getting a law book in was impossible. So now I don't care about CDCR bullshit penological concerns. I'm sure me making out alive in Scott Grahams Moral Eptitude asseult was a major penological concern for CDCR.

⑦

In 15 CCR§3133; It's hard to get my real important motions out. Authority Cited Proounier vs Martinez, 416 U.S. 396 and Bell vs Wolfish, 99 S. Ct 1861. I'm sure not everyone has my problems, But my 1st Amendment is violated when I write my Lawyer at the Hell's Angels M/C Clubhouse in Ventura. Last time I'll do that.

This whole particular claim really accelerated on this arrest, and my mail was my biggest issue. Sending out my math to military bases, which they don't even understand. Hence, even though Law Enforcement and CDCR have their fall guy, this would have never happened if my mail wasn't so scrutinized. I had some studys in Law, but I finally got pushed to the back of my cell and ⑧ started sueing when

CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION

**OTRR314**            **INMATE PRIORITY PASS**

| INMATE'S NAME | CDC# | HOUSING AREA/BED |
|---|---|---|
| FISHER, GARY FRANCIS | F85263 | D 306A1 - 106001L |

| ISSUED BY | ISSUE DATE | |
|---|---|---|
| U. UNKNOWN | 06/09/2015 | |

| APPT. LOCATION | APPT. DATE | APPT. TIME |
|---|---|---|
| D306 Exam Room A | 06/10/2015 | 00:00 |

**TYPE / REASON**
Allied Services

| ARRIVAL TIME: | | RECORDED BY: |
|---|---|---|
| DEPART TO: | DEPART TIME: | RECORDED BY: |

401

Plaintiff's Name Sonny Berger II

Inmate No. F85263

Address California Health Care Facility D 6A-106

P. O. Box 320080

Stockton, Cal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sonny Berger II                           1:14-CV-00901-BAM

(Name of Plaintiff)                        (Case Number)

vs.

Director of "OPS" of COLR

Robert S. Mueller III

Special Agent Casey-U.S Customs

Director A.T.F. & DEA

Interpol U.S.N.C.B

U.S. Dept, of Justice - Director

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ **42 U.S.C. 1983** (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

(Names of all Defendants) George Bush & Republican Ticket - Federal Reserve

Federal Bureau of Engraving

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes X No____

B. If your answer to A is yes, how many? Too Many

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff ~~Mixed~~ Same

Defendants Mixed / Same but its pushing

about 200 or there abouts

2. Court (if Federal Court, give name of District; if State Court, give name of County)
E. D. Frezno

3. Docket Number _____  4. Assigned Judge McCouliff

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

All dissmissed

①

B. Name _Special Agent Cosey_ is employed as _Customs Agent_

Current Address/Place of Employment _?_

C. Name _Warden Burnes_ is employed as _Pelican Bay_

Current Address/Place of Employment _?_

D. Name _Facility Captain Osborne_ is employed as _Fac. Cap Pelican Bay_

Current Address/Place of Employment _Pelican Bay State Prison_

E. Name _David M. Hardy_ is employed as _Records Chief - F.B.I_

Current Address/Place of Employment _Virginia Records Dissemination_

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

The 8th Amendent was the issue on 11-28-13 or so when I was gang
packed by F.B.I Agents and A Customs Agent restricting my right to live
the crime is removable, and deserves a length of confinement
or since I am dual citizenship can and will be hit with Art. cle XVIII of Geneva Conventions

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

the length of Incarceration will befell Curty vs Ashcroft 395
F. 3d 1081, 1083 (9th Cir 2005); 6, 11-27-13 or 11-28-13
I was attacked by my cellmate, Nicholas Scott Graham, who
two punched me into a stuper. A time later after getting beat by
Graham good, the door opened. At first, I thought it to be a guard
coming to relinquish the problem, my face was emitting a lot of blood.
The new bodies in the cell took turns kicking me in the

(2)

the stomach, hand and hitting me on the head with a CDCR billy club, Robert S. Mueller had no problem telling I was him, here to terminate me, the beating went on so long, my conception of time had kiltered. Warden Barnes was one of my adversaries and they began to thump my head with the billy club. I was in and out of consciousness, but at one time a rope was expelled & stood out in a strange Scicsme ways. They actually were able to lift me off the floor, Using blunt force to my stomach. I'll augment later. But CDCR had no one asme what happened. This omission I sue, I suffer from "Traumatic Brain Injury" and the pain I feel, is a extreme ending to this discrimination that goes back 21 years so far.

**Claim 2.** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

8th Amendment violation on my health care, I receive here at this Prison/Hospital is no reason to suffer it actually a aggravated felony Ruiz vs Ashcroft 376 F. 3d 1182 (9th Cir 2004)

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

This Prison/Hospital is set up as a state of the art facility, yet the publicity it gets is negative and I see it as unconstitutional. Even for my mental Health care. Madrid vs Gomez. 889 F. Supp 1146 (N. De Cal. 1995) My under medication to a very serios medical need Appeal exhausted and no remedy CH-CF-HC-14002254 And it is this Remedy I still seeks. And this is a poor Medical and Mental Health Stand that constitutes cruel and unusual punishment. This is over a 13 year history of mental health in CDCR; Estelle vs Gamble 429 U.S. 97, 103-104, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1988) Hutchinson vs. U.S. 838 F. 2d 390, 394 (9th Cir 1988)

③

6. Filing Date (approx.) _____FBI_____  7. Disposition Date (approx.) _Memory problem_

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes _X_ No _____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes _____ No _X_ is against CDCR policy

C. Is the process completed?

Yes _X_ If your answer is yes, briefly explain what happened at each level.

I've had a Injury pertaining to this suit it came back exhausted, Amnesia

No _____ If your answer is no, explain why not.

Still doing it for a remedy where there absolutly no remedy

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name Robert S. Muller Jr III employed as retired

Current Address/Place of Employment F.B.I.

④

In Wasco on this term, I was dropped to CCMS level of care, In Corcoran without seeing a CDCR Quack I was upgraded deliberatly to E.O.P. then after in Ad-Seg I was deliberatly misdiagnosed and turned K-they a forced medication And forced to take Zyprexa and Risperdol which gave me severe side effects such as tremors, lethary and sever Sensory depravation inter-alia then was transferred to Pelican Bay State Prison, more of the Same from 1-27-13 to

**V. Relief** 7-1-13 then they would deliberatly shot in watmey

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

My 20 page Max is exceeded, my complaint covers 21+ years. I am getting tired of Lazy incompott U.S Courts. My better way to go is the "Hugur" or a British Court" but of the court Respectfully can put her intellect and law into my case, and befair. Then all is rendered as a apology. Its after what I've been through whith some of these other judges, who turn out to be illegal aliens. Not even from

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6-17-15        Signature of Plaintiff: Sonny Barger II

this planet, then you'll understand the original sin. Which was in the garden of Eden. Hell, I sue Satan

(Revised 4/4/14)

for that. And his whole tribe of undesirables. I really wasn't able to n context, what of why I'm sveing these things. For the Integration and thisvery

⑤

Of both the U.S. & U.k. governments.

For Conspiracy to overthrow the U.S and

U.k Governments, For that and keep his

Majesty—Me confined in Jailse Prisons

for most of 21years and injuring me not

tuking care of me in CDCR.

These Crimes are not worth

Her honours endeavor and power to sentence under

the k,k,k act or ADA. I'll do it under Military

Law, Judge or not My 1st honour of Relief is

By the Grace of God and Power truelly invest-

ed in me, appoint her Honour Barbary

MCCuliff to be acting District Judge in that

cupacity to be in truth a Royal Magistrate

(6)

Relief Earned by Sovern Rights

I demand the Payment to just my self
"420 billion dollars"

I demand 81, Trillion #9s  awarded to the
Hells Angels M/c  Its legally in my name
to be deposeted via Hell's Angels M/c London
decides is best for the club, or lime

I demand  420 Trillion  # 9s  in
the United States Treasury.

I demand  999 trillion # 9s  on a
yearly basis to go to the United Kingdoms
Treasury, and for those stupid enough your
extinction off the molecular level, for
66 years

⑦

Royal Relief

Account crand 1996. To show his majestys bank account is your own death. That and attempted murder, and I sue indeed Sucramento County Superior Court for not coughing up my Cal from in Records request on case # 14F 02 054 British Secret Service allready return a copy.

This case has been exhausted CH-CF-HC-1400 2254 on paired which I recovered from Attempted Murder Kern County Case BF134 705A is a deed issue. Double Jeopurdy is a tricky law, but 5 years of enhancement on a 3 year sentence? Vindictive, 9 Judges, 9 D.A.? 1 Material Witness to the top. Even Lisc Green Kern Countys D.A. will testify.

The Truth will hurt your very poor Lawyers. Im better than most of you.

⑧

# Relief earned on Torture

The 1st time we catch your attorney
cheating or in a lie, I drop the case, call a
war and extinction of your human race. For
Royal Magistrate McCaulitt and her
court room to be secure with British Military
and off the coast my British still own the
Admiralty rights, so don't go there

For me to stay put, I understand that
these things will just rearrest me,

I'm gonna have to send some San Fransisco
Judges down to discuss the legal issues.
And to sue Bank of America for letting
U.S Customs Agent Casey et al, into my bank

⑨

1
2  I sue Kern County Superior Court on also neglect
3  my my diplomatic Immunity. Procedure wise they
4  broke double Jeopardy, ses habeas Corpus and used a
5  Judges and a District Attorneys, that violated
6  my Due Process, With or With out a Attorny.
7  I sue Kern County Sheriff Donny Young-
8  blood - Mail Fraud - Consult U.S. Secret Service
9  Mark Sullivan for exhibits, I'll get stolen here
10 n the mail. Wasco State Prison - Mail-Fraud
11 Department of Defence His other Majestys Secret
12 Service got the Mail to OBama - Sensitive
13                CSR - Corcoran Mail Fraud
14 alot of it, Royal Space Agency Math Coordinates
15 taken. This is Al Quveda, CSR-Pelican Bay by now
16 Im suing them and of cours Mail Fraud, Property
17 Law Books. New Folsom, Mail Fraud Royal Govern
18 ment Mail. These people don't get a hint. Over
19 my "Royal Government Mail", we a killing them
20 theyve been doing it so long. This Place California
21 Health Care Facility, is or has treated me so unkind
22 and was so hard to get I need way more than 20
23 pages. It's all bad but this last four years to
24 became crippled is horrible. I dont care how you
25 rule, theyve allready been convicted by me the King
26 and just take their goddam mony. I sue the
27 Countries of Pakistan, Elsalvador, Nicaragua, the
28 State of Texas and every company Inc. Ltd

(10)

I want my money back I sue for
my self the Royal Space Agency and N.A.S.A
Texas Instruments Inc. Ltd for Industrial Espionage. I sue George Bush for his activation of
Federal Bureau of Engraving. That mass count
erfeiting no GNP. Our money is printed
at the U.S. Mints with Gold as its backer,
I sue the Republican Party period for it cyber
space illegal activity on the Presidential race
lost in Cyber space against Al Gore.
We got all tracked to how
they did it. Took us a while but nevertheless,
Cheaters never prosper, And the Republican
Party for Federal Bureaus this that in our U.S
Military, Over all Conspiracy to overthrow the
Government, only in America. I sue Dow and
Dupont for its exquisite enterprise that goes into
Venezuela, Columbia, Kern County, Ventura County
inter alia. X-District Attorney Ed Jagals
Officer of the court Can and will be found Guilty
and extradited to The Hague.
I sue Kern County Superior Court
Corcoran Superior Court, neglecting my diplomatic
Immunity, and not properly serving me of my charges
And Fake paper work. The truth of my name
is in the Court Transcripts.

(11)

Here I not only sue them in thier proff-essional cupucities, but Individual as well.
I sue CDCR for illegal detainment and it huppening on thier watch. Director of "DPi" of

CDCR Breezing over this because of my limited pages, I sue for Pte PBe Pelicun Bays Administration for sending me, Royalty into a emmensit dungerous spot. For the treatment I recieve at this Satum Spot. Under an Not medicating me is just more hatred. I sue for the dumage done by the Attempt on my life. Partly purulyzed 90% of my body This 20 pages, is not near enough. You said nothing about a Hubeas Corpus to be run cyunct. I've worked on another Complaint that has it all in detail, ②

If its small tolk, its a national Security Issue. Now on 11-27-13 there or abouts I was attacked By my cellmate, Nicholaus Scott Graham, he did get the upper hand by surprise, The door opened, three men I counted by their feet, came in, At least Robert S. Mueller III X Director of the F-B-I kept tagging me with a (: 0:) night stick. The 2 may be 3 kicks me in the stomach Special Agent Casey, and F.B.I. Hardy and Pelican Bays Warder Burns & Facility Captens Pelican Bay Osbourn those I can Positively Identify. I mostly was in an out of consciousness, when I was awake, I did play dead, By they kept taking my pulse,

(13)

And basically I sue every agency involved on that NSA: CJIS; See Arizona Text My record has been Cleared, Multiple times Consult D.O.J. Director. Maria Shriver

My HDR/JLO1 I BKE QBODGV4FXD

Jodie Foster will enter for you. They've been steelin my Drivers liscence the government send me. My mail in here, to the courts, to Ministry of Justice/as Defence

To get any copy of any of my cases, get them from D.O.J. National Security Division Arnetta James. You will get visits from Lawers that under British Law can judge even you, for me as King of the "British Empire" They've even opened Chief Obamas mail. Leon Panetta, Hilary Clintons, And even

(14)

He also forced me into using the Public Defender David Harbory, Clerk gave me no notice as to his reasoning behind him entering the judicial arena. Using his descretion was moot as a defense, I have too many Officers of the court as witness,

Kern County, Case # BM76 3483A, I paroled, was waiting for the Greyhound and rearrested in 2 hours and 20 minutes. Now that was certified by my sister. And she will Royally tell the court what agency arrested me disguised as Bakersfield P.D. I sue the Bakersfield P.D., the F.B.I, DEA, and Intepol NCSB U.S.A division

(15)

Statement of Facts

For its rulings and its bogus strikes against me. On Case #2006028542 out of Ventura County I fired my public pretender took me twice on a conflict of Interest claim Disqualified Judge Clark Conflict of Interest, he already 2 time violatete Article LXVIII of the Geneva Conventions, disregarded my Diplomatic Immunity, and Illegally sent me to prison. Judge McGee also was a Dead end. I disqualified him also on a 170.6 motion. He in turn Unconstitutionally sent me back to Clark who I already disqualified.

16

Case #BF134705A my credentials and diplomatic Immunity have been shared like they will you. Queen Rose will show p up and British ministems will be stationed in your court.

Page 18 CJU; 10-8-04 xo another Jury trial Conviction in Ventura by Executive Officer Micheal Plinet for the 2nd time. I've sued him for 6 times to Central District. I righteously sue the Central District U.S. District Court everyone including the junitor. I sue the Northern District in SunFransisu Judge Orrick for his illegal alies status, and for conducting court in the presence of His Majesty me. Take his blood. Everyone except the Senior Judge and 3 of his choices and Honourable Susan Illstons and 3 of her pikk's Clerk Richard Wickny and 3 of his pikks.

I sue E.D. in Sacramento except the Judge or magistrate I have and her judge. No clerks) The Executive U.S. Attorney Butterfly Angel will take up the responsibility,

And Unfortunatly, I sue your District and 3 choices if you have that many

(17)

take judicial note each case was to finish term, given pass by the United Kingdom. This CJIS is a NSA printout realtime via D.0.J. National Security Division.

So far if your not some Satanic Glitch they have is only because of my diplomatic immunity. Not only that I truelly am the heir to the throne of the United Kingdom. The King. Consult U.S. Senatate Judiciarary Council Diane Feine- steine & Barbara Boxer.

Nevertheless convicted of a jury Trial, Page 11-4-30-02 didnt happen. #1 I am the King #2 def! umat- ion of charachter inter, alia page #11 and further aggravating thing date 3-8-18 I did 36 months on a 24 month term. Page #1 Case # TNE 27436 and case # TNE 27432 got act- ivated 5 or 6 times, a misdemeanec San Bernar- dino is to be liable # TNE 27436 was diss- missed and the still activated of t, They still gave me 6 months with a illegal prison term, Its all bullshit and I as King have activated Article LXVIII of the Geneva Conventions. Thats enough The rest is a lie. On both Ventura case # 2006028542 and Kern Co.

(18)

threw the penumbratic cloud over and sliped it
in while in the hospital and deliberatly forced
their drugs on me for yet another year, for a
matter of torture and deliberate ndifference. Estelle
vs Gamble, 429 U.S. 97, 100-0104, 97 S. Ct.
285, 50 L. Ed. 2d 251 (1976); See Colem-
an vs Wilson, 912 F. Supp. 1282, 1298 - 1299
(E.D. Cal. 1995)

        As I pick this up a day or
two later, I am in complete disgust at only bying
allowed 20 pages to amend. There is a "Roya"
Bloody well reason" as to why, Page #5 2,000
CJIS on Case #BF134705/Kern County. On
Page #5 #3 down case # KA032714 - 5-11-
95 Convicted drunk driving Public Defender
Karen Atkins, Case Transfered to Los Ang-
eles County, page #6 CJIS warrant # XEA
KA032 73401 Pomona violation of Statute of
limitations 8-22-98  Case # CR42447 was
allready in effect and I am limited to the
amount of pages. 10-27-99 Page # 9
Case # CR42447 (D) C# PS8502, I worked
that case off for my freed and my girlfriend to
get a illegal CD(# I do have about 15
Ventura County sheriff as witness
# 92389 Santa Ana Page. And Please take
(19)

Oregon, the Manson Family and it under-
ground holdings. The Satans Slaves M/c the
Mongols M/c for attempted murder, I'm
limited, I sue the E. D Fresno over that
limied # of pages, more of the conspiracy.
                    To make this much more
easier Under British Military Law # NOVA-0x7119D
All who surrender for a blood sample delegating
your species us that of Satan. We will kill
you and torture you under LXVIII of the Geneva
Conventions. Each Facility I sue you for blocking
my access to courts.
                    Each Property room New
Folson most taking my Legal Property from day of
my accident 11-27-73 till May the Middle of.
Fuuk U. S. Laws  or Constitutional Laws
Every Judge has skipped right over laws, and
made ther own. Since that is the cull. I as
King of the U.K, will make mine also. The
U.S. Court System makes me puke.

    International President of the
    Hell's Angels M/c
        And
Heir to the throne of the U.K
    Sonny Buger II
        (20)

To keep this law suit down to 20 pages is bullshit. And Judge do not push your U.S. Bullshit discrete Judge Bullshit my way. Please Consult United States Judiciary Council Diane Feinstien, And she's located in your building. She will show your stupid ass my diplomatic Immunity. My claim is 23 years of Illegal Jihadi Detention. Or convince your Fucking Black Robed Ass to ask my Brother U.S Attorney Benjamen B. Wynze the Truth of the Matter. Hell in Turn get Director U. S Secred Service Mark Sullivan there. And Director of the C. IA David Petreus. And Chief Obcba your U.S President, my Chief of Staff.

(21)

Further more Im going Military on this
Faction #1 you limit me to 20 pages.
#2 Your in my Fucking Courthouse
#3 that Big hole in the street was
hit by my British Frigate,
#4 you will not wear that Satanic
Black Robe holding my court #5
United Kingdom / U.N. General Ban. Ki
Moon must brush you up on Military
Law, #5. You will learn to Kill the
enemy in my court room, #6 Don't
ever question your kings Authority #7
Its US or them. #8 Sorry Auntie
Barbara — Im Pissed.

#8 Farm Animals are to Roam Freely at their will at my Royal Court.

#9 There is no more United States

#10 Ask Queen Rose e Queen America

#11 Build Chains Into the walls of Your Court Room.

#12. I will never disrespect You, my Auntie Barbara Burger McCaulff.

#13 Your a Queen — Order tanks and the military to surround that Court house

#14 Love my Auntie Barbara!
Fuck You Assholes. Islamic Jihadi.

22

Law Books

Access To the Courts

All 5 of my Pens - al Queda

(i)

CCR 3143, CCR 3144, and it seems that the courts do not condone this action. Wolff vs McDonnell, 94 S. Ct. 2963 (1974) The fairness between the defense Attorneys mass access, now limits me severely. The CDCR has worked on my disability and outright took this particular piece of mail In re Jordon, 12 CA 3d 575 (1974) and King vs Borg U(D-(-ED Case No. CIV S-87-0519 LKK/PAN·P Procunier vs Martinez, 416 U.S 396 (1974) Bell vs Wolffish (1979) 99 S. Ct 1861; Thornburgh vs Abbott (1989) 109 S. Ct. 1874; Turner vs Safely (1987 107 S. Ct. 2256; and sections C031. 3.0, and 8 C031.5.4 Domestic Mail Manuel

In all actuality this means nothing to C. O's They know the A. G. goes to court for them, and predominatly lets us know it.

## Specific Issues in Court A. cccs

At this time I just want my Law book, and as sorry as the law library is I need that book when I go, Bounds vs Smith, 430 U.S 817, 828, 97 S. Ct 1491 (1977)

(2)

<u>Bounds vs Smith</u>, 430 U.S. 817, 97 S. Ct.
149) (1977) That statement is still
good law. This really hurts me legally and
I dont go care if CDCR sent the book
back they've been doing it for years. <u>John-
son vs Barlzak</u>, 338 F. 3d 771, 772-773 (7½
cir 2003) This is a very restrictive Law
Library as usual, but more than most. <u>Hains
vs Washington</u>, 131 F. 3d 1248, 1249 (7th Cir
1997) There is no legal assistance, just
people who think their cops. <u>Klinger vs Dept of
Corrections</u>, 107 F. 3d 609, 610-617 (8½ Cir
1997) <u>Bausch vs Cox</u>, 32 F. Supp. 2d 1057
~~Ranholas~~ vs This place absolutely will
not give any case law. <u>Harksen vs Garrett</u>, 29
F. Supp 2d, 265, 269, 272 (E.D. Va 1998)
            Yet this places Law Lib-
rary is pathetically unfavorable. Bounds, as
noted, said prison officials must provide law
Libraries or Legal assistance. Yet this place
demonstrate unfavorable issues. I'm allowed
to recieve one copy. This is why I need
the opening complaint. Some Courts
have strictly enforced the either/or
approach of Bounds, that the state
provide law libraries, that are adequate.
(3)

Blake vs Berman, 877 F. 2d
145, 147 (1st Cir. 1989) After Lewis v Casey
Some Prisons like this one, stopped updating
their systems and provide limited or no legal
assistance, so this issue will come up more sel-
dom; White vs Kautzky, 269 F. Supp. 2d 1054,
1056 (N. D. Iowa 2003) rev'd and vacat-
ed on other grounds, Lewis and Casey itself had
suggested that prison systems "might rep-
lace libraries with some minimal access to
legal advice and a system of court provided forms
. . . . ." that inmates only provide the facts" on
the forms the state provides, and not to
provide any legal anaylysist Lewis said,
"it could remain in place until a prisoner show-
-ed a non frivolous claim, of being frustrated
and impeded. ~~Lewis v Casey~~, ~~343 U.S~~
~~343~~ Lewis vs Casey, 518 U.S 343, 352-53,
116 S.Ct 2174 (1996) There is not a legal
assisstance system in this prison, Its lucky
I'm allowed to this law library. Spates
vs Manson, 644 F. 2d 80, 84 (2d Cir 1981)
The recources such as caselaw
they will not print it out, although
they can. Peterkin vs Jeffes, 855 2d
1021, 1046 (3d Cir 1988)

(4)

Carter vs Mandel, 573 F. 2d 172, 173 ( 4th
Cir 1978) existance to prisoners assistance
program not a adequate substitution to a law
Library

           see Beer vs Kautzky, 30 FF 3d
802, 804-805 ( 9th Cir 1980); Leeds vs Wat-
tson, 630 F. 2d 674, 676-677 ( 9th Cir 1980)
A legal Aid does not provide a adequate services
a law library must be provided Hooks vs Wain-
wright, 578 F. 2d 1102, 1103 ( 5th Cir 1978)
           Every prison I've been to
has all printed out cursc law for us, and the photo
copying is like pulling teeth. Some Courts
have held that if prison officials provide a
law library, they need not provide any
further assistance. Tinco vs U.S, 972 F. Supp.
976 1, 245, 254 ( S.D.N.Y. 1996)
           Retaliation should not
only be limited to criminal convictions or
conditions on his confinment,
it can come: Johnson vs Rodriguez,
110 F.3d 299, 311 ( 5th Cir 1997) That
Court Decision was to the contrary. I'm in
a much more improvable situation. I've had
Staff assault occur and multiple staff assault.
assault.

③

These people whom are employed at this lawlibrary can give me absolutly no legal advice. Knop vs Johnson, 977 F. 2d 996, 1005 (6th Cir 1992) The people at work are very poorly educated; Valentine vs Beyer, 850 F. 2d 951, 956-957 (3rd Cir 1988); Lindquist vs Idaho State Board of Corrections 776 F. 2d 851, 855-856 (9th Cir 1995); Cruz v Havck 627 F. 2d 710, 721 (5th Cir 1980)

My issues started with fighting double jeopardy and I was requesting thru POJA, minding my own business, and it catapulted to these issues, I cant even get my own Law Books]; ex. rel Pury Proffession-al Law Clinic vs Kane, 656 F. Supp 1049, 1104 (E.D. Pa.) aff'd 835 F. 2d 285 (3rd Cir. 1987); Cody vs Hilliard, 599 F Supp 1025, 1061-65 (D.S.D. 1984) rev'd on other grounds; 830 2d 912, 914 (10th Cir 1997) (enbanc) The retaliation or Discrimination started to pile up to the point that my Mother started buying me Law Books, Caterino vs Wilson, 562 F. Supp, 106, 111 (W.D. Ktcky, 1983)

⑥

Many ideas finds support in Lewis and Casey on adequate access and legal assistance which says Bounds vs Smith "garuantees no particular methodology but rather a conferral of cupability of bringing contemplated challenges to sentences or the conditions of confinment to the courts. Lewis vs. Casey, 518 U.S. 356-357 (adding that capability, rather than capability of turning the pages is the touchstone. Lindquist vs Idaho State Board of Correction, 776 F.2d at 885-886 & Knop v Johnson, 977 F.2d at 1005. (6th Cir. 1992); Gometz vs Herman, 807 F.2d 113, 116 (7th Cir 1986); Storseth vs Spellman, 654 F.2d 1349, 1350 (9th Cir 1981); If that lawbook made it It would provide me with more I need to know. White vs Lewis, 167 Arz. 76 804 P.d 805, 810 (Arz App 1990) Johs L. vs. Adams, 469 F.2d 228, 234 (6th Cir 1992); Smith v Bounds, 813 F. 2d 1299, 1301, -1302 (4th Cir 1987) (state could be required to provide attorney assistance where it failed for years to implement adequate law library access) affd on other grounds

⑦

affirmed on other grounds, 871, 78 F 2d 77
(4½ Cir 1988) (en banc); Cater, n o vs
Wilson, 644 F. Supp. 738, 740-741 (w,
D. Ktcky 1988)

The legal assisstants that
the court mandates are trained paralegals and
assisstance from attorneys is only in a
situation such as mine, very unusual.
CDCR tries, I suppose
to ensure we have a law library, as to
how its run is up to the warden. But to
deny us case law is downright and I
suffer legal injury. Michau vs Charlst-
on County, South Caroling, 434 F. 3d 725,
728 (4½ Cir 2006) I went 6 weeks
from Mid November to right after X-
Mas on 2014. Johnson-El vs Scho-
emehl, 878 F. 2d 1043, 1053 (8½ Cir
1989). With No Case law to study
is not meaningful research. Williams
vs Leeke, 584 F. 2d at 1340. The Law
Library the access has caused irre-
pairable damage to my claim. Twy-
mon vs Crisp, 584 F. 2d 352, 358
(10½ Cir 1978)

⑧

This petition is coming at a time that
CDCRS Law Library is a post conviction
unconstitutional deadlock. Obviously the
people who work here have been in either
unique and unusual circumstances, yet It is
no matter of mine, its causing me severe
legal damage, the restriction themselves,
and the access to it all is very unconstitution-
al. Avguste vs Dept of Corrections, 424 F. Supp
2d 363, 364-70 (D. Conn. 2006)
Pepper vs Carroll, 423 F. Supp. 2d 442,
446 (D. Del. 2006); Oliver vs Powell,
~~593~~ 250 F. Supp. 2d 593,
601 (E.D. Va. 2002)
                    In general physical
access to this deprived law library is re-
quired. Toussaint vs McCarthy, 801 F2d
1080, 1108-1110 (9th Cir 1986) I have
pages of this and I'm not going to
take this too litely. I'll amend my
Complaint Later
            Sonny Barger II
International President of the Hell's Angels Mc
        San Fransisco Chapter
    King of the United Kingdom - Under God

(9)

United Kingdom Ministry of Defence. – Nov 9

CDCR absolutly will not provide me with a
CDC Olsen Review

Evidence Factor #1 Guitty LXVIII of the
Geneva Conventions

3-15-14

CALIFORNIA PUBLIC RECORDS ACT
AND/OR
FREEDOM OF INFORMATION ACT

REQUEST FOR NOTIFICATION AND ACCESS TO RECORDS BY MAIL

(1) JURISDICTION: Sonny Burger II

By this document I, Gary Fisher _____, choose to exercise my rights under the Freedom of Information Act, pursuant to Title 5 of the United States Code  Section 552 and/or the California Public Records Act , Government Code §§ 6250-6258.

I hereby direct that any and all record keeping divisions of the entity listed below in section (2) of this document be searched for information pertaining to me, that I be informed of what system of records is held by your agency and that a copy of such information, if any, be disclosed to me by mail at my current address.

Further, I direct that I be given an accounting as to the purpose for which this information is used and to what other agencies or persons this information has been disseminated or disclosed.

I request that any and all applicable search, duplication, handling and/or mailing fees be waived.  Should said costs not be waived, I then request a written notification of any and all applicable costs for said information to be sent to me by mail and a statement of reason as to why such attached costs cannot be waived, along with supporting legal authority and/or regulation.

(2)  SYSTEM OF RECORDS OF THE FOLLOWING ENTITY OR AGENCY TO BE SEARCHED; NCIC  FBI  ATF  DEA

(List any identification or account numbers that might help in locating your records) _____

(3)                    BIOGRAPHICAL DATA:

NAME: Fisher (last)   Gary (first)   F (middle)    SEX: male  female (circle one)

ALIAS(S) or MAIDEN NAME  Gary Dale Burger

SOCIAL SECURITY NUMBER  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

DATE OF BIRTH: __1__ of __10__ , __60__
                  (day)      (month)      (year)

PLACE OF BIRTH: San Carlos , N.M. , U.S
                  (city)       (state)  (country)

CURRENT ADDRESS: 117-1F , Stockton, Ca
                   (street)      (city)   (state)

Page 1 of 2

Showing Fluency With
a

exceptionaly Good

Reason to be heard

Legal Imminent

Preemptive
pseudo science

of preview on Memorundum
In toto - inter-alia - st are decicis
or ratio decendi

Gary Dale Burger # F85263

CH - CF # DbA - 106

P. O. Box 32080

Stockton, California 95213


United States District Court

E. D. Cal. Fresno District

1:14-CV-00901-BAM

Burger

            Motion Plaintiffs legal right

      to Confabulation on Truth
                        on
            The Defence and their operandi

vs

California Criminal    Angels Truth

Justice System


         Your Honour, The most basic due process
right is the right to be heard. If the court refuses to even
listen to me, my due process is violated  Jackson vs
Cain, 864 F. 2d 1235, 1252 (5<u>th</u> Cin 1989) ; McCann
vs Coughlin, 698 F 2d 112, 123 (2<u>d</u> Cin 1983); My
unorthadox style is so profoundly relevant; as to my kahey u.

①

# Angels Truth

One Angels basic simple truth can and will be used as a foundation of COLR? lies, and if GodsAngels dig down deep enough in the mountain of Satanic Lies, and if Angels dig down deep enough in the Satanic mountain of lies, and the Angels bring out that truth, to set the corruptable lie, on top of Satans mountain of lies, the entire Satanic mountain of lies will crumble of the sound of Angels wings and the purity of their one truth, and the nothing more devastating to Satans structure of Lies, then the pure revelation of Angelical truth, of which structures the the Satanic lies in Hell, because the shock waves of Angels flapping their wings, the revelation of the truth reverberate and leave Hell, in eternal Satanic heats and continues to ultimatly reverberate through out the heavenly abode for the eternal warfare, for other Angels to follow by instinct, awakening even those Angels who had no desire to be awaken to my Angelical truth "Attempted Murder." Earlier, the important issues that one Angel stressed, the philoshophers, that the oldest formed religion is Sanskrit. The Lord ship of the "Creator" is not some half

(1)A

Angels: Truth
based doctrine.

The Zeus of the Greeks and the Wak an Teken of the American Indians have "changed the glory of the in corruptable Law Enforcement – and birds and four footed animals and "creeping things"

My Angelic past is not worth bringing up, less I'm forced to act on a material adverse effect of my health and welfare, Yet it is all too illusional of our perception of our Savior stresses his Love for us. This portension of sincere Angelical love is hated to the point of all most seeing my maker. The corruption of lies is piled so hi its unbelievable. May God hold his Angels grace n place.

The Truth

Sonny Burger II

Continued on Angels Truth
28 U.S.C. 3174 b; 18 U.S.C. 1621

Yet CDCR's inaffection on my persona is about my heritage of me in being Sonny Burger II. Discrimination is against the law. Its the Hells Angels M/C ~~~ ② ~~~ →

Case 1:14-cv-00901-BAM   Document 85   Filed 07/09/15   Page 56 of 206

# Memorandum

**Date:**      Thursday, December 04, 2014

**To:**        ALL STAFF
               ALL INMATES

**Subject**    **CORRECTIONAL COUNSELOR CASELOAD ASSIGNMENT/OPEN LINE HOURS**

---

**CCI  R. RIVET**                        **EXT 6950**

**CASELOAD:**  Buildings C1 A/B
                         C2 A/B

**Open Line:**  Tuesday & Thursday 0900 - 1100 hours

---

**CCI  K. LEWIS**                        **EXT 6951**

**CASELOAD:**  Buildings  D1 A/B
                          D2 A/B
                          D3 A/B

**Open Line:**  Tuesday & Thursday 0900 - 1100 hours

---

**CCI  E. BALANON**                      **EXT 6952**

**CASELOAD:**  Buildings C 3A/B
                         C4 A B

**Open Line:**  Tuesday & Thursday 0900 - 1100 hours

---

**CCI  L. MALDONADO**                    **EXT 6941**

**CASELOAD:**  Buildings D4A/ B
                         D5 A/B
                         D6 A/B
                         D7 A/B

**Open Line:**  Tuesday & Thursday 0900 - 1100 hours

---

**CCI  A. FRAZIER**                      **EXT 6943**

**CASELOAD:**  Buildings C5 A/B
                         C6 A B

**Open Line:**  Tuesday & Thursday 0900 - 1100 hours

---

Listed above are the inmates' assigned Correctional Counselors, based on housing units. Inmates will have the opportunity to speak to their respective Correctional Counselor at Open Line in the housing units; however, they are encouraged to have written requests prepared if possible. Caseload assignments and Open Line hours are subject to change based on Institutional need.

C. Cser
Correctional Counselor II
California Health Care Facility

A. Ladson
Facility Captain
California Health Care Facility

## REQUEST FOR FILE EXAMINATION
### OLSON REVIEW

From: F 85263    Guy    DS-A-11    5-20-17

(number)    (name)    (dorm)    (date)

I wish to review my Central File for the following reasons: my 1st 30 days, at Wasco StatePrisons, Full records, especially Gang Coordinators Decision, to keep me SNY.

---

I wish to have copies of the following item(s):

\_\_\_\_\_ Probation Report

\_\_\_\_\_ Abstract of Judgment _____ Amended Abstract of Judgment

✗ Sentencing Transcript

\_\_\_\_\_ Chrono(s) CDC-128(s) ✗ Date of Chrono    Day 1-30 decisions to keep me SNY and why.

\_\_\_\_\_ P. C. 2934 (1/2 time credit break-down/computation)

\_\_\_\_\_ Re-classification Score Sheet (Point Calculation)

\_\_\_\_\_ Other(s) (be specific in your explanation): Gang Coordinators decision, & why keep me on a SNY yard.

\_\_\_\_\_ If I get the copies requested above, my Olson Review will be satisfied. I realize I will not be eligible for another review for approximately six (6) months.

Signature: _____

Work Assignment: EOP

Hours you work: N O N E  RDO's: ALL

Important note: Copies of Arrest Reports, CII/FBI Rap Sheets Inmate Time Cards, and Confidential Information WILL NOT be Made.

Mail to:  SCC/Records - Olson Desk

2ⁿᵈ attempt



## REQUEST FOR FILE EXAMINATION
### <u>OLSON REVIEW</u>

From: _F 85363_     _Gory_     _D5-A-11_     _7-14_
   (number)        (name)        (dorm)        (date)

I wish to review my Central File for the following reasons: _legal Justifications_

_____

_____

_____

<u>I wish to have copies of the following item(s):</u>

_X_  Probation Report

_X_  Abstract of Judgment  _X_  Amended Abstract of Judgment

_X_  Sentencing Transcript

_X_  Chrono(s)  CDC-128(s)  _X_  Date of Chrono  _X_

_X_  P. C. 2934 (1/2 time credit break-down/computation)

_X_  Re-classification Score Sheet   (Point Calculation)

_X_  Other(s)  (be specific in your explanation):  _All available records_
   _interagency reports/profiles/recommendations for my_
   _legality of Confinement_

_X_  If I get the copies requested above, my Olson Review will be satisfied.  I realize I will not be
   eligible for another review for approximately six (6) months.

Signature: _____

_Refused to cooperate_  Work Assignment: _____

_no trust with drauls_  Hours you work: _____ RDO's: _____
   _for this_

Important note:  Copies of Arrest Reports, CII/FBI Rap Sheets
Inmate Time Cards, and Confidential Information <u>WILL NOT</u> be Made.

Mail to:  **SCC/Records - Olson Desk**  7-6-15

United Kingdom-British Empire

**REQUEST FOR FILE EXAMINATION**
**OLSON REVIEW**

From: P5-6502-F85263  Binger-Fish  DSB-105  7-4-15
_____(number)_____  _____(name)_____  _____(dorm)_____  _____(date)_____

I wish to review my Central File for the following reasons:  For Toilet paper since
I'm deprived any, Any paper work indicating I'm a
Al Qaeda prisoner is fake you all know I resume my
Diplomatic Immunity.

I wish to have copies of the following item(s):

__X__  **Probation Report s**        CCI - Jimerez-Muldurado

__X__  Abstract of Judgment  __✗__  Amended Abstract of Judgment

__X__  Sentencing Transcript  Will of em

__X__  Chrono(s)  CDC-128(s)  __X__  Date of Chrono  all of them

__X__  P. C. 2934 (1/2 time credit break-down/computation)    Both #s

__X__  Re-classification Score Sheet  (Point Calculation)

__X__  Other(s)  (be specific in your explanation):  every and all document
available  to me out right owner of CDC and
Righteous King of the United Kingdom. Which is
any including contendic) Al Qaeda boll shit.
If I get the copies requested above, my Olson Review will be satisfied.  I realize I will not be
eligible for another review for approximately six (6) months.

You things are pathetic
excuses for humans. You n    Signature: Jimmy Binger II

Trapped on my planet. This  Work Assignment: giving Hit list
                             Hours you work: any  RDO's: All
is your end Game.
**Important note:  Copies of Arrest Reports, CII/FBI Rap Sheets**
**Inmate Time Cards, and Confidential Information WILL NOT be Made.**

Ministry of Defence = Death

# TRIAGE & TREATMENT SERVICES FLOW SHEET
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 7403 (5/08)

1. Disability Code:    2. Accommodation:    3. Effective Communication:
☐ DNM ☐ DNH  Additional time for questions
☐ DPH ☐ DPV ☐ LD   ☐ Equipment ☐ SLI   ☐ P/I summed information
☐ DPS ☐ DNH   ☐ Louder ☐ Slower    **Please check one:**
☐ DNS ☐ DDP   ☐ Basic ☐ Transcribe   ☐ Not reached ☑ Reached
☑ Other*   *See chrono/notes
Comments: __NCF - 716__

| MEDICATIONS GIVEN IN TTA | INITIALS | TIME | SOL | SITE | GAUGE | RATE | # ATTEMPTS | INITIALS | LAB/X-RAY |
|---|---|---|---|---|---|---|---|---|---|
| | | 1321 | D5 ½ | 18 ga AC | L/O | — | 3rd attempt | BW | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | NG - 180cc bright red blood | | | | |
| **TOTAL AMOUNT IN:** | | | | | | | | | |

**PATIENT PROGRESS (SOAP)**

**TIME**

1305 call over radio for "Homicide." Arrived immediately to cell as custody w/as opening door. I/P lying c̄ IV on ground body across center of bed + head slightly tilted c̄ eyes & open staring @ ceiling. SpO₂ ↓ keep noted, bleeding from mouth + blood sprayed on cell wall. Seizures ↓ keep noted. Airway continually cleared by wiping mouth c̄ 4x4s while en route to TTA

1310- Dr Weidell in TTA upon our arrival. No spont. movement noted, eyes fixed, open + staring upward @ 5mm. Mouth suctioned for bright red blood. Preparing for NG tube placement by Dr Weidell

1312 Board applied & I/P being bagged but I/P c̄ deep spont (resp on own) Oral airway placed. NG tube 14FR placed @ nose for bright red return. @ back subtle + entire ear lobe bruised. Unable to get O₂ sat. B/P 151/93 c̄ HR 112. O₂ sat placed on ear. (low flow) slight spont movement to hands b/lat - hands firmly closed (SW). Reassured ———— B/Weidell?

1315- Pupils small, slightly reactive to light. NG cont to drain bright red blood. Being bagged, ao? swelling. Lg area of swelling noted @ R side of head. Ice pack applied. @ Sat 83% on bagging of 100% O₂

1320 Folsom Fire on scene. NG placed c̄ reverse suction + blood distention. V. O₂ sat ↑ 92% Placed on non-rebreather @ 100% - O₂ sat 84-82% good V/S c̄ spont resp. ST on monitor - has been on continuous cardiac monitoring 1326- placed on C-spine via log-rolling + head held.

1328- I/P now moaning & lifting head up. Spont movement of b/lat legs.

1333 Transferred to amb. ST on monitor, spont resp. continue B/Weidell?

1338 Dr Weidell notified UCD of I/P condition ———— B/Weidell? ———— Faxed to UCD → call by did receive

**SUPERVISORY REVIEW**

| NAME | TITLE | DATE |
|---|---|---|
| | | |

**PATIENT INFORMATION**

| NAME: LAST, FIRST | CDC# |
|---|---|
| FISHER, GARY | F85263 |

| DOB | AGE | INSTITUTION | HOUSING |
|---|---|---|---|
| 1/10/60 | 53 | CSP-SAC | A6-116 |

Page 1                          MAIL FOR: GURROLA, RAUL              Tue. Nov. 30, 2010

4BPO0T006OG.IH

RE: QHY.CA0150200.05812001.LUCKHAR        DATE:20101130 TIME:01:33:16
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:LUCKHARDT BY S342 10-245400

*************************************************************************

DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED,

TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK.
FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
*************************************************************************
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT

PALM.PRINT@DOJ.CA.GOV
** III MULTIPLE SOURCE
CII/A05812001
DOB/19600110     SEX/M  RAC/WHITE
HGT/510  WGT/190  EYE/BRO  HAI/BRO  POB/MI
NAM/01 FISHER,GARY FRANCIS
    02 HILTON,ROBERT ADAM
    03 FISHER,GARY FRANCES
    04 FERRO,MICHAEL
    05 HILTON,ROBERT
    06 WYLAND,ROBERT
    07 FISHER,GARY FRANSCIS
    08 HILTON,ROBER
    09 WYLAN,ROBERT
    10 FISHER,GARY
    11 FISHER,GARY ST FRANSCIS
    12 JENSEN,GREGORY DEAN
    13 DEMPSEY,GARY

FPC HENRY
KKK
21 M 1 U OOO 11
   L 1 U IOO 14
HKK

FBI/203308CA0
DOB/19610110   19590115   19610115   19600802   19600820   19600210
CDL/N9380866   N9380860   N6598520
SOC/566318675   567319870
INN/CDC-P058502   CDC-F085263
SMT/TAT L ARM; TAT R SHLD; TAT L SHLD
OCC/STUDENT; CARPENTER; GARDENER; BOAT LABORER; MASON
* * * *

Case 1:14-cv-00901-BAM   Document 95   Filed 07/08/15   Page 62 of 206

| | | # | (Statute) | | | Imposed | to Cmt./Cmp. | Rate | Credit | Credit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | Kings/ 13CM7361 | PC4501.1 (a)[01] | Aggravated Battery on Peace Officer by Gassing In-Prison Offense Tate Decision | 11/29/2012 | 2y 0m 0d | Consecutive (Full Term) to BB / 001 | PC 2933 Credit | | | |

Total Sentence Length: 10y 0m 0d
Term Start Date: 02/24/2012
Time Served: 4y 0m 24d
Time Remaining to EPRD: 4y 5m 7d

Revocation Time Imposed: 0 months/365 days

Actual Hold Time: 0
Conduct Credit for Hold Time: 0
Credit Eligibility: N

Release Dates: Earliest Possible Release: 10/19/2018

COMMENTS:
BA ARDTS Release Date: 10-26-2017 ARDTS Release Type: EPRD CASE CDCNO: F85263
BB ARDTS Release Date: 10-26-2017 ARDTS Release Type: EPRD CASE CDCNO: F85263

Legal Mandates

| Cmt./Cmp. | Mandate Type | Begin Date | Due Date | Status |
|---|---|---|---|---|
| | | No Rows Found | | |

Dead Time

| Began | Ended | Days | Type |
|---|---|---|---|
| | No Rows Found | | |

CDCR Credits Received/Lost (1 - 13 of 13)

| Entry Date | Effective Date | Type | Work Group | Duration (days) | Recd/Lost Days | Reason | Status | Qualifier |
|---|---|---|---|---|---|---|---|---|
| 01/15/2014 | 01/15/2014 | Work Group Change - Generated | A1 - Full Time Assignment | 1 | | Generated by Data Conversion | Applied | |
| 12/11/2013 | 11/20/2013 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 56 | | Classification Action | Applied | |
| 09/04/2013 | 11/07/2012 | Work Group Change (done by Cls.) | D2 - Admin Seg with SHU Term | 22 | | Classification Action | Applied | |
| 08/12/2013 | 10/26/2017 | Accept SOMS EPRD | | | | SOMS Implementation | Applied | |
| 11/29/2012 | 11/29/2012 | Credit Lost (due to Disciplinary) | | | 150 | Unknown | Applied | Log # HCO121104 |
| 11/29/2012 | 11/29/2012 | Work Group Change (done by Cls.) | D2 - Admin Seg with SHU Term | 356 | | Unknown | Applied | |
| 11/07/2012 | 11/07/2012 | Credit Lost (due to Disciplinary) | | | 90 | Unknown | Applied | Log # B12110013 |

INMATE COPY

U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

*OFFICE of Special Investigations*

April 10, 2012

MR. GARY FRANCIS FISHER
**F85263
B-3 206L
CSP WASCO R/C
POST OFFICE BOX 5500
WASCO, CA 92380

*FBI# 203328 CAO*

FOIPA Request No.: 1171963-002
Subject: FISHER, GARY FRANCIS

Dear Mr. Fisher:

This responds to your Freedom of Information/Privacy Acts (FOIPA) request.

A search of the indices to our Central Records System reflected there were records potentially responsive to your request. We have attempted to obtain this material so that it could be reviewed to determine whether it was responsive to your request. We were advised that the potentially responsive records were not in their expected location and could not be located after a reasonable search for these records. Following a reasonable waiting period, another attempt was made to obtain this material. This search for the missing records also met with unsuccessful results. Therefore, we are closing your request administratively.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be identified easily.

*Who Stamped it?*
*We Know & Your*
*Time is real to go*
*to Leavonworth*

Very truly yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

United State Department of Justice Winchester Va
Federal Bureau of Investigation - Records

I'm also aware of 5 USC § 552(b)
I would like to request @ Information on

the following Hell's Angels $M/c$ Chapters
Any and All Information from 1990 to the
present. You've left me hanging multiple
times in the past and I know there are old
closed cases From 1990 to the present.

Antwerp, Belgium

Berlin, Germany

Lenningrad, Russia

Alexendria, Egypt

Lima, Pero

Santa Cruz, Bolivia

Bogata, Colombia

Sao Paulo, Brazil

Lexington, Kentucky

Miami, Florida

Denver, Colorado

Cave Creek, Arizona

San Berdino, Calif

Ventura California

Oakland, Ca

San Jose, Ca

London, England

Ontario, Canada

Portugal

Athens, Greece

Sonny Barger $\overline{II}$

11-7-14

Drug Enforcement Administration - SARO
Records

I am requesting records on myself, and
any and all records, files, etc, pertaining to me.
And I also request multiple request on the
Hell's Angels M/c and I'm very aware that
there is exemptions that are safeguarded
In 5 U. S. C. § 552 (b) and I do expect these
to be all inclusive as pertaining to sensitive invest-
igations, and national security matters. My Inform-
ation is on 3 names Gary Francis Fisher, Gary Dale
Berger and Sonny Berger II D. O. B. 1-10-60
S. S. N. # 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, C I I # A056 12001
and F. B. I # 203308 CA0

①

Mail to:  SCC/Records - Olson Desk

2ⁿᵈ attempt

2ⁿᵈ Attempt on this

## REQUEST FOR FILE EXAMINATION
### OLSON REVIEW

From: _F 85263_     _Gary_          _D5-A-111_     _7-14_
      (number)      (name)          (dorm)        (date)

I wish to review my Central File for the following reasons: _legal Justifications_
_advance litigation, get some_
_dockuments_

I wish to have copies of the following item(s):

_X_   Probation Report          KAMALA HARRIS

_X_   Abstract of Judgment   _X_  Amended Abstract of Judgment

_X_   Sentencing Transcript

_X_   Chrono(s)   CDC-128(s)  ___ _X_ Date of Chrono  _X_

_X_   P. C. 2934  (1/2 time credit break-down/computation)

_X_   Re-classification Score Sheet   (Point Calculation)

_X_   Other(s)  (be specific in your explanation): _All available records_
_interagency reports/profiles/recomendations for my_
_legality of Confinement_

_X_   If I get the copies requested above, my Olson Review will be satisfied.  I realize I will not be
eligible for another review for approximately six (6) months.

                                    Signature: _Gary Fish_

Refused to cooperate   Work Assignment: _None as usual_
no trust with druids   Hours you work: _New_  RDO's: _All_
    for this

Important note:  Copies of Arrest Reports, CII/FBI Rap Sheets
Inmate Time Cards, and Confidential Information WILL NOT be Made.

Alcohol, Tobacco, and Firearms
Chief, Disclosure Division 3-26-14

Your Agency isn't disclosing any of the information Allowed by law. The exemptions I expect is set forth in 5 U.S.C. 552 (b) So, I'm familiar with the discriptions. I do request (for the 20th time) my records and the following Hell's Angels $^{M}/_{c}$ Chapters with the exemptions by law. You also have 20 working Days to decide if my request is formidable. Or if you will answer this or not as expected on page #2 is the Hell's Angels $^{M}/_{c}$ Chapters in concordance with

①

Alcohol, Tobacco and Firearms
Disclosure Division

this request.

1. Stockholm Sweden

2. CopenHagen Denmark

3. Olso, Norway

4. Helsinki Finland

5. Amsterdamn, Netherlands

6. Christ Church New Zealand

7. Pittsbury Pennslyvania

8 Ontario, Canada

3-26-14        Gay Fisher

②

4-15-15

Drug Enforcment Administration
Freedom of Information Operations Unit (Saro)

Under the freedom of Information act
I would like to request the following Inform-
ation on the Hell's Angels M/C. You've failed me
In the past, as far back as 5 years. Any and all
Investigations that are closed. My order is tall but
its been 5 years, and you've failed to uphold any free-
dom of Information. This is a 20 year request. 5 U. S. C. 1552

Ventura, California
Venice Bch, California
Cave Creek, Arizona
San Diego, California
Manchester, England
Frankfort, Germany
Bogata, Colombia
Rio de janiero Brazil

Victoria B. C.
Rome, Italy
Sao Paulo, Brazil
Mexico, City, Mexico
Dallas, Texas
Moscow, Russia
Newark, New Jersy
Berlin, Germany

43-15-15

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
CHIEF DISCLOSURES DIVISION
WASHINGTON D.C.

Under the freedom of Information
Act I would like to request the following
information on the Hell's Angels M/C. You failed
to disclose my previous request nearly a year
ago. And failed on my request 5 years
previous while in Bakersfield. Any information
at all would be regarded. Any and all
Investigations on the Hell's Angels M/C The
for the past 25 years        exemptions at 5USC555²ᵇ'
Cave Creek, Arizona         I know
                            Antwerp, Belgium
Oakland, California          New York, New York
Los Angeles, California      Ontario, Canada
Ventura, California          Victoria, Australia
San Fransisco, California    Sydney Australia

input on F.B.I. Agents *my Conceptional theoretical*
3-1-15

I've only coalesced with Drug Agents and the real smart ones exceled. But then there is a certain Breed. Its hard to put into words. But then I've kept silent so long . . . , I want to forget, but Nancy Reagans "War for Drugs" is a gimmick for our public. I'll say "Oliver North for President"

Alway on a Big Load of "Government Sanctioned Drugs", I mean Always some little Jerk in the F.B.I, blows it, out of greed, lust, which is derived from Greed. Or envy. And it is the greedy, envious jerks that the military would put a bullet between their eyes. So of course I hate the greedy, envious Agents. In retrospect. If we Coagulated with such a Agent. Go Military. In the real world, even jerks are military. But in the



Fucking Bureaucratic Idiots 3-1-15

Military, predominatly we find unison as best
Militarily, . . . . . . . . . ", Guatamale? I do
wonder if my real passport was confiscated. If
so. . . . you have a clue from [????] 1971 to 1985?
At least to how well traveled I am.

I'm not going to allow the F.B I
rent any more Space in my head. Nuero-transmitters?
My Philosophic Theoretical Unison is in
a radius o 7° perpindicular to $\frac{5}{2}\frac{5}{\pi}$ 11° to get to
my Nuerotransmitters. My overall Intellect is by
now improving. Yet remember Aderse Effect does
last   "°||° = eternity.

Sonny Barger II
Should of killed me Hardon



Federal Bureau of Investigation – Records FOIA PA

I wish to obtain a copy of all records that are not included in excemptions on the Hell's Angels M/C 5 U.S.C. 552 (b), but the records, file etc. is all inclusive. In addition I want records from any electronic survalience, from the F.B.I or any other government agency tapes, transcripts etc. Please advise if my name is contained in "See Reference" files. The Red, White chapters, either visable or not are listed below From 1991 – to present

Oakland, Calif.

Redding, Cal

Tucson, Arizona

Omaha, Nebraska

Charleston, North Carolina

Dallas, Texas

New Orleans, LA

Boston, Mass

Bangor, Maine

Costa Mesa, Ca

①

# Federal Bureau of Investigations

David M. Hardy - Records Chief,     3-1-15

Your ommission to request any of my FOIA request is influenced the District Court. But Sooner than Later, I'll find a honest Judge who will rule accordingly to law and not do obscene acts for the F.B.I's money.

You know I know, how it works.

Yet After all this I still get joie de vivre But I will say this,.. In my heart, I know I indeed should of died. But God has seen this before there is no love for Satan, just je-june in all your monetary Interest. Muellar is retired, yet still I not acheive Imunity. Yeman.

Sonny Burger II

②

C-File

- Case Summary Section -
Chrono Inmate History  CDC 112
Legal Status Sheet
Case Summary/Probation Report
Latest Report to Parole Board
Parole Revocation Reports
90 day diagnostics
Sentencing Reports
Time Credit Waiver  CDC 916
- Legal Document Section -
Legal Status Audit Sheet
Legal Processing Unit Documental Transmit  CDC 1130
Personal/Confidential Information Disclosure  CDC 819.
Minute Order
Abstract of Judgement
Court Remittur
Court Decisions
Sentencing Transcripts
PC section 1203.01 (statements of views of Judge/DA)
Legal Correspondence
Body Receipt  CDC 123
Fingerprint Cards
- Classification Section -
Custody Classification - Assignment  CDC 262
Reclass score sheet  CDC 840
Critical Case info - Safety of Persons  CDC 812
Critical Case info - Prison Gang  812 A

6-22

Notice of Critical info - Disruptive group  812-B
Notice of Class Hearing  COC-128-B-1
Order and Hearing Placement in Seg  114 D
Class Score Sheet  CDC 839
All CDC 128.G Chronos
— Disciplinary Section —
Notice of Pending  115  CDC 804
115  RVR Reports and attached Incident Report
SHV Term Initial Confinement/Redetermination  629A
DA Response
Other Incident Reports
— General Chronos Section —
General Chrono Sheet
App for Credit  CDC 958
Notice in Case of Death/Illness
All CDC 128° B1 and exept B1 and. G
Work Reports
— Miscellaneous Section —
602°
Miscellaneous Correspondence
Power of Attorney  CDC 345
Temp Community leave Request  CDC 601
Work Furlough agreement  CDC 1604
— Detainers Section —
Detainer Summary  CDC 850
Related documents
Advance release Notice
— Confidential Section —

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CLI - Maldanado

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

CLI-Maldanado

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Fisher/Barger | Lonny B | 7-1-15 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| | | | |
| RECEIVING STAFF'S SIGNATURE | RECEIVING STAFF'S PRINTED NAME | DATE SIGNED | |
| | | | |

DISTRIBUTION:
ORIGINAL –
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY – Complainant

Heres the gist of your mental Disease

No doubt I am the King. I have the

most and best Lawyers your money cant

buy. I don't care about your law library

but will 602 it, so I know who Ime

torturing when I get out. As you know

Just for Kicks, I 602ed the "Attempted

Murder committed on me. This is getting

stupid, the people you have left. I wonder

if J.J. Lynch ever received a 602 on CDCR

Policy, if "Attempted Murder is policy"? You

people Absoulutly must be exterminated. You gotta

Go. Your a waste of Fresh Air.

And some of you get tortured and killed on
a daily basis. This is Life as you know it
My Lawyers, Like Eric Holder, Kamala Harris
Tani Cantil Sakauye a California Supreme
Court Justice inter-alia. And you retired
Mother Fuckers are worried about my 5 boxes?
You things just dont want me to have evidence?
We have warehouses full of Movies, documents
etc,

        We have to dissect you and see why your so
Fucking dumb. Have a good death tonight.
I'll 602 your law library again as soon as I'm
in compliance with the rules. Trust Office
Boy that Torture Hurts, Mail Room too, And
your law library. Meanwhile my Aryan Broth-
er hood And Hells Angels are robbing your bunks
Your the most stupid people I've ever come across,
Way Dumber than Lynn Waterloo AKA Satan.

In the event of any deleted/excised records, please
notify me of the process for appeal, including any
statutory limitations period.  I, of course, reserve the
right to appeal any decision to withhold any requested
materials.

NAME OF REQUESTER: *Gary Burger* / *Gary Fisher*

DATE OF BIRTH: 1-10-16

SOCIAL SECURITY NUMBER: 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

ADDRESS:
California Health Care Facility

I, _____, have, pursuant to C.C.P.
Section 446 & 2015.5, read the foregoing, and declare under
the penalty of perjury, that the contents thereof to be true
and correct, except as to matters stated therein upon infor-
mation and belief, and as to those matters, I believe them
to be true.

DATE: 4-20-13
7-1-14 2cd 7-4-15   *Gary Burger*

California Attorny General Kamala Harris

Ministry of Justice Meredeth Vierra

Military Tribunals Nottingham

King Arthur Burger

United King Long - LYNXM 07118 NSA
STATE OF CALIFORNIA    LAW LIBRARY SUPERVISOR
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CH-CF

## SECTION A: INMATE/PAROLEE REQUEST Administration of Law Library Supervisor

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Burge/Fisher | Gwy | F85263 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| DBB-105 | - CONVICT ING - | | LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: I advise you Set up Work papers
to not play stupid and come to my door to ask my for photo copy
services. My stupid ass Law Suit possessed my Im giving it all to
my attorneys, Which I should have in the legal place. Every
case your Satanic Judges Closed because of NO LEPS is getting
reported and each prior goes to many # 9s. I'll eat my
Law Library as I please, So don't beg me. I own this prison.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: Law Library Supervisor          DATE MAILED: 2/1/15
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Quedo Rose | 7-1-15 | Kng Sonny Burg | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Betsy Burger | 7-2-15 | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CDCR — w) Qendy                                    7-4-15

Case 1:14-cv-00901-BAM   Document 95   Filed 07/08/15   Page 82 of 206

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**  Denta)
CDCR 22 (10/09)

SECTION A: INMATE/PAROLEE REQUEST —  Slow Play the Kng?

| NAME (Print):   (LAST NAME)        (FIRST NAME)       | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Burger/Fisher    Gary/Sonny        | PS8562 | |
| HOUSING/BED NUMBER:   ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| DS13-105     — Conviction | | — Dentos |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:  I have the right to refuse your
_un-qualid_  Dextures Too little Too Late Slow Play some
other fool.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO:___Denta)_____  DATE MAILED: 7/4/15
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Queen Rose | 7-4-15 | Queen Rose | (CIRCLE ONE) (YES)   NO |
| IF FORWARDED – TO WHOM:   Mun Swnity | DATE DELIVERED/MAILED:  ? | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

*Handwritten across top:* NEWFOLSOM ADMIN

## SECTION A: INMATE/PAROLEE REQUEST  — J. J. Lynch Appeals Coordinator

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Burger / Fisher | Gwn | P58502 | Sammy Burgit |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM 11 TO 11 | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D5B-105 | TRUTH | | LATC-602 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Your Late on my 602 and notice #1- Already you have cut on my lastest 602. This does not even matter if you return my 602 or not, #1 you know I am right own Folsom crd CDC #2 you know of my Diplo notic I am under ty #3 you know Queen Jane Murson is not coming back #4 you are all guilty of conspracy to commit Murder on me the king of the United Kingdom. #5 See you by 10-31-15

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: 7-4-15

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Queen Rose | 7-4-15 | Q4 NSA | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| ADMINISTRATION New Folsom 7-4-15 | | (CIRCLE ONE) IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST    CCI Maldanado

| NAME (Print):   (LAST NAME) Burger II | (FIRST NAME) Sonny | CDC NUMBER: P585O2 | SIGNATURE: Burger |
|---|---|---|---|

| HOUSING/BED NUMBER: D5B-105 | ASSIGNMENT: Convictions | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Death— |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

False or not I dont want you
Fake Shit you have. ANY CDCR Document with my name
concerning any Identity I have is false or not authentic
at all. I Investigations of the Kings complaints
And Enforcement. 28 CFR 35 170-35. 190 Title II ADA
Tech Manuel — U.S Dept. of Justice Civil Rights Division
Disability Rights Section 28 CFR 35,102 -35-104

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL:  ADDRESSED TO: __CCI Maldanado__     DATE MAILED: 7/1/15

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: King Burger | DATE: 7-1-15 | SIGNATURE: Sony Burger I | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: Queen Rose | | DATE DELIVERED/MAILED: You Maldonado | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

None of the Christian

Godly Martyrs has suffered as

I have Yet those who have died

In their faith for my protection

the Son of God, himself, who

died in agony, nailed to a cross of

wood. Not only did God triumphed-

ly raise me supernaturly from the Dead

I ascend to Heaven to sit at the right

hand of his Holy father, My ressurect-

ion filled my Angels with boldness

and zeal, that All of us Angels refuse

to lose to your Sudanic Realm.

United States District Court

E. D. Cal. Frezno District

Case #

CV-75-0145 WHO

Exhibit # A

CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION

**OTRR314**          **INMATE PRIORITY PASS**

| INMATE'S NAME | CDC# | HOUSING AREA/BED |
|---|---|---|
| FISHER, GARY FRANCIS | F85263 | D 306A1 - 106001L |

| ISSUED BY | ISSUE DATE |
|---|---|
| U. UNKNOWN | 05/06/2015 |

| APPT. LOCATION | APPT. DATE | APPT. TIME |
|---|---|---|
| S 202 Medical Outpatient Clini | 06/02/2015 | 09:30 |

| TYPE / REASON |
|---|
| Specialty Services |

| ARRIVAL TIME: | RECORDED BY: |
|---|---|
| | |

| DEPART TO: | DEPART TIME: | RECORDED BY: |
|---|---|---|
| | | |

339

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Sonny Burger II

_____ Plaintiff

vs.

Dir. "OPS" of CDCR et, al,

_____ Defendant(s)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

**CASE NUMBER:**

I, _____Sonny Burger II_____, declare that I am the plaintiff in the above-entitled
proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915,
I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to
the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _California Hopless Cureless Fac._

   **Have the institution fill out the Certificate portion of this application and attach a certified
   copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?    ☐ Yes    ☒ No    Never

   a.   If the answer is "Yes" state the amount of your pay.

   b.   If the answer is "No" state the date of your last employment, the amount of your take-home salary or
        wages and pay period, and the name and address of your last employer. ? Amnesia

3. In the past twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment    ☐ Yes    ☒ No

   b.  Rent payments, interest or dividends    ☐ Yes    ☒ No

   c.  Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

   d.  Disability or workers compensation payments    ☐ Yes    ☒ No

   e.  Gifts or inheritances    ☐ Yes    ☒ No

   f.  Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount
received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.non-hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

  If "Yes" state the total amount: _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

  If "Yes" describe the property and state its value. _____0_____

6. Do you have any other assets?   ☐ Yes   ☐ No

  If "Yes" list the asset(s) and state the value of each asset listed.

  "Classified" J WDR - MR 8-9

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

  NonA

  I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

  The refuse to it caught on Fiber Optics

  I declare under penalty of perjury that the above information is true and correct.

_____7-4-15_____     _____King Sonny Burger II_____
DATE     SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

  I certify that the applicant named herein has the sum of $_____ on account to his/her credit at

_____ (name of institution).   I further certify that during the past six months

the applicant's average monthly balance was $_____.   I further certify that during the past six months the

average of monthly deposits to the applicant's account was $_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____   _____
DATE     SIGNATURE OF AUTHORIZED OFFICER

ifpform.non-hab (rev. 7/02)

Fezno Case # 1.14

G-07

Ministry of Defence # U.k ____ OSS ____ 53 T 4 NSA ____
22-IN

STATEMENT INSTEAD OF NOTARIZATION;; 18 U.S.C § 1671

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

    "I declare, under penalty, that the forgoing is true and correct."


Date: 7-4-15 _____ Signature King Sonny Burger II

I King Sonny Burger II does
not get provided certified Trust Statements
Deliberatly from this CDCR AIQEADA
PEN/HOSPITOL; Making it impossable to aquire
a open case.

STATEMENT INSTEAD OF NOTARIZATION;; $ 18 U.S.C. § 1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

"I declare, under penalty, that the forgoing is true and correct."

R. SvR-T4

Date: 5 / 22 / 15    Signature _____

All Knowing I can't make a copy of Form
and the magnatude of unanswered Forms
I find it necessary to find witnesses, As does-

nt mean anything to CDCR. Which the white
event offer Law Library Access is Discrimination
But on Wedsay Nite I witnessed Inmate

Fisher # F85203 drop a 1824 ADA Form in
the mail with 5 Hospital Records inter-alia

# Monrovia Community Adult School

## Monrovia, California

### This Certifies that

## Gary F. Fisher

Has satisfactorily completed a Course of Study prescribed for Graduation from this School and is therefore awarded this

## Diploma

Given this tenth day of June, nineteen hundred and eighty-three



*President Board of Education*

*Clerk Board of Education*

*Principal*

Ph.d in Astrophysics

Masters in Antropology

Phd in Historical War

-inter-alia-

Pelican Bay

Rita Snyder — Witness

A–Z + 1–1001 witnesses

New Folsom witnesses

Fiber optic KSCU Saturn #11

In Reverse sequence — VTA— Case XNCTV08

CSP Corcoran 3B–01   Gunner C.O. England
↓
List

Wasco — Queen Veronica Berger

Witness list – Hit List

CH–CF   Queen Rose – NSA#11 – Saturn NSA

Pastor Leron Heath
Gratitude Week 1
November 23, 2014

348 North Canyons Parkway
Livermore, CA 94551
(925) 447-3465

Case 1:14-cv-00801-BAM Document 95 Filed 07/08/15 Page 94 of 206

U.K. 1.14

Relevant

**Cornerstone**
**FELLOWSHIP**

Well, it's good to be with you once again. Your pastor asked if I would come and share a Scripture verse or two to prepare our hearts for our Thanksgiving Day meal. So I invite you to consider with me five Bible verses found in the book of 1 Timothy. These five verses have to do with how we are to eat with Thanksgiving and gratitude, with generosity and prayer. But before we read our sacred text and contemplate its wonder and its meaning, let's pray together and ask the Holy Spirit to inspire our hearts to receive God's word. Shall we pray?

Holy Spirit of God, once again we gather from our scattered places to worship You with Thanksgiving and Praise. Breathe again on these, Your gathered people, the precious word of God. Help us to come to our Thanksgiving Day table with gratitude and praise through Jesus Christ our Savior, who has placed You in our hearts, and the Father who created all things good. One God, forever and ever blessed, Amen.

Well, 1 Timothy is found toward the back of your Bible. And if you have your official Cornerstone Bible with you, or your own Bible with you, you kind of turn way back to get to 1 Timothy. You know, you've got those letters to churches like Colossians, Ephesians, Philippians, Thessalonians. And then a couple of these little books to particular persons; Timothy, Titus, Philemon.

And Timothy was a young pastor in Ephesus, kind of a big church. I think he's on the staff, one of the pastoral staff. Or maybe he's doing one of those satellites that you guys do. I think he has a satellite out of Ephesus. And the Apostle Paul had one of his longest pastorates in Ephesus. He's been to prison, and he's now ready to face the last years of his life. And he wants Timothy to maintain the precious gospel of Jesus Christ, that one word that has created us and made all things new, forgiven us of our sins, and set us free. And so he writes to Timothy about some of the dangers, the threats to that gospel. And we will see that in our text. I'll read from the screen.

1 Timothy, Chapter 4. Did I say Chapter 4? Chapter 4, verses 1-5. "Now the Spirit," capital S, big Spirit, "expressly says that in latter times some will depart or drift away from the faith, giving heed to deceiving or seducing spirits and doctrines and demons, speaking hypocritical lies, having their own conscience seared or branded by a hot iron. They forbid marriage, and demand abstinence from foods which God created to be received with thanksgiving or gratitude by those who believe and know the truth. For everything God created is good, and nothing is to be refused, or rejected, or scorned, if it is received with thanksgiving, gratitude. For it is sanctified, made holy, by the word of God and prayer."

Well, what's going on here? Who are these false teachers? Let's put these side by side. We actually have here five verses. And half of these verses, exactly half, actually like 45 words, are to the false teachers, and 45 to the true gospel. So we might call on the left-hand side a contrived holiness. That is something that man figures out that would make him holy. The issue is holiness, what makes us sanctified. And I know holy is kind of a big word, isn't it? We sort of restrain from being called holy, don't we? But it's the same word in the Bible as the word saint. That works out in the Spanish translation; santo means holy, and santo means saint. Same word, see?

So when Paul addresses this, he writes a letter to Philippians. He calls them saints, holy ones. It means ordinary people that have been called close into the presence of God. So on the one side, we have contrived holiness. Let me read it for you, or at least look at it with me.

"Now the Spirit expressly says that in latter times, some will depart or drift away," is the word for apostasy. An apostasy, these aren't like secular atheists doing this. These are people who have been a part of the life of the church, and they've heard the gospel. They know the gospel. They come to church because of the gospel. But it's not that they don't exactly believe in the gospel, it's that they just don't think the gospel's big enough, right?

You came to Jesus, you heard that story about how He died on the cross for your sins. That's pretty good. But you know, if you really want to be a big-time holy person, if you want to be a varsity godly man, if you want to play in the big leagues, "You really should abstain from marriage, don't you think? What's wrong with marriage? You know, marriage has these embarrassments and complications, and that whole procreation thing, you know. Is that holy? So you really should be celibate."

And, "If you're willing to be godly, if you're to be godly like we are, you've got to go beyond the gospel. You've got to go to something bigger than the gospel. You have to watch what you eat. You can't eat ungodly food, like crawdads. You can't eat those. You can't eat donuts. A person who eats donuts can't be a godly man, can they? You don't want to be seen hanging out at Dunkin Donuts or anything like that. You don't do that."

And, "If you do these things, which we're telling you to do, you'll be branded," a powerful word. "Your conscience will be branded as a big-time varsity holy person."

Now, if that was true, would there be anyplace for thankfulness in our hearts? Are we to think that we'd accomplish that on our own terms? We've contrived it. We've made it up to make us holy.

You know, I notice when Steve -- it was nice of him last week to say that -- at least the service I was in last week -- he said that Leron was going to be with us. That's me. And he said next week, he said of me, here's how he advertised me, "He's old and wise."

Now, I think that's nice, I guess. Eventually you have to owe up, there's some truth to that. So what if I really believed him? What if it was really true, and I came out to you today and I'd say, "You know, you're lucky I'm with you today. I'm very wise," would you think I was very wise?

There's a proverb that goes like this: "The one who thinks he's wise in his own eyes is worse off than a fool," right? The person who thinks they're godly, because they don't eat crawdads, is worse than an infidel, right?

Our holiness comes from God's side, not from our side. Martin Luther calls this alien holiness. And by alien, he doesn't mean, you know, a space movie. By alien holiness, he means it came not from us, "I didn't come up with this." But it came from God's side. God decided to make us His people through His Son, Jesus Christ, who suffered and died on the cross to forgive us of our sins, and to draw us out of common life into His holy presence. That's the gospel.

Are you bored with that? Is there a bigger story than that? Can you trump that story? You didn't come to Jesus Christ, did you, because somebody said, "You know, you could be a really godly person if you just stop eating crawdads and donuts."

And you say, "Oh, what a wonderful message."

Is that how it happened? You see, that's why it's called seducing spirits. It seduces people into thinking there's something bigger than the gospel. There's nothing bigger than the gospel. And so on the right-hand side, we have this authentic holiness. And this authentic holiness is foods which God created to be received with thanksgiving. And you notice you have thanksgiving, gratitude repeated twice. It'll appear again, thanksgiving and gratitude. You have God's good creation repeated twice. You have sanctification, saintliness, holiness, with the sphere of God's loving care, which makes us a child of God, all those things.

And if the gospel's really true and in our lives, we don't strut around saying we're godly people. We say, "Hasn't God been gracious to us? We're so thankful that in spite of ourselves, he forgave me of my sins, and brought me close to Him, and brought me into the kingdom of God."

Isn't that good news? Well, let's ask a couple of questions of our text to get us to our Thanksgiving Day table. The first question I'd like to ask of our text is, what makes us holy? We've kind of been careening towards this. What makes us holy?

According to the false teachers, the thing that makes us holy is eating the right food, and abstaining from marriage, right? According to God's word, "The word of God received with gratitude and prayer makes all things holy. Nothing is to be rejected, provided it is received with thanksgiving, gratitude, or to sanctify it, or make holy, precious unto God, by the word of God, and by prayer."

The question of our text is not how you make yourself holy, but how God makes you holy. What makes what holy? What makes what precious unto God? Let me tell you a story about an early church father, Christofferson (ph). And he's commenting on that story about Jesus being baptized in the Jordan. Remember that story, how when Jesus began His earthly ministry among us, He went down into the Jordan to be baptized by John the Baptist. And you remember that John the Baptist protested. John the Baptist says, "What are You doing here? I'm not supposed to baptize You. You're supposed to baptize me." He protested the whole thing.

But Jesus said to John, "John, it's okay. It's okay. It's the right thing to do. It's fitting for all righteousness."

Well, the church has always had difficulty understanding that, because if Jesus was without sin, why did He need to be baptized, right? We need to be baptized, cleansed from our sin and all unrighteousness, and to authenticate our faith. But why does Jesus need to be baptized? Here's what Christofferson (ph) said, he said, "Jesus did not go into the waters of the Jordan, that the waters of the Jordan would Him holy. He was holy of Himself. Jesus went into the waters of the Jordan in order to make the waters of baptism holy."

Those guys are good, aren't they? Don't you love that? Not that the waters made Jesus holy, but Jesus made the waters holy. See? And Christofferson (ph) says that's why all the waters of baptism are holy, because Jesus went into the waters of the Jordan and made the waters holy. That's why in our courtyard out front here -- I've seen it happen. I think it's the neatest thing you do as a church, one of the neatest. You do a lot of neat things. But when I saw that fountain out there turn into a baptismal fount, I said, "Wow, is that ever neat!"

And all of a sudden, this common building -- it is common, wasn't it used for a sports thing or something? -- all of a sudden becomes a sacred place, see. It's not the waters that make the water holy, but Christ who made the waters holy. When we sing our praise, this becomes a sacred, holy place.

Sometimes that happens to us in the common events of life, whereby surprise it's as if our holy God has showed up and made it a sacred event. I'll tell you a story. Just about a month ago, we were in Cayucos. Does anybody know where Cayucos is? It's a secret little beach town that only we know about down by San Luis Obispo, Morro Bay. You go up Highway 1 just a little bit. Anyway, we had some friends that were renting a beach house in Cayucos for a week. They knew we were going down to San Diego. They said, "You know we're going to be at this beach house. Could you drop by for a few days and just visit? We have some room for you."

We said, "Yeah, we can do that." So we got off to a late start, fought our way down Highway 101 South. You know what that's like. And we called them and said, "We'll just get something to eat along the way. It's getting late."

And they said, "No, no, no. Jim made the lasagna. We'll heat it up. We'll wait until you get here."

So finally, we get there late, and exhausted from all the travels. Entered this beach house, and Jim warms up the lasagna. We sit at the table. We've been old friends, three, four couples, for a long time. Raised our children together, have stories to share. Been a part of the life of the church, special part of my own ministry in the church.

And suddenly, the meal turned sacred. Does that happen? It wasn't eating the right food. I don't think the lasagna made us holy. But with prayer and thanksgiving, the word of God made the lasagna holy, right? Made it a holy meal.

Now, we don't realize it at the time sometimes. It's in remembrance, right? We think back on it. "What happened there? Did we just eat lasagna, or did something else happen?" Something miraculous, miracle of God's presence with us.

Well, let's do another. This has to do with a second question I'd like to ask that our text raises, is creation good? Is creation good? I know it was created, but doesn't it have problems? Can we really say that creation is good? Isn't that what our text said? God created all things good?

I know He created all things good, like in Genesis 1. But didn't bad things happen? Like sin, and the fall, and the apple, and getting kicked out of the garden, and the cherubim with the flaming sword, and the cursed earth, and all that terrible stuff? It's not good anymore, is it? Things just got worse and worse until God was sorrowful, grieved, regretted that He even created us in the first place. Remember that story in Genesis, Chapter 6? And so He causes a big flood. He's going to do away with it. He's quit on His creation. Forget it.

Right at the heights of the flood, while the ark is bobbing around, in Genesis, Chapter 8, verse 1, one of the greatest verses in all the Bible, it goes like this, "But God remembered Noah," Noah, who found favor in the eyes of the Lord. And the waters of the flood receded. The earth became dry again. Seedtime and harvest, and food was planted, and life began anew. And God put up a rainbow in the sky. Remember the rainbow? We're getting a few rainbows, aren't we?

And every time we see a rainbow, God says, "That's a promise, a sign of a promise I made to you that I'm not going to do that again. I'm not again going to do away with My creation. What I created is good. I'm going to see to it that it's good. I'm not going to quit on the goodness of My creation. I'm going to see it through."

So He repeats what He said before. "You're created in the image of God. Be fruitful and multiply, and flourish upon the earth. And I'm going to grant seedtime and harvest, day and night, summer and winter. You can count on the earth. It's good, and it's going to bring forth for you its produce. So eat with thanksgiving."

Pretty good, huh? That's better than whining about crawdads and donuts, isn't it? It's a bigger gospel than that, isn't it? In fact, this enormous resolve that God has is fulfilled as all promises are in Jesus Christ.

Listen to this from Colossians, Chapter 1. "In Christ, all things in heaven and on earth were created. All things have been created through Christ and for Christ. And in Him all things hold together." (v. 16-17)

"God was pleased to reconcile to Himself all things, whether on earth below or heaven above, by making peace through the blood of the cross." (v. 19)

What was at stake on the cross? Was God just salvaging a soul or two here or there? Or was creation itself at stake? Somehow on Calvary's cross, God redeemed not only you and me, but redeemed His good creation so that His creation would remain good. Isn't that something? That's the big gospel story. So good that God's not going to quit on it. He's going to see it through all the way until the last trumpet sound. What we long for at the coming of Christ is not just going to heaven, is it? Doesn't the Bible say it's a new heaven and a new earth? Earth, earth, earth.

God's enormous resolve, that His creation is not going to be destroyed, but it's going to be good, good, good. A new heaven, a new earth. Earth, a little bigger maybe, and more real. But God's creation is going to see us through. So God's resolve. Listen to this in a hymn. This is one of those 19th century hymns. Maybe you've had the privilege of singing it a time or two. I'll try not to sing it. But I'll give you the words. "This is My Father's World." Do you know that song?

"This is Father's world, that all the wrong seems oh so strong, God is the ruler still." Listen to the last verse. A lot of times when we sing this, we never quite get to the last verse. But listen to the last verse. "This is my Father's world: Why should my heart be sad? The Lord is King; let the heavens ring! God reigns; let the earth be glad!"

"This is my Father's world," now here's the last two lines, "for dear to God is the earth Christ trod, no place but is holy ground."

See, the incarnation -- in carnal, into flesh -- when the word became flesh and dwelt among us full of grace and truth, when Jesus was born in Bethlehem of Judea, when we tell our Christmas story coming up soon, we're reminded that God has Himself entered into our earthly life, hasn't He? God Himself in a manger. Every time we look at a baby, we can't help but think Jesus was a baby once. It must be sacred. Every time we look at our children singing in the choir -- how good was that? We say Jesus was a child once. We saw Him grow up. Every child must be sacred. Or I guess Jesus was a teenager even, right? So we can't scorn or disdain teenagers, because Jesus was a teenager at once. They must be sacred, right? Must be precious to God.

"For dear to God is the earth Christ trod, no place but is holy ground." We see creation good through and with our Lord Jesus Christ. I take Jesus out of it, I don't see creation as good all the time. But if I put Jesus into it, I think creation is pretty good.

Well, it's Jesus Himself who declared all food good. Remember, Jesus was always getting in trouble about food. You remember that Jesus story in the gospel? He was always either eating with the wrong people, or eating at the right time, or eating the bad stuff. He was always in trouble about people who didn't think you should be eating crawdads and donuts. He was just always in trouble with those folks.

Jesus says, "It doesn't matter what goes inside you, it's what comes out of your heart that makes things evil." Things don't make you evil; your heart makes you evil, right? And then in Mark, there's a little parenthesis that says, "On that day, Jesus declared all foods good."

You know, we're the only religion that doesn't have dietary laws. Did you know that? I think that's why we like to invent some sometimes, because we think, you know, Judaism, it has its dietary laws. Islam has all sorts of dietary laws. Shouldn't we come up with some dietary laws?

No. Why not? Because of Jesus. Because Jesus has made sure that God created all things good. And in moderation, all things are good for us, right? You know, it's a powerful notion about how we view sin. Sin is not a thing. Things are good. God created all things good. Pleasures are good. You know, Satan has never invented a single pleasure, did you know that? All pleasures come from God. He created all things good.

Sin is when we take the good things of God and bend them for our own contrived purposes, see. Something good comes our way, we say, "Oooh, I like that. I'm going to make it work for me without God." But when we receive a pleasure from God, we receive it with thanksgiving, and gratitude, and praise, right? That's a true joy, isn't it?

Well, let's visit our Cayucos house one more time. Let's think about God's good creation. You know, we came late at night, had that late dinner. And you go to bed eventually. You get up in the morning, and you discover where you are. Have you been in those places before? We get up in the morning, have coffee, and I look out these windows and sit out on this porch. I was thinking, "This is the greatest beach house ever discovered by man."

It's no the building itself is extravagant. We're just placed on the beach. We're sitting right on the beach. The waves had to be, I don't know, 20 yards away, right there. We're just sitting there. We're mesmerized, right? You don't go out on the patio on the deck and look out at the ocean and say, "Oh, I've seen that before. Let's go inside and watch television."

No. I think this even trumped the football game. That's how big it was. Creation is beautiful. It takes our breath away. God created all things good, didn't He? By the way, to disdain creation, to not be taken by its wonder and its

beauty, would be an insult to our Creator, wouldn't it? He created all things good. He's going to see it through as good through the blood of Jesus Christ, and through the last trumpet sound.

Well, let's do one more. What makes for abundant life? Well, gratitude and generosity bring life and vitality to God's creation. "What shall I render to the Lord for all His bounty to me?" says the Psalmist. "I will offer up gratitude and thanksgiving in the presence of all God's people." (Psalm 116:12-14)

See, when we receive a good gift of God, that's why we gather together here today. God has given us the good gifts of salvation, right? And why did we gather to sing our praises, to hear the children lead us in our praises? To return gratitude to God. That kind of salvation, that kind of righteousness, that kind of holiness breeds thanksgiving. If I just pulled it off on my own terms, there'd be nothing to thank God for.

The Apostle Paul said, "If those guys were right, who fussed about marriage and food, if they were right, if that really God is the holiness," Paul says, "then Jesus Christ died for nothing."

If we can pull it off, we don't need Christ's death, do we? But if it's a gift, if it's something that can only come from God's side, then Calvary is everything, isn't it? And there's nothing bigger than the gospel, is there?

Well, sometimes the Dead Sea sickness gets the best of us. I'll tell a parable. I'll try to tell a parable. I'm no Jesus, so I can't do a really good parable. But at least if I want to be like Jesus, I can try to tell a parable, can't I? I'll call this the "Parable of the Dead Sea Sickness."

It has to do with how that Sea of Galilee and the Jordan flows down the north-south, on the east side of Israel, and comes to the Dead Sea. And the water comes into Galilee from the heights of Mount Herman, and it cascades down in this beautiful, fresh, very beautiful country. Water comes flowing in the Sea of Galilee. And the

Sea of Galilee takes it all in, says, "This is good." And it's full of life. Sea of Galilee has fish. That's why we get all our fishing in Peter, James and John, Andrew. Those guys are all fishermen, the early disciples of Jesus. And there's vitality. There's towns along the Sea of Galilee, all these nifty towns. There's all sorts of life up its banks. There's bounty to be taken from the sea, which helps to give bountiful food to all of Israel, and even beyond, to be export to life all over the place.

Well, the Sea of Galilee lets it out the south end, and that forms the Jordan Valley, the famous Jordan Valley. The prophets called it the Pride of the Jordan. And if you would just take a canal and run it straight from Galilee to the Dead Sea, it would be about 60 miles. But actually, if we take a raft and float down the Jordan River, it would take us about 135 miles, because it meanders like this, back and forth through this desert kind of land. As it meanders, it gives all sorts of life to this valley. That's where we get palm trees, and dates, and all sorts of agriculture and fertility and land that feeds the people; beauty, the thicket of the Jordan.

And then it dumps all that beautiful water into the Dead Sea, right? And it's called dead, because it's dead. Nothing lives in the Dead Sea. No fish. Nobody lives on the banks of the Dead Sea. There's no life. It's just dead. How did the Dead Sea get so dead? Because it refused to let any water out, right?

So here comes this fresh, beautiful water, giving life to everybody. "It's all for me, nobody else. I'll garner this grace for myself." And we turn dead inside. That's the parable. That's how we become an unabundant people, both as a congregation. I've seen churches go dead like this, haven't you? No more generosity, no grace flows out from them, no vitality, no fun. True of us as families, as individuals, when we garner, won't let any of it go. It's no fun.

A bit of the Dead Sea Sickness struck me in Cayucos. We'll do it one last time. So we had that miracle dinner, where things went magical. By the way, that's a good magic, that's not a bad magic. You know, that's a sanctified magic. When we say magical, we mean not from us, but from God's miracle, right? By surprise.

And then the next morning, we saw the wonders of God's creation. Then in the afternoon, you've got to get out and actually get closer. Twenty yards isn't quite close enough. You've got to get your feet in the sand and feel it, right? Walk along and get feet wet in the water, and walk up and down the beach. As we were coming back from the beach, I could see that beach house. It's pretty from that angle, too. I thought, "Man, that's a neat place. You know, I wish I owned that place. I wish I didn't have to leave tomorrow. How come it can't be my place? How come I can't own it?"

What's happening to me? The Dead Sea Sickness, isn't it? Always want more, not going to let it out, not going to let it hand on to somebody else. I happen to know the owners of the place, and they're very gracious. They go to church on Sunday and

everything. Very involved in the kingdom of God, care for His people. You know, if I owned it, I wouldn't be here today. I'd be gone.

Steve gave me a call actually while I was at this Cayucos beach house and asked me if I could come and talk to you today. Now, if I owned the place, I'd say, "I don't know, Steve. You know, I want to watch the dolphins float." And whatever grace or gifts may God have given me at this particular time in my ministry, it'd be over. I'd just sit out on the deck and rot to death. . . from the Dead Sea Sickness.

And what would I remember if it was only the Dead Sea Sickness? I would still be pouting about, "Why couldn't that be my house?" And I'd have lost the gracious remembrance of that beautiful dinner we shared, that beautiful morning we sat with coffee and looked at the wonders of God's beautiful creation, of walking along the beach. You know, God's graciousness comes to us in remembrance a lot of times. And when we fail to remember, we enter into the Dead Sea Sickness, and become kind of dead people.

Well, let's get to our Thanksgiving Day table. That's what Steve asked me to talk about today. So I don't want you to tell him I never got there. Sometimes when we come to our Thanksgiving Day table, we're saying, "You know, maybe you can be thankful, Leron. You seem to have a pretty good life. You got to stay at the Cayucos beach house. Of course, you can be thankful."

We have a lot of hurt in our life. There are complications when we come to our Thanksgiving Day table. You know, "Our family is kind of messed up. Somebody goes off, and it's too much work. I'm not sure it's worth it, fixing the turkey and all that stuff."

You know, when the Psalmist writes, "What shall I render the Lord for all His bounty unto me?" that's the 12th verse. The first 11 verses he's complaining. There's anguish. There's sorrow. But in the midst of the Valley of the Shadow of Death, God prepares a table for us. That first Thanksgiving that our Pilgrim forefathers enjoyed in 1620, December, when they arrived, there was over 100 Pilgrim settlers there. Do you know that by the time that following November, when they had their first Thanksgiving meal, there was only 50 of them left?

More than half had died during that winter. That terrible winter took the lives -- example, there were 18 married women, mothers per household. And after the winter snow melted away, only three survived that winter. Do you think that was a sad Thanksgiving? They rejoiced because, well, they met Squanto. You know that story. Squanto, they called a gift from God. He really was a gift from God. You know that he spoke English? He traveled to England somehow. I don't know how all this happened. He came back, and it wasn't even his tribe. He was meandering down there, meandering around Plymouth, and there he was, right? He was able to translate. He said, "They taught us how to plant corn."

Now, corn's not their kind of food, indigenous food. So it's hard to plant corn, and hunt in seedtime and harvest. And guess what? By the next fall, they had food on their table, and they're ready to endure another winter. Not a feast of extravagance, but a great feast of thankfulness, of survival. The remnant had come, and they had survived.

You know, if I wait until I get the perfect Thanksgiving meal to rejoice, I'm never going to rejoice. Every meal we get to has its complications, doesn't it? Aren't there always things that could go wrong, and sometimes do go wrong? Aren't there relationships that are sometimes strained?

We have two families that we're close to that had, just within the last month, terrible tragedy in their life. One lost a 16-year-old son. Beautiful, gifted, tragically dies. Another late 20s, maybe he's 30 now, and died after a long ordeal with cancer. What do you think their Thanksgiving meal is going to be like? There's always sorrow and sadness we bring through all of life. That's what the book of Revelations says, "There's sickness and sorrow, and there's death and loss."

But God's prepared for us a table. Even as we walk through the Valley of the Shadow. Seedtime and harvest has worked. Creation's still good. Eat with thanksgiving and gratitude, for that moment that God has given us.

There's one last thing to be said about this meal. There's an old spiritual called "Deep River," "Deep River, my home is over Jordan."

Listen to one of the lines in this spiritual. "Deep River, my home is over Jordan. Oh, don't you want to go to that Gospel feast?"

"Oh, don't you want to go to that Gospel feast?" You see, every Thanksgiving meal, every good meal is rehearsal for the great meal that awaits us. Something of that Gospel feast that awaits us comes sneaking in on our Thanksgiving Day meal that says, "I know everything isn't quite right here. But you know, someday God is going to gather all of us scattered from all the ages, and all time, and bring them to that great Thanksgiving Day feast in glory, the last trumpet sound."

We eat our Thanksgiving feast, both looking back to God's goodness, but we look forward to that great Gospel feast that awaits us. Are you ready for the great Gospel feast? Eat Thanksgiving with praise and gratitude, because the word of God has made it holy. Let's pray.

Father, once again, thank you for these people. Prepare all our hearts for a Thanksgiving Day meal that fills us with gratitude and thanksgiving, in spite of some of the trials, or hurts, or frustrations might be ours. Let us eat it thinking of the great Gospel meal that awaits us. In Your name we pray, Amen.

**Our study begins in 1 Timothy 4:1-5**
This study guide is designed to help you dig deeper into the weekend message over the next week

**KEY SCRIPTURE:**
Read 1 Timothy 4:1-5

**MAIN IDEAS:**
This week we studied gratitude with Pastor Leron Heath by looking at 1 Timothy 4:1-5. The Apostle Paul begins this section of Scripture by referring to contrived holiness (1 Timothy 4:1-3a). He talks about teachers in the church that had drifted away and become bored with the gospel. These people had decided that they needed to add requirements to the Gospel of Jesus by abstaining from marriage and food. They believed that by following a set of rules, people could become truly holy.

On the other hand, in 1 Timothy 4:3b-5, Paul talks about the things that lead to authentic holiness which comes from the presence of God; when our holy God comes close to us. Our own holiness comes from the blood of Jesus Christ, not a set of rules we follow.

If we could guarantee our own holiness, there would be no need for thanksgiving and praise to God. If we depended on our own ability to keep ourselves holy, we would lose our first love (Revelation 2:4) and our dependence on God. When we first received the Gospel, it was likely with gratitude and wonder, not because someone taught us a list of rules. As we continue to follow Jesus, we should keep hold of that same attitude.

When Jesus came to earth, He promised His followers an abundant life. This weekend we talked about the fact that gratitude and generosity bring life and vitality to God's creation. When we become envious and covet the good things God gives to the people around us, we lose the ability to live the abundant life. Instead of being jealous, we should rejoice with our friends and family and be grateful for everything God gives us. As we come together with our friends and family for Thanksgiving, remember that as we praise God and give thanks, He will make our time together holy as He comes close to us.

## DISCUSSION QUESTIONS

- How did you first receive the Gospel? Talk about the way you felt towards God when you were a new believer. Have you lost any of the wonder or gratitude? Why?

- Do you tend to depend on God for your holiness or try to contrive holiness by following certain rules? Why is it important for us to stay dependent on God?

- Read Revelation 2:4 out loud. What does it mean to "lose our first love"? Has this happened in your own life?

- Which feeling do you experience more often - gratitude or jealousy?

- Talk about how jealousy robs us of the abundant life. How does gratitude bring vitality to our lives?

- As you consider Thanksgiving this year, what are you coming to the table with? What is going on in your life? What can you be grateful for? Share with your Life Group.

## GOING DEEPER

Practice gratitude this week by writing down at least five things that you are thankful for each day. In the midst of difficult circumstances, retrain your mind to consider what you can be grateful about, instead of focusing on the negative or being jealous.

## BIBLE READING PLAN

As you read throughout the week, take time to meditate and pray on each section of Scripture.

[SIX DAY BIBLE READING PLAN]
Monday: 1 Timothy 4:1-5
Tuesday: Psalm 118:24
Wednesday: Colossians 3:15-17
Thursday: Matthew 6:21
Friday: Psalm 100:1-5
Saturday: 1 Thessalonians 5:16-18

Gary Burger

CH-CF ☆ DbA—106

P.O.Box 32080

Stockton, Ca. 95213

MISSING MONTHS

United States District Court

E.D.Cal. Fresno District

2:14-CV-00909 BAM

Burger

Motion In regoes to to change
the name in which I bring my
action.

Vs

California Criminal Justice
System Employees

Because of the deprivation of the prison

law lawbrury, I don't Know of any proper case law
to change the name in which this action is brought
under. Kamala Harris I deem not, because she is
Emulating in Beauty. Plus of all the courts involved

①

Gary ... Burger # F85263
CH-CF-DbA-106
P. O. Box 32050
Stockton, Ca. 95213

United States District Court
Eastern District of California
Sacramento Division

2:15-CV-0124-CKD P.

Burger

Rule #9 Pleading Special Matters
Rule # 18 Joinder of Claims
Rule # 34 Produce Dockuments
So I can have a Copy

vs

Trust Office

This Trust Office and the ensconce and
thier enmity is CDCRs downfall. Theyve been doing
this for at least a year. This Trust Officewhen I found
out pissed me off. It goes to show, the desperate Yo Yos. See
Masood vs Saleemi, 2007 WL 2069853, at *4 (W.D.
Wash. 2007)

①

Gary Dale Burger #F85263
CH-CF
P. O. Box 32080
Stockton, Ca. 95213

U. S. District Court
Northern District of Calif.
SanFransisco Division

Burger                    Case# CV-14-4607 WHO (PR)

                    Request to be excused from the
                    3 strike provision


Director of "OPS"

of CDCR


                    I am not a perfect litigant, and over a
matter of 4 years, I'm bound to come up with some mis-
takes. If my memory serves me correctly Magistrate Nagle fr-
om the central district, gave me at least two of those. Also these
were not frivolous but may have not had a claim. I see it as her
judgement was off, as it usually was. Her opinion was allways
a bit different. Never the less; 28 U.S.C. (g) is a tough one

(1)

Guy Dale Burger #F85263
(H - CF
P. O. Box 32080
Stockton, Ca 95213


U.S. District Court
Northern District of Ca
San Fransisco Division
14- CV- 04349 WHO (PR)
62(b)
Burger                    Motion to Stay Pending

                          Disposition of Motion s

VS                        open Case
Trust Office


          My intention was allready fullfilled and I did
allready move to open this case a month or so ago. But
one of my issues is CDCRS Mail Rooms. Yet after a
4 year problem, you notice their slacking off, and or a
disinterest. And Im so much in the right, their is no
doubt about the end. Hence, a party needs to assert
the motion for stay before the end of the automatic
stay period, provided under 62(a) So who ever gets
these, they can use their own discretion on what to do.
My motion being of that of filed with this Law Library
In Action,             (1)

Gary Dale Burger # F85263
CH-CF D6A-10b
P.O. Box 32080
Stockton, Ca.

U.S. District Court
Northern District of Calif.
San Fransasco Division

Burger

CV·14-5457 WHO (PR)
Motion

Request to voluntary Dismissal

vs                    Rule # 41
Rockley etal     Corruption Continvity

I respectfully move the court with
this action to voluntarily dismiss this action,
I am not going to perpetuate a futile cause,
and I read into Federal Habeas Corpus, an its
for getting free and I've tryed, so I very
respectfully voluntarily dismiss.

①

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST    Maldonado LCJ

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Fisher | Guy | F85203 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (LEGAL MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| DbA -106 | -wheelchair | | - OLSEN REVIEW |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:  I graciously request a Olsen
Review on the terms of California law and the COCR
Rules and regulations, I'm in full conduct with the law
of what exemptions I can get not. If I have to I
will file in court as to being denied State Prison Regulations
By total denial, your punid of the red eliation 15 CCR & 3160 (G)
for maintaining a law suit to be, and Discrimination ADA Title II

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***  Rec.
☐ SENT THROUGH MAIL:  ADDRESSED TO:___CCJ Maldanado_____  DATE MAILED:_____
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):    3. 8  15

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 3 - 8 - 15 | | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CCI   MAldanado | 3-8-15 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY..

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

11-14-15

Dear Court Clerk,

This is not my 602 appeals,
please forward to the rightful owner
it is important to his case.

Thank

Burger

Attention Auntie Barbara

Queen Rose Knows

United States District Court

E. D. Cal. Frezno Division

Seva ishi



Case # 1: 14-cv-00901-BAM

Exhibit # H

There I sued the Trust office, but they all close, inter-alia

I request; information/caselaw on my present (lawsuit thats one year old) on a 170.1 motion disqualification, how his ass came out of nowhere back into the Judicial Arena? Forced me to use this Public Pretender I fired on a Marsden Hearing, of which is legal. I need help & Counsel. I'm confined to a wheelchair on CDC's watch ADA's Title II Regs. Interruption is not never has been sufficient for CDC in 16 years. I was E.O.P. well, please try and get that.

Respectfully

Sonny Burger II  ⟵ ○

114 F. 3d at 605. Yet ser; <u>Lawton vs Ortiz</u>, 2006 WL
2689508, *1 (D. N. J. Sept 19, 2006) <u>Stinnet
vs. Cook County. Med. Staff</u>, 1999 WL 169327, #
(N. D. Ill Mar. 19, 1999); <u>Bonesburg vs. Truckey</u>
908 F.2d 258, 260 (8$\frac{th}{2}$ Cir. 1990)

In fact they disilude me from
any document or IFPs, and I pray this is a way not to
concern my self with CDCRs retaliatory method
of Discrimination of me a Disabled prisoner.

I also assert this statement
as a legal scope for all my open cases

1-15-15                Gary Dale Byer

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Burge                Plaintiff,

vs.

Trust Office      Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV-15-1991-WHO(PR)

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, ___Sonny Burge II__ declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1.      Are you presently employed?          YES ☐        NO ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer (name and address): _____

_____N/A_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____Summer of 2'000_____
_____Ciscas Sportfishing_____
_____Oxnard, Ca_____

**2.**    Have you received, within the past twelve (12) months, any money from any of the following sources:

a.   Business, profession or self employment?                    YES ☐    NO ☒

b.   Income from stocks, bonds or royalties?                      YES ☐    NO ☒

c.   Rent payments?                                              YES ☐    NO ☒

d.   Pensions, annuities or life insurance payments?             YES ☐    NO ☒

e.   Federal or state welfare payments, Social Security or other government source?    YES ☐    NO ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

**3.**    Are you married?                         YES ☐    NO ☒

Spouse's Full Name: ____N/A____ Queen Jane _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

**4.**    a.   List amount you contribute to your spouse's support: $ _____

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  Do not include their names.)

_____ Grown up, over 18 _____

**5.**    Do you own or are you buying a home?      YES ☐    NO ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

**6.**    Do you own an automobile?                 YES ☐    NO ☒

Make ____N/A____ Year ____N/A____ Model ____N/A____

Is it financed? Yes _____ No ____X____ If so, Total Due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?                          YES ☐        NO ☒

Name(s) and address(es) of bank (do not include account numbers): _____

_____

_____

Present balance(s): $ _____

Do you own any cash?              YES ☐   NO ☒      Amount: $ _____

Do you have any other assets?     YES ☐   NO ☒

If "yes," provide a description of each asset and its estimated market value.

_____

_____

8.   What are your monthly expenses?

Rent: $ _____          Utilities: _____

Food: $ _____          Clothing: _____

9.   Do you have any charge accounts/credit cards?        YES ☐        NO ☐

If yes, list them below. (Do not include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

10.  Do you have any other debts?  (List current obligations, indicating amounts and to whom
they are payable.  Do not include account numbers.)  PLRA - COCR

_____

_____

11.  Does the complaint you are seeking to file raise claims that have been presented in other
lawsuits?                                                YES ☐        NO ☒

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court
in which they were filed.   Yes in this pile

_____ of costs will Joinder

_____ Trust office soon

# BioOrigins Project Update

# Purpose, Progress, and Promise

### Part 3

The last two installments of this series described the purpose and strategy of the Institute for Creation Research's life sciences research and highlighted the key questions on origins we're trying to answer—the *how, where, why, when*, and *from whom* different species originated, as well as *why* species go extinct.[1] This month's article reports our progress on answering these questions for just a single species: humans.

The key scientific tool on this front is genetics. This may come as a surprise since most of creation/evolution debates during the last 150 years have been preoccupied with fossils, radiometric dating, and anatomical similarities. However, the question of human ancestry is deeply genetic. Since the physical traits that define humans and apes are *inherited*, any attempt to describe human origins must invoke the only direct record of inheritance—genetics.

The field of genetics is doubly important due to recent evolutionary attacks on the biblical record of human origins. In the last several decades, the unified chorus from evolutionary camps has been the supposed overwhelming genetic similarity between humans and chimpanzees—claimed to be 98 to 99% genetically identical. From the recent explosion of human genetic data, evolutionists have grown increasing bold and claimed that *Homo sapiens* cannot trace their genetic ancestry back to a single primal couple. Instead, evolutionists say that

humans originated from a population of proto-humans that lived in Africa hundreds of thousands to millions of years ago.

Hence, the purpose of ICR's investigation into the human origins question is clear. We seek to demonstrate the scientific validity of the Genesis model (chapters 1 to 11). Practically, this means that we'd expect to trace human ancestry back to a single couple—Adam and Eve—not to a group of ape-like creatures. We'd also expect to find evidence that mankind "re-started" from four couples (Noah, his wife, his three sons, and their wives) near Mt. Ararat about 4,350 years ago.

The results of our studies have been striking. Dr. Jeff Tomkins reanalyzed the raw data from the chimpanzee DNA sequencing project and found that the actual overall identity between humans and chimpanzees is only about 70%.[2] In terms of actual DNA letter differences, this computes to a 900 *million*-letter gap. Generating this level of genetic divergence in just six million years by random mutation, natural selection, and fixation (i.e., spreading mutations throughout the entire population of each species) seems impossible.

Dr. Tomkins also reanalyzed some of the DNA organizational differences between humans and chimps. The billions of DNA letters in the human genome (the entire set of DNA letters) are broken down into two sets of 23 chromosomes. In contrast, apes have two sets of 24 chromosomes. Evolu-

tionists postulate that the common ancestor of apes and humans also had two sets of 24 chromosomes but that a genetic error occurred and "fused" two of the chromosomes, causing it to become 23. Furthermore, evolutionists have asserted that human chromosome 2 bears the mark of such an event.

But no such mark exists. First, the supposed fusion site is highly corrupted and tiny in size—very different from the expectations of evolution.[3,4] Second, the fusion site is a key functional part of an active gene (a sequence of DNA that codes for proteins), further straining the credulity of the evolutionary claim.[5] How could a random error just happen to end up as an important part of the intracellular information processing system?

Our research is growing more exciting by the day. Look for the next installment! ◉

**References**
1  Jeanson, N. T. 2014. BioOrigins Project Update: Purpose, Progress, and Promise, Part 1. *Acts & Facts.* 43 (10): 13; Jeanson, N. T. 2014. BioOrigins Project Update: Purpose, Progress, and Promise, Part 2, *Acts & Facts.* 43 (11): 9.
2  Tomkins, J. 2013. Comprehensive Analysis of Chimpanzee and Human Chromosomes Reveals Average DNA Similarity of 70%. *Answers Research Journal.* 6: 63-69.
3  Bergman, J. and J. Tomkins. 2011. The chromosome 2 fusion model of human evolution—part 1: re-evaluating the evidence. *Journal of Creation.* 25 (2): 106-110.
4  Tomkins, J. and J. Bergman. 2011. The chromosome 2 fusion model of human evolution— part 2: re-analysis of the genomic data. *Journal of Creation.* 25 (2): 111-117.
5  Tomkins, J. 2013. Alleged Human Chromosome 2 "Fusion Site" Encodes an Active DNA Binding Domain Inside a Complex and Highly Expressed Gene—Negating Fusion. *Answers Research Journal.* 6: 367-375.

*Dr. Jeanson is Deputy Director for Life Sciences Research and received his Ph.D. in cell and developmental biology from Harvard University.*



Case 1:14-cv-00901-RAM   Document 95   Filed 03/09/15   Page 117 of 206

# GOD'S PERFECT Gift

It is unfathomable what it meant for our transcendent Creator God to become finite man. Nevertheless, the One who was "so much better than the angels" (Hebrews 1:4) willingly set aside certain features of His deity, descended from the authority of heaven's throne, and "made Himself of no reputation, taking the form of a bondservant, and coming in the likeness of men" (Philippians 2:7). But even beyond stepping down from the glorious form of God to the humble form of a human slave, the King of heaven took on "the likeness of sinful flesh" (Romans 8:3) and "became obedient to the point of death, even the death of the cross" (Philippians 2:8). In this way, God graciously showed His great love for us by giving "His Son to be the propitiation for our sins" (1 John 4:10).

This perfect gift is the reason we celebrate Christ's birth on Christmas Day, and its profound significance was best summarized by Jesus Himself: "For God so loved the world, that He gave His only begotten Son, that whoever believes in Him should not perish but have everlasting life" (John 3:16). This is perhaps the best known and most loved verse in the entire Bible, and it surely has been the most effective in illuminating blinded minds and breaking hardened hearts to bring them to Christ and salvation.

The theme of giving is prominent in Scripture, with such words as "give," "gift," "gave," etc., appearing more than 2,000 times. Genesis 1:17 records the first occurrence, when on the fourth day of creation God created the sun, moon, and stars "to give light on the earth," and the last is Revelation 22:12, when Christ will return with His rewards "to give to every one according to his work." Clearly, though, the greatest of all gifts was when God gave Himself for a lost and undeserving world—because it revealed the greatest love, met the greatest need, and had the greatest scope and pur-

---

The greatest of all gifts was when God gave Himself for a lost and undeserving world—because it revealed the greatest love, met the greatest need, and had the greatest scope and purpose of any gift that could possibly be conceived in the heart of God.

---

pose of any gift that could possibly be conceived in the heart of God.

Such a gift from God is abundantly sufficient to provide salvation and eternal life for the whole world. But a gift only becomes a gift when it is accepted, and the greatest of all tragedies is to see this greatest of all gifts ridiculed and scorned by humanity, or simply ignored by vast multitudes who need it so deeply. When the world turns down the perfect gift of Christ Jesus, they are turning down the source of all love, life, and truth. Ultimately, when God's free gift of everlasting life is brazenly refused, the end result can only be everlasting death. God did all He could do when He gave His Son to suffer and die in our stead. Then what joy is ours to accept it, knowing we shall spend eternity in heaven with Him!

For all these reasons it is fitting that we give gifts at Christmastime to emulate God's first and most perfect Christmas "Gift" to us. ICR is so very grateful to all those who follow this example, thanking God daily for those who uphold our ministry with their gifts of prayer and finances. As *Acts & Facts* has shown this year, our agenda is full of new initiatives with great potential to reach the world for Christ, and your generous tax-deductible gift this season will be an even greater blessing to us as we make plans for the coming year. If you are able, please prayerfully consider how you can help. We promise to carefully apply it to our work for the cause of Christ, our Creator.

From all of us at ICR, may God richly bless you and your family this holiday season as we celebrate the birth of our Savior—God's perfect gift to us. Merry Christmas! ☺



*Mr. Morris is Director of Donor Relations at the Institute for Creation Research.*

---

## Prayerfully Consider Supporting ICR

(GALATIANS 6:9-10)

*Through*
- Online Donations
- Stocks and Securities
- Matching Gift Programs
- CFC (Federal/Military Workers)
- Gift Planning
  - Charitable Gift Annuities
  - Wills
  - Trusts

Visit **icr.org/give** and explore how you can support the vital work of ICR ministries. Or contact us at **stewardship@icr.org** or **800.337.0375** for personal assistance.

ICR is a recognized 501(c)(3) nonprofit ministry, and all gifts are tax-deductible to the fullest extent allowed by law.

San Fransisco Div.

Case # CV-15-6145WHO

Exhibit #B-1

Case#

CV-15—6145 WHO (PR)

The
Ku Klux Klan
Hearings
Please read our Letter to the Teacher

Documents
Appendix A
Appendix B

## The Ku Klux Klan Act

*An Act to enforce the Provisions of the Fourteenth Amendment to the Constitution of the United States, and for other Purposes.*

*Be it enacted...,* That any person who, under color of any law, statute, ordinance, regulation, custom, or usage of any State, shall subject, or cause to be subjected any person within the jurisdiction of the United States to the deprivation of any rights, privileges, or immunities secured by the Constitution of the United States, shall, any such law, statute, ordinance, regulation, custom or usage of the State to the contrary notwithstanding, be liable to the party injured in any action at law, suit in equity, or other proper proceeding for redress; such proceeding to be prosecuted in the several district or circuit courts of the United States, with and subject to the same rights of appeal, review upon error, and other remedies provided in like cases in such courts, under the provisions of the [Civil Right Act of 1866], and the other remedial laws of the United States which are in their nature applicable in such cases.

SEC. 2. That if two or more persons within any State or Territory of the United States shall conspire together to overthrow, or to put down, or to destroy by force the government of the United States, or to levy war against the United States, or to oppose by force the authority of the government of the United States, or by force, intimidation, or threat to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, or by force, intimidation, or threat to prevent any person from accepting or holding any office or trust or place of confidence under the United States, or from discharging the duties thereof, or by force, intimidation, or threat to induce any officer of the United States to leave any State, district, or place where his duties as such office might lawfully be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or to injure his person while engaged in the lawful discharge of the duties of his office, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duty, or by force, intimidation, or threat to deter any party or witness in any court of the United States from attending such court, or from testifying in any matter pending in such court fully, freely, and truthfully, or to injure any such party or witness in his person or property on account of his having so attended or testified, or by force, intimidation, or threat to influence the verdict, presentment, or indictment, of any juror or grand juror in any court of the United States, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or on account of his being or having been such juror, or shall conspire together, or go in disguise upon the public highway or upon the premises of another for the purpose, either directly or indirectly, of depriving any person or any class of persons of the equal protection of the

Case 1:14-cv-00901-BAM   Document 95   Filed 07/08/15   Page 120 of 206

laws, or of equal privileges or immunities under the laws, or for the purpose
of preventing or hindering the constituted authorities of any State from
giving or securing to all persons within such State the equal protection of
the laws, or shall conspire together for the purpose in any manner impeding,
hindering, obstructing or defeating the due course of justice in an State or
Territory, with intent to deny to any citizen of the United States the due and
equal protection of the laws, or to injury any person in his person or his
property for lawfully enforcing the right of any person or class of persons to
the equal protection of the laws, or by force, intimidation, or threat to
prevent any citizen of the United States lawfully entitled to vote from
giving his support or advocacy in a lawful manner towards or in favor of the
election of any lawfully qualified person as an elector of President or Vice-
President of the United States, or as a member of the Congress of the
United States, or to injure any such citizen in his person or property on
account of such support or advocacy, each and every person so offending
shall be deemed guilty of a high crime, and upon conviction thereof in any
district or circuit court of the United States or district or supreme court of
any Territory of the United States having jurisdiction of similar offences,
shall be punished by a fine not less than five hundred nor more than five
thousand dollars, or by imprisonment, with or without hard labor, as the
court my determine, for a period of not less than six months nor more than
six years, as the court may determine, or by both such fine and
imprisonment as the court shall determine...

SEC. 3. That in all cases where insurrection, domestic violence, unlawful
combinations, or conspiracies in any State shall so obstruct or hinder the
execution of the laws thereof, and of the United States, as to deprive any
portion or class of the people of such State of any of the rights, privileges,
or immunities, or protection, named in the constitution and secured by this
act, and the constituted authorities of such State shall either be unable to
protect, or shall, from any cause, fail in or refuse protection of the people in
such rights, such facts shall be deemed a denial by such State of the equal
protection of the laws to which they are entitled under the constitution of
the United States: and in all such cases ...it shall be lawful for the
President, and it shall be his duty to take such measures, by the employment
of the militia or the land and naval forces of the United States, or of either,
or by other means, as he may deem necessary for the suppressions of such
insurrection, domestic violence, or combinations...

SEC. 4. That whenever in any State or part of a State the unlawful
combinations named in the preceding section of this act shall be organized
and armed, and so numerous and powerful as to be able, by violence, to
either overthrow or set at defiance the constituted authorities of such State,
and of the United States within such State, or when the constituted
authorities are in complicity with, or shall connive at the unlawful purposes
of, such powerful and armed combinations; and whenever, by reason of
either or all of the causes aforesaid, the conviction of such offenders and the
preservation of the public safety shall become in such district impracticable,
in every such case such combinations shall be deemed a rebellion against
the government of the United States and during the continuance of such
rebellion, and within the limits of the district which shall be so under the
sway thereof, such limits to be prescribed by proclamation, it shall be
lawful for the President of the United States, when in his judgment the
public safety shall require it, to suspend the privileges of the writ of *habeas*

*corpus*, to the end that such rebellion may be overthrown: *Provided,* That all the provisions of the second section of [the *Habeas Corpus* Act of March 3, 1863], which relate to the discharge of prisoners other than prisoners of war, and to the penalty for refusing to obey the order of the court, shall be in full force so far as the same are applicable to the provisions of this section: *Provided further*, That the President shall first have made proclamation, as now provided by law, commanding such insurgents to disperse: And provided also, That the provisions of this section shall not be in force after the end of the next regular session of Congress.

SEC. 5. That no person shall be a grand or petit juror in any court of the United States upon any inquiry, hearing, or trial of any suit, proceeding, or prosecution based upon or arising under the provisions of this act who shall, in the judgment of the court, be in complicity with any such combination or conspiracy; and every such juror shall, before entering upon any such inquiry, hearing, or trial, take and subscribe an oath in open court that he has never, directly or indirectly, counseled, advised, or voluntarily aided any such combination or conspiracy…

SEC. 6. That any person or persons, having knowledge that any of the wrongs conspired to be done and mentioned in the second section of this act are about to be committed, and having power to prevent or aid in preventing the same, shall neglect or refuse to do so, and such wrongful act shall be committed, such person or persons shall be liable to the person injured…for all damages caused by any such wrongful act which such first-named person or persons by reasonable diligence, could have prevented…

---

This site is brought to you by…

HARPWEEK

Website and all Content © 1999-2004 HarpWeek, LLC
Please report problems to webmaster@harpweek.com

To Copy on Form at Library - 2-24-15

Bivens vs Six Unknown Agents

of Federal Bureau of Narcotics, 403

U.S. 388, 392-397, 91 S. Ct 1999 (1971)

Bivens vs Six Unknown Agents of

Federal Bureau of Narcotics, 403 U. S.

388, 404-405, 91 S. Ct. 1999 (1971)

Knoll vs Rutledge, 460 U.S. 719, 103

~~S. Ct~~ 725-727, 103 S. Ct. 1483 (1983)

Unaccessable at Law

LIBRARY  No Cell Study

Refused to provide Form

California Correctional Health Care Services                                    CALIFORNIA STATE PRISON, SACRAMENTO

## MEDICAL PROGRESS NOTE

| NAME: FISHER, GARY | CDCR#: F85263 | DATE OF SERVICE: 12/12/2013 |
|---|---|---|
| DATE OF BIRTH: 01/10/1960 | HOUSING: A 006 101600lL | PAROLE DATE: |

TIME:

This is a late evaluation as prior handwritten paperwork lost in California State Prison (CSP), Sacramento.

CHIEF COMPLAINT: Emergency presentation for homicide attempt.

SUBJECTIVE:  This 53-year-old white male was brought via a rolling gurney to the Triage and Treatment Area (TTA) after radio message of attempted homicide.  The patient was found in his cell lying face up with spontaneous respirations, bleeding from his mouth with blood sprayed on the wall. The patient was brought via rolling gurney to the TTA where he was noted to be breathing agonally and not moving any extremities, staring with a dysconjugate gaze towards the ceiling and without a startle-blank reflex.

PAST MEDICAL HISTORY:
1. Seizure disorder.
2. Hepatitis C.
3. Chronic right shoulder and leg pain.

The patient transported to the TTA A Building bed.  Initial vital signs were a blood pressure of 151/93, pulse 112. Oxygen saturation was 83% on room air.  Initial resuscitation attempts were directed towards placing a mask with an Ambu bag at 6 liters on the patient's face  and vigorously ventilated the patient.  Copious blood was encountered in the oropharynx and was frequently suctioned.  Breath sounds were equal bilaterally.  Because the abdomen began to distend, a nasogastric tube was placed initially in the right nasopharynx without success and then placed in the left nasopharynx with the removal of air in the abdomen.  The patient began to spontaneously move all 4 extremities and began to move and began to make moans.  The patient continued with oropharyngeal suction where most of the blood was removed although an identified source was not available.  Dentition seemed to be intact.  There were no oropharyngeal lacerations that were visible.  An IV consisting of normal saline was placed.  An 18 gauge was placed in the right antecubital fossa without difficulty.  A code 3 had been summoned on the patient before his presentation to the TTA.  His vital signs 9 minutes later revealed a blood pressure of 137/81, pulse of 103, respirations of 24, and a pulse oximetry of 92%.  When the ambulance arrived, he was carefully moved to the ambulance transporting bed and was expeditiously removed from facility and proceeded code 3 to the University of California, Davis Trauma Room.   The Glasgow coma scale on the patient was initially 6 and improved to somewhere about 8.  There was also noted considerable edema of the right frontal forehead consistent with a blow to it as well.  The eyes became conjugate.  A swelling of the left mandible was also noted prior to discharge.  He immediately went to surgery and then was placed postoperatively in the Surgical ICU for continuing care.

ALLERGIES:

OBJECTIVE:

ASSESSMENT:

PLAN:

EDUCATION:

FOLLOWUP:

2013 DEC 23 FEB 9 22

Gary Dale Burger # F86263
CH - CF - D6A- 106
P. O. Box 32080
Stockton, Cc. 95213

██████████

United States District Court
Northern District of California

San Fransisco Division
CV - 15 - 0143 ██ WHO (PR)
██████████

Memorandum of Points and
Authorities in Support therein

Burger

vs

Ventura Superior
Court; California
Criminal Justice
System et. al

My due respect to ██████████

this memorandum comes as I plan to
joinder most of my snubbles to this. And its
the final straw, my law book not making it
here, when there is no reason it should it. Conspiracy, and by
my severe injury it is the CDCR or my adversarial louts
that are so desperate, not me I've grown accustomed here.

(1)

Gary Dale Burger/Fisher # F85263

CH-CF #106-DA6

P.O. Box 32080

Stockton, Ca 95213



Ventura County Superior Court
Evidence # A-4

Burger/Fisher

Request for Ventura to have

Compassion, and Redress

CDC# P58502   and   CDCR# F85263
2006028542
Ventura County Sup    CR 42447 - 20008542
Ct.                    Mental, Medical Examinations


Well... deny this but show me the law I
must style this as you please? Fuck you. Ventura—
My recidisism is a grand Conspiracy. CDCR has me
as a 2 Striker. Dont you Satanic things ever learn.
The examination is for multiple Injuries, caused by
both the prison#s and "Traumatic Brain Injury", It
cure but youll have some controversy.

①

## Statement instead of notarization

Notarization of documents is normally not required by the courts and will not be provided as a free service, Yet the Supreme Court has stated

"It is indisputable, that indigent inmates must be provided at state expense with paper, pen which this facility does not to draft legal documents, with notarial services to authenticate them and stamps to mail them. _Bounds vs Smith_, 430 U.S. 817, 824-825, 97 S. Ct. 1491 (1977) accord _Smith vs Erickson_, 884 F.2d 1108, 1111 (8ᵗʰ Cir 1989) 28 U.S.C. §1621

Under the provisions of 28 U.S.C. §1748 §1746 and C.C.P. sec 2015.5 the following declaration of ____ pages can be substituted for the notarization this facility unconstitutionaly fails to provide, Or certified Trust Account Statements to go along with my In Forma Pauperis applications Just one of many unconstitutional impasses CPLR lays.



U.S DISTRICT COURT E.D. Cal

Fresno. Division # 1: 14 - CV- 00 901 - BAM

# EXHIBIT A

In overall Support of the

Ku, Klux, Klan Act of 1871 N. D. Cal.

PurT # I



Memorandum of P. A'

case# 1:14-CV-00901-BAM

San Fransisco Division

G-07

22-IN

United States District Court
Northern District of California
San Fransisco Division

STATEMENT INSTEAD OF NOTARIZATION;; 18 V.S. L. §1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

"I declare, under penalty, that the forgoing is true and correct."

B-54712

E67960

Date: 4-20-15          Signature

On this Day I submitt a Medical b02
with 7-7362 Forms and 7-Hospitol Records
Due to the extreme Volume of Discpeared b02ˢ

4-20-15

G-07

United States District Court

CDC-1824-ADA Form

STATEMENT INSTEAD OF NOTARIZATION;; 18 U.S.C. § 1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

"I declare, under penalty, that the forgoing is true and correct."

B54712          #F85263

                E67960

Date: 4-22-15          Signature

On above date, I submitted a CDC

1824

~~682~~ Complaint of Reasonable Accamodation

and beauvese of my Amnesia Cant remember

It contents I beleuve Access to the Law

Library. Becuves of I retain no photocopy

of this, I have no choice but to have witnesses.

G-07

United States District Court      22-IN

STATEMENT INSTEAD OF NOTARIZATION;;   18 U.S.C. § 1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

    "I declare, under penalty, that the forgoing is true and correct."

Date: ___3-24-15___   Signature ___Inmate B54712___

Today when I went to California

Health Care Facility Prison Law Library

I witnessed inmate Fisher not get accepted

to have his legal paper work photocopied

then get un accepted for no apparant reason

and get esconted out of the Prison Law

Library by a Correctional Officer

United State District Court

9-07

STATEMENT INSTEAD OF NOTARIZATION;;   18 U. S. C. §1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

"I declare, under penalty, that the forgoing is true and correct."

Date: 3-24-15   Signature _____ 867 960

Today when I went to California Health
Care Facilitys Prison Law Library. I witnessed
inmate Fisher get not accepted to get his
Legal paper work photo copied, then get
un accepted for no apparent reason, and get
escorted out of the Prison Law Library by a
Correctional Officer

Americans with Disabilities Act

OR

England with Disabilities Movement

Kings Case # NOV9 9WMR SM8

Fresno Division

Case # 1:14-CV-00901-BAM

Rule # 24 I review

U.S. Marshalls

P.O. Box 6489
Ventura County Superior - coward
point police from

United Kingdoms Death has No

Mercy on you Satanic Things

Use these Royal Military Threats to

Build a Satanic Case on Me the King

Fuck You & Satan

| DATE | | | | CDC NUMBER |
|---|---|---|---|---|
| 6-28-15 | ADMINISTRATION  Burger/Tyler | | | P85502 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER |
|---|---|---|---|---|
| DSB-104 | | J | | FROM |  /1 |  TO  / |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence

Your Staff will not allow me to go out of my cell until I see your ol Records, Doctic, I've seen a Doctor today and yesterday, You fail to recognize exactly who I. You continually to antagonize

Do NOT write below this line. If more space is required write on back.

| INTERVIEWED BY | DATE |
|---|---|

Me, I'm not even on CCCMS any more. So now I will sue you on this Factor, and this is why your life is getting worse, You know who my Lawyers are. Your very ignorant, And I Do not care about you people at all

DISPOSITION

#1. Your not from this planet

#2. We are putting your whole tribe out to terminate your species.

#3. You have severe problems when Eric Holder and Kamala Harris are my Attorneys

#4. Soon the Aryan Brotherhood and Hells Angels will rob your Banks

#5. I want all my Fucking money Back.

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

**INMATE REQUEST FOR INTERVIEW**

GA-22 (9/92)

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| 7-1-15 | CCI-Muldurado | Burger Sonny | | P58502 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| D5B | 105 | - Convicting | A | 1) |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
Mind Power — TERROR - Disturbing     7    TO 1)

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence

You need a lewyer sothy British Empirical
Angels can apply punishment, Use this paper work
to blow your nose, I asking need no paper work on you

Do NOT write below this line. If more space is required write on back.

INTERVIEWED BY      DATE
To convict you, or anyone in Conspiracy to

DISPOSITION
Overthrow Gods kingdom or Conspiracy to Committ
murder on Me the king. We have War Loses of evidence to
Torture You in British Military Law.

The Federal ADA and the Section 504 of the Rehabilitation Act do apply to prisoners, 42 U.S.C § 12101 et. seq. But see 29 U.S.C.§ 794 <u>Pennslyvania Dept of Corrections vs Yeskey</u> 524 U.S. 206, 118 S. Ct. 1952 (1998) "ADA" <u>Crawford vs Indiana Dept. of Corrections</u> 115 F. 3d 481, 486 ( 7th Cir 1997) ("Rights against discrimination are among the few rights that prisoners do not park at the prison gates;" prisoners have the same Interest in access to the programs, such as Trust Office IFPS, Notary Services and Law Library - Access to the Courts or other activities available to other inmates of their prison as disabled persons on the outside have to counterpart services, programs, and activities to free people ); <u>Harris vs Thigpen</u>, 941 F. 3d 1495, 1522, n. 41 ( 11th Cir 1991) ( Rehabilitation Act) <u>Bonner vs Lewis</u>, 857 F.2d 559 ( 9th Cir. 1988 ) ( Rehabilitation Act)

The statutes apply to Parolees as well, <u>Armstrong vs Davis</u>, 275 F. 3d 849, 871 ( 9th Cir 2001); <u>Thompson vs Davis</u>, 295 F. 3d 840, 847 ( 9th Cir. 2002)

Courts have heard cases under these statutes, and in some cases granted significant relief with cases with mobility impairments, and mental illness. <u>Pierce vs County of Orange</u>, 526 F.3d 1190, 1217-1223, 1226 (9th Cir 2008) cert denied; 129 S. Ct. 547 (2008); <u>Kiman vs New Hampshire Dept of Corrections</u>, 451 F.3d 274, 285-287 (1st Cir 2006) (holding denial of access to prescribed medications and a shower chair, handcuffing in front rather than behind the back and denial of bottom bunk to a prisoner with amotrophic lateral sclerosis raised a material factual issue of ADA violation; upholding denial of cane for security reasons, finding the plaintiff was not actually denied access to programs as a result) <u>Armstrong vs Davis</u>, 275 F.3d at 879 (9th Cir 2001) See; <u>Love vs Westville Correctional Center</u>, 103 F.3d 558 (7th Cir 1997)6 <u>Naveda vs Maloney</u>, 172 F. Supp. 2d, 276, 283 (D. Mass. 2001) (denial of wheel-chair accessible shower, physical therapy and transfer to an accessible facility to wheel chain dependant prisoner stated an ADA claim)

(7)

<u>Bedser vs Oregon</u>, 170
F. Supp. 2d 1061, 1068-1069 ( D. Ore 2001)
( allegation of placement in a disciplinary
unit lacking handicap showers stated a
ADA- claim ). My problem is neglect as
CDCR and offering me something more stronger
than Tylenol.

# Mental Health-ADA

Mental Health Individuals are
obscure and discrimination is often the issue.
In my Keheya Forced Medication, my drinking
from the toilet was more seen as the clinician
not liking it, or accepting it for the reality
that it was run on two seperate times, for
an issue she did not like as opposed to a real
mental illness; <u>Thompson vs Davis</u>, 295 3d
890, 898 n.4 ( 9ᵗʰ Cir 2002) ; <u>Sites vs</u>
<u>M'Kenzie</u>, 423 F. Supp. 1190, 1197 ( N. D. W. Va
1976) ( excluding prisoner with mental ill-
ness from vocational rehabilitation program
violated Rehabilitation Act ) see <u>Atkins vs</u>
County of Orange, 251 F. Supp 2d 1225, 1231-
1237 ( S. D. N. Y. 2003) (5)

Title II of the ADA, "the public entity" section provides that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs or activities of a public entity, or be subjected to discrimination by any such entity. 42 U.S.C. § 12132.

Public entities include "any department, agency, special purpose district or instrumality of a State or States or local government" 42 U.S.C. § 12132 (1) (B) see Thompson vs Davis 295 F. 3d 890, 897-898 (9th Cir. 2002) This facility has not answered - ADA 1824 reasonable accomodation request. See Exhibits)

Section 504 of the Rehabilitation Act provides that "[no] otherwise qualified individual with a disability such as I, in the United States, shall solely by reason of my disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal fin-

(3)

an cial) assistance or under any program or
activity conducted by any Executive Agency

$$29 \text{ U. S. C. } 794 \text{ (a)}$$

California Health Care Facility

And that means the Trust Office refusing to
pay my filing Court Fees or give me a
certified Trust statement. Or provide Notary
services; <u>Bounds vs Smith</u>, 430 U.S. 817,
824-825, 97 S. Ct. 1491 (1977) accord,
<u>Smith vs Erickson</u>, 884 F.2d 1108, 1111
(8th Cir 1989); <u>Ruiz vs. Estelle</u>, 503
F. Supp. 1265, 1371 n. 206 (S. D. Tex 1980)
( aff'd in pertinent part, reversed on other grou-
nds) 679 F.2d 1115, 1153-1155 (5th Cir 1982)
( Notarial Services required)

Federal Agencies and prisons
are not subject to the ADA, but are comitt-
ed to the Rehabilitation Act; <u>Yeskey vs</u>
<u>Pennslyvania Department of Corrections</u>
118 F.3d 168, 171 (3th Cir 1997) aff'd
524 U.S. 206, 118 S. Ct. 1952 (1998)
<u>Amos vs Maryland Dept of Public and</u>
<u>Safety and Correctional Services</u>, dismissed

(5)

as settled, 205 F. 3d 687 (4th Cir 2000)
<u>Yeskey vs Penn, Dep't of Corrections</u>, 118
F. 3d at 170-171; Onishear vs Hopper, 171
F. 3d 1284, 1301-1304 (11th Cir 1999)
            To take advantage of the ADA
you must be generally disabled like myself
then your a "qualified individual able to use this
Act, laws.      42 U. S. C. §12132
   I. E.  I have both a physical and a
mental impairment that substantially limits
most activities that if healthy I could
and would participate in.

      42 U.S.C. §12102 (1) "Paragraph B)
means 42 U. S. C. §12102  (3), which states

      (A) An individual meets the requireme-
nts of "being regarded of having such a
impairment" if the individual establishes
that he or she has been subjected to
an action prohibited under this chapter  be-
cause of an actual or percieved physical or a
mental impairment whether or not  the impair-
ment limits or is percieved to limit a major

(6)

Infe activity. (B) Paragraph (1) (C) shall
not apply to impairments that are transi-
tory and minor. A transitory impairment is
an impairment with a actual or expect-
ed duration of 6 months or less.

My injurys are eternal, and the
reason I submitt my Hospital records is CDCR
gives me absolutly incrimnating. Out side of the
contusion and hematomas which has healed,
These Hospital Records State such Injurys and
conditions such as Ataxia and my Neck Injury
or Shoulder or the eternal Ataxia and painful
Jaw and aspirations. CDCR give me no informat-
ion on a significant progress on my health other
than feeding me and keeping me alive.

See <u>Mitchell</u> vs <u>Massachusett</u> Dept of
<u>Corrections</u>, 190 F. Supp. 2d 204, 212
(D. Mass, 2002)


See 42 U.S.C. §12102 (1)(A)
<u>Lytes</u> vs <u>D. C. Water and Sewer Auth-
ority</u>, 572 F.3d 936, 939 - 942 ( D. C.
(in 2009)

⑦

(B)   The term "substantially limit"
shall be interpreted consistantly with
the findings and purposes of the ADA Am-
endment Act of 2008,

                    The findings and purposes
are in Pub. L. No. 110-325 § 2, Sept.25,
2008 122 Stat. 3553. This part of the ADA
Amendments Act, has not been "codified" into
sections of the U.S. Code. However it is
printed in the U.S. Code's Historical and Sta-
tutory Notes after 42 U.S.C. § 12101, The
findings say that certain Supreme Court decis-
ions have limited the Scope of ADA in ways
not consistant with congressional intent, Pub.
L, No. 110-325 § (2)(b), and the purposes are
to reject those interpretations and "carry out
the ADA's objectives of providing a clear and
comprehensive national mandate for the elim-
ination of discrimination by reinstating a broad
scope of protection to be available under the
ADA.

(C) An impairment that substantily limits
one major life activity need not limit other
major life activities in order to be con-

⑤

ered a disability.

(D) An impairment that is episodic or in remission is a disability if it would substantially limit a major life activity when active.

(E)(i) The determination of wether a impairment substantially limits a major life activity shall be made without regard to the ameliorative effects of mitigating measures such as

(I.) medication, medical supplies, equipment, or appliances, low-vision devices (doesn't include eyeglasses)

(II) use of assistive technology

(III) reasonable accomodations

(IV) learned behavioral or adaptive neurological modifications

In general it takes a bit more than my capability to keep my cell clean; <u>Yeskey vs Pennsylvania Dept of Corrections</u>, 76 F. Supp. 2d 572, 577 (M. D. Pa. 1999); My disability severely impairs and restricts me from every day necessities.

(9)

# A.D.A

# 11785O 42 U.S.C.A. § 12102

# EQUAL OPPORTUNITY

National Service Trust Fund Program, see
42 U.S.C.A. § 12581 The Trust Office
does not provide any filing fees 15 CCR § 3160 (1) (2)
(3) closing all my cases - 42 USCA § 117854
"Disability" defined as having the same meaning as under this section for purposes of, Access by persons with disability, see 47 U.S.C.A. § 255.

## References

Attorneys: The Americans with Disabilities
Act should not impair the regulation of the legal
proffession where mental health is an issue. 49
Okla. L. Rev. 353 (1996)
Disabilities discrimination under the Americans
with Disabilities Act. Thomas B. Murphy, 36
Cath. Law. 13 (1995)

## 117855

I'm so lonesome I could cry.... But could I sue?
Whether interacting with others is a major life
activity? under the ADA  Comment, 31 Pepp. L.
773 (2004)
Medical Exams and inquires under the Disabil-
ities Act. Leo T. Crowley, 211 N.Y.L.J. 3

(10)

(June 30, 1994)

*117856 & *117857

Undue hardships & Reasonable accomodation - see exhibits; Different circuts, different approaches. Bernard E. Jacques, 43 Fed. Law, 20 (Aug 1996) Who is qualified individual with a disability under the American with Disabilities Act

What will guide the courts in interpreting the term "major Life activities" under the American with Disabilities Act? Beth Ann Wright, 15 Geo. Mason U. Civ. Rts. L. J. 1. (2004) 64 U. Cin. L. Rev. 189 (1995)

Who is qualified individuals with a disability under the Americans with Disabilities Act?

U. C. Davis has on my paper work that I have cognitive defivets, which is a trouble learning new things. I am 55, and at that age most men don't want to learn what they don't already know. I do not fall into that consiable category. I'm a book work and a math u If the option to expand my intellect, I'll advocate to expand my intellect.

(11)

ALR Library

54 ALR, Fed 2nd Series 1, What Constitutes Sub-
stantial Limitations on Major Life Activity of Learn-
ing for purposes of Americans with Disabilities
Act, 42 U.S.C.A § 12101 to 12213.

43 ALR - Fed. 2nd Series 517, What Constitutes
Substantial Limitation on Major Life Activity
of Thinking, And Wether Thinking Qualifies as
Such, for purposes of Americans with Disabili-
ties Act, 42 U.S.C.A, §§ 12101 To ...."

23 ALR, Fed. 2nd Series 197, What Constitutes
Substantial Limitation on Major Life Activity of
Lifting for purposes of the Americans with Disabil-
ities Act (42 U.S.C.A. §§ 12101 to 12213)
~~I suffer~~ ~~or I~~    The life sustaining impairments
I suffer are the effect of "Traumatic Brain Injury".

* 117 859

4 ALR, Fed 2nd Series, 569 What Physical
Injurys or Impairments Constitute a Substar-
ntial Limitation on Major Life Activity of
Walking for purposes of Americans with Dis-

(12)

abilities Act ( 42 U.S. C.A. §12101 t. §12103)
200 ALR, Fed. 55, What Constitutes Substan-
tial Limitations on Major Life Activity of Per-
forming Manual Tasks for Purposes of Amer-
icans with Disabilities Act ( 42 U.S. C.A.
§§ 12101 to 12103)

       I have a pretty well def-
ined speech impairment.

145 ALR, Fed. 407, What Constitutes Substan-
tial Limitations on Major Life Activity of Speak-
ing for Purposes of the Americans with Disabil-
ities Act ( 42 U. S. C.A. §§ 12101 to 12213).

       **117 860**

       I contun and have beenthe
subject to over 200 602 complaints with only 1
exhausted and no remedys

169 ALR, Fed. 439, Exhaustion of Administrative
Remedys as Prerequisite to Action Under Title I
of the Americans with Disabilities Act ( 42
U.S. C.A. §§ 12111 - 12117)

166 ALR Fed. 503, What Constitutes Reas-
onable Accomodation under Federal Statues Prot-

(13)

ecting Rights of Disabled Individual, as regards to Educational Program or School Rules as Applied to Learning Disabled Students.

164 ALR Fed. 433, What Constitutes Employment Discrimination by Public Entity in Violation with Americans with Disabilities Act.

163 ALR Fed 285, Rights of Prisoners Under Americans with Disabilities Act.

*117 862

136 ALR, Fed 63, Remedies Available Under Americans with Disabilities Act (42 U.S.C.A. §§ 12101 et seq

97 ALR Fed. 40, Who is "Individual with Handicaps" Under Rehabilitation Act of 1973 (29 U.S.C.A. §§ 701 et seq.

Repeatedly I've had the majority of my Legal Property confiscated, and these unjustified negative actions, are not only discrim-

(14)

inatorial but retaliatives in nature also, If I could now secure council after all Ive been through that would be justified and fair

10) ALR §§ 61, Negligent Spoilation of Evidence, Interfering with Prospective Civil Action as Actionable.

Even the omission of the Trust office to provide payment of my filing fees, Ive lost alot of exhibits, but mostly it is the mail, of which has been a 4 year issue of mail Fraud.

70 ALR 4th 984, Intentional Spoilation of Evidence, Interfering with Prospective Civil Action, as Actionable.

24 Am. Jur. Proof of Facts 3d 467, Proof of Unconstitutional Prison Conditions.

The Rehabilitation Act uses the phrase "otherwise qualified", i.e. qualified except their disabilities. 29 U.S.C. § 794(a); which means the same thing in court, and they often use the phrase in ADA cases as well; <u>Thompson vs Davis</u>, 295 F.3d

(15)

890, 896 ( 9th Cir 2002); Veloz vs New York
339 F. 2d Supp. 2d 505, 528-529 (S.D.N.Y. 2004)
          My whole day, from day to day is
used constructively by going nowhere in my law endeavors
CDCR, my adversaries are going out on a limb to keep
my crippled being out of court. So much that I'm going
no where in a hurry. It does no good to work diligently
But I'm so crippled + upset I dare not quit. I am in the
continuety of corruption and evil, is seriously be excluded.
alot of my ADA rights Kimm vs New Hampshire Dept of
Corrections, 451 F. 3d 274, 284-285 (1st Cir 2006)
          I.E, I'm frightened of
CDCR's mental health services. The ineptness of most of
the physciatrist, to drug me with poor acting physco-
tropics, Their history to sedate me with biologically un-
friendly physcio-tropics is evident when you view my past.
Atkins vs ~~County of Oranges~~ Indiana Dept of ~~Corre~~
ections, 251 F. Supp. 1225, 1232 ( S.D.N.Y. 2003)
          Lee vs City of Los Angeles,
250 F. 3d 688, 691 (9th Cir 2001); Pennslyvania
Dep't of Corrections vs Yeskey, 524 U.S. 206, 211,
118 S. Ct. 1952 (1998) My 115 hearing should of
been treated as the Rehabilitation Act and the
Americans with Disabilities Act. Duffy vs Rverkod,
98 F. 3d 447, 454-455 ( 9th Cir 1996); Bane
vs. Virginia Dept of Corrections, Us as prisoners
refer to anything the Prison offers as a program.
267 F. Supp. 2d ~~547~~ 514, 522-523 ( W.
D. Va. 2003)
          As abore questioning of his Inv-
estigation should have gone under ~~ADA~~ Callowing

2d 543-544 (D.N.J. 2000)

"Services, programs and activities

include, essentially anything a public entity does.

Discrimination on my claim

of under medication of which is my exhausted b02 is a

exclusion of medication that works § 35.152, so the

Discrimination on my disability is prohibited §35.

152(b)(1) Title II ADA Regulations

Dukes vs State of Georgia, 428 F. Supp

2d 1298, 1324 (N.D. Ga. 2006); Burger vs Bloomberg, 418 F. 3d 882, 883 (2005) (per curiam)

Fitzgerald vs Corrections Corp of America, 403 F. 3d 1134,

1144 (10th Cir. 2005) Smith vs Franklin County,

227 F. Supp. 2d 667, 675 (E.D. Ktky 2002)

Kinman vs New Hampshire Dept. of Corrections

Moore vs Prison Health Services, 24 F. Supp.

2d 1164, 1167 (D. Kan. 1998) - Discrimination

See Allah vs Goord, 405 F. Supp. 2d 265

(S.D.N.Y. 2005)

(17)

The ADA Amendments Act helps courts define the Major Life activities as follows:

(A) In general

For purposes of paragraph (1) major life activities include but are not limited to, caring for oneself, performing manual task, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning reading, concentrating, thinking, communicating and working.

(B) Major Bodily Functions

For purposes of this paragraph (1) A major life activity also includes a operation of a major bodily function, included but not limited to, functions of the immune system, normal cell growth, digestive bowel, bladder, neurological, brain, respitory, circulatory, endocrine, and reproductive functions.   42 U.S.C. §121 02 (2)

(18)

Having "Traumatic Brain Injury", Naturally I fall under many such as Brain and Nuerological and thinking and concentrating. <u>Battle vs United Parcel Service, Inc.</u>, 438 F. 3d 856, 861 (8th Cir 2006) Interacting with others isn't quite the same, or is reading of which I used to keep it as a mainstay. <u>Head vs Glacier East North West</u>, 413 F. 3d 1053, 1060-1061 (9th Cir 2005)

The ADA Amendments were intended to overturn two Supreme Court decisions. The Toyota Motor Case said there must be "a demanding standard for qualifying as disabled", and that the term "major Life Activity" is Limited to impairments that incur daily life necessities My impairments severly restrict my mobility of a bipedal going humansbeing. And it severly restrict me on a daily basis. <u>Toyota Motor Manufacturing, Kentucky vs Williams</u>, 534 U.S. 184, 202, 122 S. Ct. 681 (2002) Other pre-Amendment decisions finding no affect on a Major Life Activity will probably remain good law under the Amendments.

See e.g. Yeskey vs Pennslyvania, 76 F. Supp. 572, 577 (M.D. Penn 1999) Several ADA 1824 Reasonable Accomodation Form havent been Asnswered, I find just that Discrimination ADA Title II Regulations §35.152 (b) (1) Or as descibed in sharp contrast, the reasonal beniss standard in Turner vs Safely. Yet some courts have held that in Prison cases the ADA/Rehabilitation Act standard must be interpreted consistantly with the Turner reasonable realationship standard; Gates vs Rowland, 39 F.3d 1439, 1446-1447 (9th Cir. 1994) Contra, Amos vs Maryland Dept of Public Saftey and Correctional services, 178 F.3d 212, 220 (4th Cir 1999) (rejecting application of Turner as inconsistant with Yeskey, dissmissed as setted.

## Disparate Treatment

There is no nuetral standard, only Discrimination, or Retaliation. Unlawful discriminatory standard has a affect on me as to be a protected class

Regional Economic Community Action Program,
Inc. vs. ? 294 F.3d at 52-53; Alexanders Choate
469 U.S. 287, 299, 105 S. Ct. 712 (1985)


Failure to make Reasonable Accomodations

Its the essential eligability, and
the ADA protects qualified Individuals, with dis-
abilities. School Bd. of Nassau County v Arline,
480 U.S. 273, 288 n. 17, 107 S. Ct. 1123 (1987)
I meet this essential eligibility requirment for
the reciept of California Health Care Facilitys
requirments. This is a Hospital. And this is a
public entity. 42 U.S.C. § 12131 (emphasis
added) If there is a undue Administrative
Burden, I want to be realeased. Not tortured.
See Exhibits on unanswered ADA 1824 Forms



This Facility definatly doesn't have a justification to not comply with regulations under ADA or Rehabilit-ion Act; <u>Chisolm vs McManimon</u>, 275 F. 3d 315, 332 (3rd Cir 2001),

The statutes require public entities to reasonably accomodate disabilities regardless of wether they treat everyone else like shit. <u>Henrietta D vs Bloomburg</u>, 331 F. 3d 261, 276-277 (2nd Cir 2003)

The disability statutes arguably provide a more favorable standard for prisoners than does the Constitution. <u>Randolph vs Rogers</u> 980 F. Supp. 1051, 1058 (E. D. Mo. 1997), reversed In part, vacated in part on other grounds, 170 F. 3d 850 (8th Cir 1999)

As noted previously, before the ADA Amendment Act, courts had to determine a case by case what are major life activities under the statute; now; the statute includes most of the activities recognized in case law. Already noted; 42 U.S.C. § 12102(2).

At this prison Hospital, I would not mind being here if I wasnot in a legal battle with CDCR. This brings about exclusion, based on my disability, and retaliation for maintaining a law suit. An evil mixture of hate bringing on discrimination over my disability and exclusion from services and programs; Dukes vs State of Georgia, 428 F.Supp. 2d 1298; 1324 (N.D. Ga. 2006); McIntyre vs Robinson, 126 F. Supp. 2d 394, 408-409 (D. Md. 2000)

I can show that medical care and mental health excluded me from taking me off biological unfriendly phyco-tropics and how CDCR undermedicated me, so I remained on a painful CDCR agenda. So that's exclusion through their dis-crimination from services, Kinman vs New Hampshire Dept of Corrections, 451 F. 3d 274, 284, 286-287 (1st Cir 2006) By torturing me on Involuntary Medication, and neglectfully omitted to 7362 Medical Request form and 10 1285 from staff for a medication review going 7 months, constitutes discrimination based on my disability.

(73)

McNally vs Prison Health Services, 46 F. Supp 2d, 58-59 (D. Me. 1999). I no uncertain terms because of my disabilities I'm getting discriminate Disparte Treatment, Regional Economic

Community Action Program, Inc. vs City of Middletown, 294 F.3d 35, 49 (2d Cir. 2002) see Love vs Westville Correctional Center, 103 F.3d 558 560 (7th Cir 1996)

This institution, doesn't answer a CDC ADA 1824 Reasonable Accomadation, even though I'm confined to a wheelchair. The ADA is to provide I'm protected, and to provide reasable accomodations, in my life of disability essence. Instead I get discriminate-ion. See exhibits, This Prison/Hospital has no concept of Department of Justice Regulations. But does perpetuate Disparte Treatment on the realm of a 8th Amendment Claim.

My adverse complications to secure council. If, I had council, the unequal treatment that emitts as high as administration would not happen, My problems with Court Access is a clear ab-rogation of 4 years of a Constitutional Violation. My right to Court Access, the Supreme Court held that that the ADA requirement of program accessability is broader than Constitutional requirements.

(24)

In this first section of a plea. I have only this one request, and that is to provide my defendants with my filing and for it to be illuminated so we all know and understand.

42 U.S.C. § 1985 (3)

adjunct with

a petition for writ of habeas corpus

under the

Klu, Kluy, Klan Act of 1871

28 U.S.C. § 1343 (1) (2) (3) (4) and,

Rehab. Act and ADA

In my view this is a very crafty filing, and San Fransisco passes it religeously. The KKK Act is a safeguard to the 14th Amendment, and these rogue C, O? etc. Know there is a sentencing clause to it. For the most part, I would not bother but I've been more than legally hurt. I've been tortured on mandatory drugs. And though I can't prove what I've left out, I'm eternally capacitated to not ever walk again.

5-15-15                    Sanny Byers II

(26)

Case 1:14-cv-00901-BAM Document 95 Filed 07/08/15 Page 164 of 206

Jim.C

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 6-4-15 | Case Records | Fisher | F55263 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| D6A | 166 | 2 | FROM | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
Silence is Golden

| ASSIGNMENT HOURS | |
|---|---|
| FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

About your proof of my strikes, do you have a
copy of Hoonorabele John Lus plea agreement?
This is in confliction, to my memory; or? 2013
is not sufficient— (in Jimenez give me a Olsen Review

INTERVIEWED BY
R Stave) CCRM

DATE
6/12/5

DISPOSITION
Case BF134705 is sentenced as the
strike case mid term doubled total for C-
5- is 6 years. Case 13cm7361 is not
sentenced as a strike case. It is applied →

Gary Barges # F055203
California

U.S-District

California Health Care

SanfaFransaco Division

California Division

Barge

Court # 14-CV-04642

Motion to be heard

Judgment by law

vs "To have Counsel"
Director of "Ops"
of CDC
RJ-Rackley

The main issue of in writing
is I am tired. Slowed down, by
this court Judgement proceeding. and my

writiting. If the issue is my writing and isant
legible, there is nothing I can do about it. This
hasnt taken its toll yet. And is very bad, to me
and the court has been very patitient, and I can
go on if tolorable. But there is some about me that
bothers me, illegable and if it bo thers the the the
Judge and my defendants, its the Judge mostly

①

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Olsen Review- Notary- IFPS

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE |
|---|---|---|---|
| Fisher | Gary | CDC-F85263 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|
| D64-6 | Conviction | HOURS FROM___ TO___ | Olsen Rev. Notary IFPS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: This is not just a Title 15 violation but ADA Law Federal and Constitutional. You don't adhere to any laws. You will to Article LXVIII of the Geneva Conventions under British Military Law. Maldanado too. This is a gaurnter. If it is worth that punishment to illegally keep my c-Files from me, its up to U.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX.) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☐ SENT THROUGH MAIL: ADDRESSED TO:___    DATE MAILED: _/_/_
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Nieves | 6/10/15 | | (CIRCLE ONE)  YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Jimenez, CCI | 6/10/15 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| CCI Jimenez | 6/16/15 | | 6/16/15 |

We'll be able to discuss your issues more throughly during open line this week

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I personally request more Fuke records in my C-Files. I want a Olsen Review Please

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

United States District Court
N. D. Cal. San Fransisco Distrit

Case # CV-15-1671 WHO (PR)

Judicial Review

28 U.S.C § 2679 (d)(2)

Exhibit # A-X-1

Statement of Claim cont.

The etymologistic amount of persons at a uncertain time is IV, The beating to death was frightful and in Dire hatred. Their is a typical reasoning behind my act in any shape or form, to tell this before, *I my unqld altred fear. Eminent, that is how I know Judges are on the take resuming their Satadinic Cash, K.F.B.I Director Robert S. Mueller III, Special U.S. Customs Agent Casey and F.B.I Agent Hardy, at some time during this beating I could actually Indentify all 4 of them.

I was extremly bloody in the Facial area. Multiple kicks in the stomach, This symptomatic focus startled the nuetrinos in my eyes. My ilium was festered, and I really was in and out of Consciousness through out through out. There where time they needed a break, while I layed in male contear. At first they said all they wanted was my integer used in my mathematical express-ions. Agent Casey of Customs threatened me with the U.S. Attorneys office building a case on me, for smuggling. There are other factors I know about Mueller III and Casey, I'll bring up at a later date. Hardy I've never met but a witness will identify him at discovery or his prosecution, which ever comes first.

The Count should take judicial notice of

(GA)

of CDCRs handling of the matter. And why was I never questioned? There actually that their coyency of the Attempt on my life was their preference of discust to their hatred.

For Mueller III, Obama cut the F.B.I. funding that hit his Counter terrorist and Espionge Unit In the Summer of 2012 Robert S. Mueller III, was caught or observed begging the Yemenis President for Ariel Surveillance, Mind You Her Honour, this was at a time, in the same general area, of sought ariel survallence the U.S. Military using a Drone took out al-Quades #1 Military leader. I've called him on this before. He may consider me a common criminal, while I call him a common Traiter.

So I sue on behalf of the U.S., & U.K; goverment. We even have some excellent footage of him in the wrong company. Hes tied into Cartebreging Colombia etc. And the etcs, are valid. I have to do this because his cohorts are pissing me off. I will not let these Federal Bureau of al Quada Satanic Deuree, get away whithth is.

To eliminate what he knows, and I am sworn under Article #35 Military Code vt Justice is Im a

6B

Mathematician, My efforts are date-less formed on the KSKU Killer Satellites Communication Units so my work is above top secret, He knows this, and my work has continuelly been confiscated. I think JPL, NASA and ESA should be doing the sueing on this or preuisly NSA.

So my temporment is very elaborate and sophisticated, The option is for me, is to try and harmonize the worst case scenerio. That is why my issues are so diabolical its outlandish of my true desire, This is why of the severe mail problem, Kamala Harriss mail. Ministry of Justice DOJ, Sacramento, Kern, Ventura Counties Superior Courts E.D Cal. Suc. Fresno N.D. San Fransisco Central District in Los Angeles, they all know why I actually Called Magistrat Oddiny a Cunt the other day

I have no problem telling a Judge to Fuch off, Judge Ishi your senior homosexual Jup, another one, Magistrate Beck was honest but he blew it with half findings of my strikes. On my account, Any fair Judge could see my emmnent danger, it happened once now my fear or not this is America Land of the Free, home of the Brave. Mueller is going to Prison and tried in the Hague under Article LXVIII of the Geneva (6) Conventions

Just as if you were my 1st Judge consult Dianetics ies
U.S. ~~Sen~~ Senate Judiciary Council. I'm sure she will
fill you in and I know its bad, But this attempted
Murder he may get tryed in the U.S. but when I
get — "The Hayve" To even try me and find me
guilty of anything, is ridiculus. I find Charles Manson
liable and a Illegal Alien, Lynn Waterloo Aka
Suten of the ~~the~~ Satans Slave M/C. I personally
Both of them in a family capacity, Satans Slave M/C
on behalf of me and the Hell's Angels M/C

## Relief Requested

1. All my addresses Actors guild, Maps LawBooks they
took when the kept my Legal Property

2. I find them all guilty of LXVIII of the geneva
conventions under British Military Laws I dont need to
request that Assholes

3. PLU status constantly on this case.

4. $81 billion dollars even for me,  666 # 95
for the Hells Angels M/C  San Francisco
666 # 9 for  U.S. Government Treasury
666 # 95 for  the U.K.'s Government

(6 D)

In the aspect of fear. It was instilled in me. No one from CDCR had come to Investigate properly, No one asked me if what they say happend, really did happen. If asked I'm not sure I would have told them, what I'm about to tell the Lord Chancelor, or to these fools in the U.S. Court System. 1st off in Great Brittain I never whould have been treated this way. 2nd I am the king. The door did open soon after Graham and I were struggling. No doubt he had the upper hand. Three men entered and took over. I held me while they took turns kicking me in the stomach. Robert S. Muellar III used a CDCR nightstick button and stated to beat me every so often on the head, very hard. Special Agent Casey as I once knew him to be of U.S. Customs. And the third was either Hard.p of Records F.B.I. Warden Burnes of Pelican Bay and Facility Captain Osbourne of Pelican Bay. My face was so bloody that they couldn't tell if my eyes where open or not.

Graham wasn't much of a factor. During this extensive, Beatings I was in and out of concious ness. This beating also took up what seemed a insurmountable

(b-P1)

amount of time, the blows to the face didn't
hurt anymore. That's how many times I was hit
Mueller was trying to kill me, he ordered the
others time in time out to take my pulse.
                    Mueller was so angry of
my letters sent the summer of 2012. I did
antagonize the fact that he really was a Al-
Queda Insurgent - Consult Chief Obama
and Director of the United States Secret
Service Mark Sullivan, and Director of
the Central Intelligence Agency David
Patreus. So this is Outside the Boy of
a U.S. District Court, and this lawsuit
will be transferred to United Kingdom
Ministry of Justice. The District Courts
in California are letting "Attempted Murder"
pass as if it was legal against the King
of the British Empire.
                    The career is liable,
Both floor C.O.'s and Facility Captain and
Warden. I don't have to put up with the
United State Legality issue, "Attempted
Murder" legal?

                    Sonny Burger II
                    King of the United Kingdom

(6 - D2)

5. Magistrate McCuliff, see 17:20-26

6. Just Kill your self so we don't have to

7. For illigal Arresting me, my children my Queen
and every one  666 # 9s to Queen June her and Brook
will orchestrate this thransaction,

8. Play the Redemption Song by Bob Marly

9. My giving is your Satanic Benidiction

10 "I am Gods Angel #1" dont forget it

11. $666 # 9s n June's pick of a account

U.S.C 28 § 1746., 18 U.S.C. 3162I
     This whole complaint and petition is
true and correct and punishable by perjury, in the
United State So help me God,

              Sonny Barger II
     King of the United Kingdom

(6E)

UNITED STATES DISTRICT COURT



FREZNO DIVISION

1:14-CV-00901-BAM   Complaint

EXHIBIT #1

Frezno Division — Case # 1: 14 - CV - 00901- BAM

This is a real Unhealthy place
to be

Gary Dale Berger #F85263
CH-CF
P.O.Box 32080
Stockton, Ca. 95213

U.S. District Court
Northern District of Calif.
SanFransisco Division

Burger

Case # CV-14- ~~5456~~ WHO (PR)

Request to be excused from the
3 strike provision

Director of "OPS"

of CDCR

I am not a perfect litigant, and over a
matter of 4 years, I'm bound to come up with some mis-
takes. If my memory serves me correctly Magistrate Nagle fr-
om the central district, gave me at least two of those. Also these
were not frivolus but may have not had a claim. I see it as her
jodgement was off, as it usually was. Her opinion was always
a bit different. Never the less; 28 U.S.C. (g) is a tough one

①



DC# F85263 Date: 01/08/2014

"The King" 1-8-14

After Death

N.A. S.A. # ORION-11: ___. RSA ___. KSCV, 11.

United States District Court

N. D. Cal. San Fransisco Division

Case # CV-15-1650-WHO (PR)

Victoria Castle ~ NRX7711ONSS. Naval

Exhibit # G - How this war started

C-File

- Case Summary Section -
Chrono Inmate History  CDC 112
Legal Status Sheet
Case Summary/Probation Report
Latest Report to Parole Board
Parole Revocation Reports
90 day diagnostics
Sentencing Reports
Time Credit Waiver  CDC 916
- Legal Document Section -
Legal Status Audit Sheet
Legal Processing Unit Documental Transmit  CDC 1130
Personal/Confidential Information Disclosure  CDC 819
Minute Order
Abstract of Judgement
Court Remittur
Court Decisions
Sentencing Transcripts
PC section 1203.01 (statements of views of Judge/DA)
Legal Correspondence
Body Receipt  CDC 123
Fingerprint Cards
- Classification Section -
Custody Classification - Assignment  CDC 262
Reclass score sheet  CDC 840
Critical Case info - Safety of Persons  CDC 812
Critical Case info - Prison Gang  812 A

G-22

Notice of Critical info · Disruptive group 812-B

Notice of Class Hearing CDC-128-B-1

Order and Hearing Placement in Seg 114D

Class Score Sheet CDC 839

All CDC 128 G Chronos

— Disciplinary Section —

Notice of Pending 115 ; CDC 804

115 RVR Reports and attached Incident Report

SHU Term Initial Confinement / Redetermination 629A

DA Response

Other Incident Reports

— General Chronos Section —

General Chrono Sheet

App for Credit CDC 958

Notice in Case of Death / Illness

All CDC 128's At and exept B1 and G

Work Reports

— Miscellaneous Section —

602's

Miscellaneous Correspondence

Power of Attorney CDC 345

Temp Community leave Request CDC 601

Work Furlough agreement CDC 1604

— Detainers Section —

Detainer Summary CDC 850

Related documents

Advance release Notice

— Confidential Section —

Sonny Barger I # F 88263
CH-CF # D67-106
P. O. Box 32080
Stockton, Cal. 95213

United States District Court
N. D. Cal. San Fransisco Dv.
Amended complaint
CV-5-1650 WHO (PR)

42 U. S. C. §1983
Pleading Special Matters

Barger

Rule #9 Fed. R. C. v P.
§144 Bias or Prejudice of Judge
Default of Judgment Rule 55

vs

§ 455 Disqualification of Judge Orrick

U. S,

The flustered Judge Orrick for

a matter of 3 or 4 years, has worn his welcome

out as a Corrupt Judge. He misjudges my intern-
al capacity to sue the Northern District. Yet I will
not to promote Justice, because I feel that
San Fransisco would be devastated. Yet I shodly

because as liberal San Fransisco is this motion is to not be misconstrued as some burned out Dead Head is sobbing so by the Challenge of mislabeling Orrick can be excused as the oversight of this matter. See Masood vs Sakeem, 2007 WL 20698 53, at *4 (W. D. Wash. 2007)

I will not falter and wave my capacity, first off I will mention the clerk Micheal Planet your Clerk Lauren and Alfred, I don't know what their last name is. But soon I will now demonstrate serious Mail Fraud done by Jean Davis, Micheal Planet, Lauren and Alfred orchestrated and indulging himself Judge Orrick, the "responsibily of being officers of the court is very supported by difamatory and extortionate Agenda. See. Borsellino vs Goldman Sachs Group, Inc., 477 F. 3d 502, 577 (7th Cir 2007) This should in any ones conception will entice them to defend from this accusation.

I am a Grateful Dead Fan, So San Fransisco is my home, This is a Angular viable claim of fraud, which is no mistake, as Micheal Planet already certified two Jury Trials and convicted me two years apart that never happened, I was in Folsom. This claim should proceed to discovery. In re BP Lubricants U. S. A. Inc. F3d #20 637 F. 3d 1307, 1310 (Fed. Cir. 2011) In all due respect to San Fransisco Orrick, has conspired with the City of Angels Senior Judge Fairbanks

②

and Magistrate Judge Nagle to entertain the thought of striking me out. The Eastern District in Fresno, Thus, I'm pleading this matter with particularity, and My character witness list will astonish even Mickey Mouse Judge Orrick Knows this about me. This will not safgaurd Orrick This is not spurious half found encyst. This is a full complete factual allegation and should not be postponed, only till discovery.

I am a first time litigator the Director of the United States Secret Service Mark Sullivan, is more than a character witness. Her Majesty Secret Service, your US Attorney Melissa; I'm told that Orrick is involved in the attempts on my Life, at New Folsom by X F.B.I. director Robert S. Mueller III, Special Agent Casey U.S. Customs and David M. Hardy F.B.I., and Pelican Bays Warden Barnes. I Sue CDCR also.

This allegation ot not only mell fraud, but Orrick has his clerks change the cases #s on them and this is holding Rule 9 (b) Twombly Plausibility on its threshold. See Illinois Nat'l Ins. Co. vs Wyndham World Wide Operations, Inc. 653 F.3d 225, 233 (3rd Cir 2011); Ashland Inc. vs Oppenheimer & Co. 648 F.3d 46, 467-468 (6th Cir 2011); U.S. exrel General Dynamics C4 syst. Inc. 637 F.3d 901, 1047, 1055 (9th Cir 2011); I Sue this complete San Fransisco Division, except, Judge Susan Illston and 3 ot her picks of Judges on

3

Magistrates at her own discretion. And the
Senior Judge and 3 of his picks at his own
discretion. Clerk Richard W. Wieking and
3 of his picks only at his discretion to
alienate himself without Judge Orrick.
The Post Office here in Stockton, CDCRS
Mail room, Trust Office, Appeal Coordinators
for Discrimination, and Retaliation Take
your pick. This mail room, Old Folsoms Mail-
Room, Pelican Bays Mail Room  and CSP Corcoran
Warios. And Corcoran for turning me C.E.O.P,
and torturing me on bad drugs, Risperitol, and
Zyprexy. This mail room for stealing Military
Mail. That is instantly putting Judy Orrick
prosecutable under Military law. Article
LXVIII of the Geneva Conventions, each Warden
equal I want the U.S. Gaccin meant to be
in a illuminated situation to pursue what is our
Joinder Case # CV-15-1650 WHO (PR)  and if
it is a potition for habeas corpus. Run the damn
thing adjunct,

          42 U.S-C. §1983
              adjunct
      petition for writ of habeus
      corpus   under
      Klu, Klux, Klan Act of 1871  e.Rehab & ADA
      28 US C §1343 (1)(2)(3) (4)  and,
      Bivens  6 Unknown Agents

Under Rule #18 Fed. Civ. P. please joind-
er CV-15-1704 WHO-PR Rule #34 To Reason-
ably get every single case filed, sent inter-alia
No Case law. Your Ass Oniele made my life
miserable and I should Order the Hells Angels
to level that Court House

        I sue the Western District
or Central, for the conspiracy and negative calls and Night
and the Judge for Bailing Furchbank back out
        I sue Sacramento District
Sacramento Everyone except Magistrate
who has my case In case # 1:15-CV-306
JLT 3 choices at her discretion. I sue
Fresno District all but Magistrate Judge
Barbara McCullith change to a Royal Judge under
U.S.Laws 3 of her choices very discreetly. And
X-Director of the F.B.I Robert S. Mueller
III, Hardy And Warden Burnes, and Osbourne
as a look out Henderson for messing with
my Military Mail, C.O. Phillips, C.O. Mag ad-
ellenes. And all that good time CDCR took
from me. I also sue L.A County Sheriffs
for doing that time in 1998 or 1999, the Statue
of Limitations ran out. Over 3 years of
probation ran out, Micheal Plant for Certifing
2 Jury Trials on me. Case # CR42447

⑤

CDCR, for proclaiming me as a two striker
Stealing my mail (H-F from Ventura County
Court) CDCR or U.S. Law Enforcement, We
have it on film (H-F for not giving me a
Olsen - Review in 3 years. (H-F I find Guilty
of Stealing Ministry of Justice, Kamala Harris
inter alia.

Queen America will coordinate
the 8 to go back in the U.S & UK Treasurys
Disintegrate and level the Federal Bureau of Engrave
ing. Queen June will be honored as my valuable
her excellency.

My Queen Christine will
allways be honored, Jun too. In the real essence
every case poorly close, especially over "IFRS" to be
Opened, this is old and dumb. Since hopefully
that habeas Corpus is now a Legal banking
Mechanism, I sue Ventura County Court
for Conflict of Interest with my public
pretender David Harsel, and Disqualified Judge
Clerk and his Conflict of Interest to Slyly
with poor discretion elluded in Ventura County
Case # 2006028542 Force the F.B.I to
cough up that case. I sue the F.B.I - A JF
DEA for No Information and Lateness in
my FOIA Request and Appeals.

(6)

My biggest issue is of course this Law
library blocking my access to the courts.
I recieved a 115 disciplinary hearing
for some administration underground rule.
The 6 weeks w/o Law Library caused
legal damage as pwr, per every Institution
I've been to.

So my work load to get
copied legally is CDCR's own fault and
blocking my legal access is pwr for CDCR.
Now I'm injured from a "Attempted
Murder" CDCR uses any method thought-
of inter-alia,

Release me by 10-31-15 or the
price triples. Those three agencies for the
Information on ATF Inter-agency cooper-
ation on "Black Biscuit" "OP" Welcome
and ATF's allowing my picture in the Hells
Angels Book "NO Angel" And just the
Slander and bad publicity on the Hells Angels
I sue the publisher of that book, for  a imm-
oral, unauthorized Book. I sue the Ventura
County Star for abusing its "Power of the
Press" and Advertising Gabriel Reyes so
as the President of Ventura, when I
was the International President of

⑦

~~Verbon~~ of the Hells Angels Mc working out of Ventura, I save George Christie and David Both, for drugging law enforcement into the club and + Exto meon, and the X - Treasurer - Green and No Hells Angels Attorney.

CDCR for not taking care of me after I received this Injury Tylonol they can stick em up their ass. I sve Arnold Swartzenegger in the Individual Capacity, for in his team, and his whole Administration for allowing to add Rehabilitations to CDC, thats making it seem like its a nice place. False Front. And for the Meds) Strang he put on Maria Shriver. I sve the Bush Administration for cheating on the votes with Al Gove. His etter Majesty, Secret Service.

And the Sutens Steves Mc Slander and a Illegal Alien Complex will take a blood test to prove they dont even belong on this planet

⑧

And the Mongols M/c how they god thire
putch back is ong melt down. Last but not
keep is the state f of Texas. It advertises as
the lone Star State. Not part of the Union. I
find that Unconstitutionale. It's some thing
to argue over. And not just Mueller III
and Hardy over Records. Their Reason is
Im Sueing the F.B.I, A.T.F and D.E.A
for F, a 7D sentency recommendedos and
Stallsing me.

## Relief   Sought

1. 666 Trillion dollars and 0 cents thats even
   if you let me go or not, But I'll gaurenter we are
   tradingplace kapose is here.

2. 666 Trillion # 9s for the Hells Angels M/c
   Universal Treasury.

3. Queen Jue e the 8 e Queen America
   Coordinate that

4. 81 Zillion # 9s Goes right back into our
   Royal Treasury

5. $ 420, hundred thousand back into the U.S
   Treasury       (9)

Whatever may be my adversarys limits on the scope of of inquiry of the court into the eternal vindictive agends of my adversary. The court up to now let me fall into the internal administrations of California, a Prison State, which houst more prison of that of all of Europe. Allegations such as those asserted by me, however unorthodox, are sufficient to call for the opportunity to offer supporting my evidence: Harness vs Kerner, 427 F. 2d 71 (CA 7 (Ill) 1970) @ 596 - cert granted # Haines, 404 U.S. 52)

Statement of Claim Cont

I've been in and out for so long it started to sink in a real Conspiracy, when Ventura Case #2006 028543 came, I took that case, even the appointed Investigator was a peice of shit. #1 that cabin was legally too close to the creek. That creek is a watershed. That water shed feeds a dam. Built by the Army Corps of Engineers, that law made that made the Cabin illegal. I used to have all those laws. But rogue Ventura County Sheriffs confiscated that. Over the time till this case I started accumulating

laws e Legal articles. This last 4 years, I was
determined to righteously get out. But even
the fact Rogue C.O.'s time e time again
took my precious legal stuff. For instance I was
realeused from the Hospital after the "attempt"
on my life on 1-8-14 they took my 3 boxes
of legal property as I lied dead.

              CH-CF, refused to return
my legal property till the middle of May. Thats
6 months, they had to pick throug it, like above. Im
techancally still in this suit, so thats another.
So many things happened here, and Im incomp-
acitted disabled, my mobility imparment is not
good. I have thrusted # CH-CF-HC-1400
2264 and my adversaries stole case #
14F02054. Since I am the victom legally
I can have a copy of it. Im not putting that in
my rehab. Im demanding it. Another issue
is (California Attorney General) Kamala Harris
cault even get a letter in.

              Ive been playing with
a bunch of corrupt Judges, Im at this point
I know CDCR is served so Im telling them
to fuck off, Im takin this a little ways
putting a motion for counsil. Physically I sit
here day in day out, not being productive

            (11)

Even a Corrupt Judge can say, Im too vulgar. It is
a 1st Amendment Right, the word Fuck is not
Unconstitional or against Federal Law inter-alia.
Im exhausted, in a way I don't give a rats css.
I hate every one who works here, and that
is wrong. I'm being detained illegally, but still
there is some real bad, not good or right people
here. On the other hand, there is some real
good people. We are associated not here to make
friends, like two ships passing in the night.




Sonny Barger II
International President of the Hells Angels ⅞
and
Righteous King of the United Kingdom
under
God


May God Show us the Way

Ⓟ

CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION

**OTRR314**  **INMATE PRIORITY PASS**

| INMATE'S NAME | CDC# | HOUSING AREA/BED |
|---|---|---|
| FISHER, GARY FRANCIS | F85263 | D  306A1 - 106001L |

| ISSUED BY | ISSUE DATE | |
|---|---|---|
| U. UNKNOWN | 06/05/2015 | |

| APPT. LOCATION | APPT. DATE | APPT. TIME |
|---|---|---|
| S 202 Medical Outpatient Clini | 06/08/2015 | 08:30 |

**TYPE / REASON**
Specialty Services

| ARRIVAL TIME: | | RECORDED BY: |
|---|---|---|

| DEPART TO: | DEPART TIME: | RECORDED BY: |
|---|---|---|

357

Deliberatly didnd see me



Deliberate Hatred

| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION | | |
|---|---|---|
| OTRR314        **INMATE PRIORITY PASS** | | |
| **INMATE'S NAME** | **CDC#** | **HOUSING AREA/BED** |
| FISHER, GARY FRANCIS | F85263 | D  306A1 - 106001L |
| **ISSUED BY** | **ISSUE DATE** | |
| U. UNKNOWN | 06/02/2015 | |
| **APPT. LOCATION** | **APPT. DATE** | **APPT. TIME** |
| D306 Exam Room A | 06/09/2015 | 09:45 |
| **TYPE / REASON** | | |
| Medical/Nursing | | |
| **ARRIVAL TIME:** | | **RECORDED BY:** |
| **DEPART TO:** | **DEPART TIME:** | **RECORDED BY:** |

318

Page 1                    MAIL FOR: GURROLA, RAUL         Tue. Nov. 30, 2010

4BP00T006OG.IH

RE: QHY.CA0150200.05812001.LUCKHAR      DATE:20101130 TIME:01:33:16
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:LUCKHARDT BY S342 10-245400

*************************************************************************

DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED,

TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK.
FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
*************************************************************************
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT

PALM.PRINT@DOJ.CA.GOV
** III MULTIPLE SOURCE
CII/A05812001
DOB/19600110     SEX/M  RAC/WHITE
HGT/510  WGT/190  EYE/BRO  HAI/BRO  POB/MI
NAM/01 FISHER,GARY FRANCIS
    02 HILTON,ROBERT ADAM
    03 FISHER,GARY FRANCES
    04 FERRO,MICHAEL
    05 HILTON,ROBERT
    06 WYLAND,ROBERT
    07 FISHER,GARY FRANSCIS
    08 HILTON,ROBER
    09 WYLAN,ROBERT
    10 FISHER,GARY
    11 FISHER,GARY ST FRANSCIS
    12 JENSEN,GREGORY DEAN
    13 DEMPSEY,GARY

FPC HENRY
KKK
21 M 1 U OOO 11
   L 1 U IOO 14
HKK

FBI/203308CA0
DOB/19610110  19590115  19610115  19600802  19600820  19600210
CDL/N9380866  N9380860  N6598520
SOC/566318675  567319870
INN/CDC-P058502  CDC-F085263
SMT/TAT L ARM; TAT R SHLD; TAT L SHLD
OCC/STUDENT; CARPENTER; GARDENER; BOAT LABORER; MASON
* * * *

G-07

United States District Court      22-IN
Northern District of California
San Fransisco Division

STATEMENT INSTEAD OF NOTARIZATION;; 18 V. S. C. §1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

    "I declare, under penalty, that the forgoing is true and gorrect."

B-54712

Date: 4-20-15 _____ Signature _____ E67960

On this Day I submitt a Medical b02

with 7-7362 Forms and 7-Hospitol Records

Due to the extreme Volume of Disepeared b02's

4-20-15

4-07

United States District Court 22IN

CDC - 1824 - ADA Form

STATEMENT INSTEAD OF NOTARIZATION;; 18 U.S.C. § 1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

"I declare, under penalty, that the forgoing is true and correct."

BS4712          Gary J John #F85263

Date: 4-22-15          Signature          E679260

On above date, I submitted a CDC
1824
~~1823~~ Complaint of Reasonable Accamodation

and beauvese of my Amnesia Cant remember

It contents I beleuve Access to the Law

Library. Because of I retain no photocopy

of this, I have no choice but to have witnesses.

4-07

United States District Court                    22-IN

STATEMENT INSTEAD OF NOTARIZATION;;  18 U.S.C. § 1621

Notarization of documents is not normailly required by the courts and
will not be orovided as a free service. Under the provistions of 28 U.S.C.
Sec.1746 and C.C.P. Sec.2015.5 the following declaration can be subsituted
for notarization in most cases.:

    "I declare, under penalty, that the forgoing is true and correct."

Date: ___3-24-15___          Signature ___Junez B547/2___

Today when I went to California
Health Care Facility Prison Law Library
I witnessed inmate Fisher not get accepted
to have his legal paper work photocopied
then get un accepted for no apparunt reason
and get esconted out of the Prison Law
Library by a Correctional Officer

IN THE

COURT OF APPEAL OF THE STATE OF CALIFORNIA

IN AND FOR THE

FIFTH APPELLATE DISTRICT

COURT OF APPEAL
FIFTH APPELLATE DISTRICT
FILED

SEP 1 3 2013

By_____

Deputy

---

In re GARY DALE BARGER,

On Habeas Corpus.

F067818

(Kern Sup. Ct. No. HC013519A)

**ORDER**

---

BY THE COURT:*

The "Petition for Writ of Habeas Corpus, filed August 23, 2013, is denied. (1 Witkin, Cal. Criminal Law (4th ed. 2012) Defenses, § 124.)

_____ Presiding Justice

---

* Hill, P.J., Gomes, J., and Kane, J.

Fisher,

19 Dec 2013

You are scheduled for physical access on Monday, 25 November. This is the second time you are being requested to fill out and sign the enclosed (PLU) form. Mail form back to law library via institutional mail.

A. Nappi

A. Nappi

Nappi himself denyed me access to exorcise my right as PLU status. This is now the 3rd prison blocking my access to the courts. A new 602 appeal process will begin.



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 10, 2012

MR. GARY FRANCIS FISHER
\*\*F85263
B-3 206L
CSP WASCO R/C
POST OFFICE BOX 5500
WASCO, CA 92380

FOIPA Request No.: 1171983- 002
Subject: FISHER, GARY FRANCIS

Dear Mr. Fisher:

This responds to your Freedom of Information/Privacy Acts (FOIPA) request.

A search of the indices to our Central Records System reflected there were records potentially responsive to your request. We have attempted to obtain this material so that it could be reviewed to determine whether it was responsive to your request. We were advised that the potentially responsive records were not in their expected location and could not be located after a reasonable search for these records. Following a reasonable waiting period, another attempt was made to obtain this material. This search for the missing records also met with unsuccessful results. Therefore, we are closing your request administratively.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be identified easily.

Very truly yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



Angelical Court Clerk

Properly File this with the Court
And

If you can send me a copy

Sonny Barger II

International President

OF THE

Hell's Angels M/C San Fransisco Chapter

And

Righteous King of the United Kingdom
under
GOD

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Royal Naval Intelligence - Admiral Pugsly   Side 1

IAB USE ONLY

Emergency 602

| Institution/Parole Region: | Log #: | Category: |
|---|---|---|
| | | 8 |

**FOR STAFF USE ONLY**

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Burger/Fisher   King | CDC Number: F85203 | Unit/Cell Number: D5B-105 | Assignment: WAR |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
Illegal Al Queda Detention - No Shower - inter-alia

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A):
My issue is these Mental Midgets that Al Queda leaves to last. Mental Retardation is the severe Factor here. The SID malfunction

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A):  my Got 10 a
requested is to under the Geneva Conventions to Surrender and stop being a Pan in the Ass. Get tortured for British Acts of War under 15 CCR

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents. 1-G-22 listed below
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory, CDC 128-G, Classification Chrono):
Classified GFC Doc.        Classified CRIS X'
Classified Multiply RB's    C8-TRCS Classified

☐ No, I have not attached any supporting documents. Reason :_____

Inmate/Parolee Signature: King Sonny Burger   Date Submitted: 7-4-15

☐ By placing my initials in this box, I waive my right to receive an interview.

Royal Air Force - C7-804-OXI-010 ONLY STAFF USE ONLY

**C. First Level - Staff Use Only**

Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ____ / ____ / ____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: ⑨ |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

Military Justice Joy Rockefeller

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First): Burger/Fisher Guy | CDC Number: F86263 | Unit/Cell Number: DSB-105 | Assignment: J

A. Continuation of CDCR 602, Section A only (Explain your issue): is really outrajeous
yet to refuse me showers, toilet paper or
Mail services, does tend to prove they
thing are from another Solar System, And not
close but Distant. C.O. Zamora getting her
night time dose of Torture, Is not interested
in 15 CCR § 3142 King vs Borg USDC ED
Cust# CIV. S-87-0519 LKK/PAN/P Penal Code
Ref. Secs. 2600 and 5054 Penal Code, and In
re; Jordon 12 CA 3d 575 (1974) 15-CCR§
3140 A' (c) (1) (2) (3) (4) (5) (b) (1) (2) (3)
(c) (1) (2) (d) (e) Common wealth. Certif-
icate of compliance as to 6-27-11 further
Amendment of subsection (d) transmitted to
OAL: 11-21-11 filed 1-5-12 (Register 2012
#1, M.O.D. 24-U8#R-Diplomatic Immunity
§3138 (1) (2) B) (1) — J. Denver - L. Lockhart
4757 A6403 DO 81674

Inmate/Parolee Signature: King Sony Burger I   Date Submitted: 7-4-15

B. Continuation of CDCR 602, Section B only (Action requested): 3138 (1) (2) (3) (1) Bell vs
Wolfish 99 S. Ct. 1861. ~ 15 CCR § 3133 (a) (b) (2) (3) (4)
(5) (b) (1) (2) (3) (4) (c) (d) (e) (f) (g) (h)
P.C. 5058. Get off my planet, you dont care these are our
laws

Inmate/Parolee Signature: King Sony Burger II   Date Submitted:

CH-CF Administration      7-2-15

STATE OF CALIFORNIA                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST    C. O. ZAMORA

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Burkfisher | Gary | F45263 | Burk/Fisher |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D5-13-105 | Convictions | HOURS FROM ___ TO ___ | Mail-Shower |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

This issue the 602 inc. C.O Zamora refuses to let me shower the refuses to provide mail services for me and refuses to open my door to take my trash out. At this point 602 inc. I thing is obsolete. She is from a distant planet outside lof our space system. My witness U.S Secret Service Agent D. Zector Mark Sullivan and C.IA Director David Patreas will end your life as of I know it.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED\*\***
☐ SENT THROUGH MAIL: ADDRESSED TO: _Administration Bud Burger_ DATE MAILED: _____
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE): 7-2-15

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Self-Wader/Burger | 7-2-15 | Gary Burger II | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Queen Rose | NONA | (CIRCLE ONE) (IN PERSON) BY US MAIL |

## SECTION B: STAFF RESPONSE    Answer this or you die.

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |